**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DENNIS COOK, | : | CASE NO. C-1-02-073 |
| Plaintiff, | : | (Judge Weber) |
| vs. | : | |
| CITY OF NORWOOD, et al., | : | |
| Defendants. | : | |

## NOTICE TO TAKE DEPOSITION

TO:   All Counsel

**PLEASE TAKE NOTICE** that Defendant, Kevin Cross, by and through counsel, will take the discovery deposition of David Helms, M.D. on March 17, 2004 at 2:30 p.m. The deposition will take place at the Cincinnati Psychiatric Association, 7495 State Road, Suite 340, Cincinnati, Ohio 45255 and continue from day to day until completed.

The deposition is being conducted pursuant to the Federal Rules of Civil Procedure.

> Respectfully submitted,
>
> */s/ James F. Brockman*
> James F. Brockman (#0009469)
> LINDHORST & DREIDAME
> 312 Walnut Street, Suite 2300
> Cincinnati, Ohio  45202
> (513) 421-6630/(513) 421-0212 (Facsimile)
> jbrockman@lindhorstlaw.com
> *Attorney for Kevin Cross*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March _____, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that I have mailed by United State Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Robert G. Kelly, Esq.<br>4353 Montgomery Road<br>Cincinnati, OH  45212 | Lawrence E. Barbiere, Esq.<br>Schroeder, Maundrell, Barbiere & Powers<br>11935 Mason Road, Suite 110<br>Cincinnati, OH  45249-3703 |
| Steven Martin, Esq.<br>Ziegler & Schneider<br>541 Buttermilk Pike, Suite 500<br>P.O. Box 175710<br>Covington, KY  41017-5710 | W. McGregor Dixon, Jr., Esq.<br>Shipman, Dixon & Livingston<br>215 West Water Street<br>P.O. Box 310<br>Troy, OH  45373 |

                 /s/ James F. Brockman_____
                 James F. Brockman
                 Attorney at Law