UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1-02-073 |
| Plaintiff | : | Judge Weber |
| vs. | : | |
| CITY OF NORWOOD, ET AL. | : | |
| Defendants | : | |

## NOTICE OF DEPOSITION OF KEVIN CROSS

Defendant Kevin Cross and his attorney, James F. Brockman, will take notice pursuant to Rule 30 of Federal Civil Rules of Procedure that Plaintiff will take the deposition of Kevin Cross at the law office of Robert G. Kelly, 4353 Montgomery Road, Norwood, Ohio 45212, on Tuesday, March 23, 2004 at 1:00 p.m. Said deposition to be upon oral examination before a court reporter and will continue from day to day until completed.

/s/Robert G. Kelly

Robert G. Kelly (0002167)
Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
(513) 531-3636
(513) 531-0135 Fax
No business e-mail address

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by fax and ordinary U.S. mail this 8th day of March, 2004, to the following:

Lawrence E. Barbiere, Esq.
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road - Suite 110
Cincinnati, Ohio 45249-3703

James F. Brockman, Esq.
Lindhorst & Dreidame
312 Walnut Street - Suite 2300
Cincinnati, Ohio 45202

W. McGregor Dixon, Jr., Esq.
Shipman, Dixon & Livingston
215 West Water Street
Troy, Ohio 45373

Steven C. Martin, Esq.
Ziegler & Schneider
541 Buttermilk Pike - Suite 500
Covington, Kentucky 41017-5710

                /s/Robert G. Kelly

                Robert G. Kelly