UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1-02-073 |
| Plaintiff | : | Judge Weber |
| vs. | : | |
| CITY OF NORWOOD, ET AL. | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION FOR INCLUSION OF
NO JUST CAUSE FOR DELAY LANGUAGE TO BE
INCLUDED IN COURT'S ORDER DATED FEBRUARY 25, 2004**

Now comes the Plaintiff and moves the Court for an order to modify the Court order dated February 25, 2004 to include language pursuant to Federal Civil Rule 54 (b) "that there is no just reasosn for delay" and an "express direction for the entry of judgment" on the matters contained in the Court's entry dated February 25, 2004. The inclusion of the language will permit the Plaintiff to initiate an appeal of the Court's ruling.

/s/Robert G. Kelly
Robert G. Kelly (0002167)
Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
(513) 531-3636
(513) 531-0135 Fax
No business e-mail address

MEMORANDUM

The Plaintiff desires to file an appeal of the Court's decision dated February 25, 2004 and said

appeal is not interposed for the purpose of delay.  Federal Rule 54 (b).

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was sent by fax and ordinary U.S. mail this <u>24th</u> day of March, 2004, to the following:

Lawrence E. Barbiere, Esq.
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road - Suite 110
Cincinnati, Ohio 45249-3703

James F. Brockman, Esq.
Lindhorst & Dreidame
312 Walnut Street - Suite 2300
Cincinnati, Ohio 45202

W. McGregor Dixon, Jr., Esq.
Shipman, Dixon & Livingston
215 West Water Street
Troy, Ohio 45373

Steven C. Martin, Esq.
Ziegler & Schneider
541 Buttermilk Pike - Suite 500
Covington, Kentucky 41017-5710


                                                                    /s/Robert G. Kelly
                                                                    Robert G. Kelly