UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 MAR 26 PM 2: 41

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1-02-073 |
| Plaintiff | : | Judge Weber |
| vs. | : | |
| CITY OF NORWOOD, ET AL. | : | |
| Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that Dennis Cook, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's order denying [43] Motion to Strike, granting [43] Motion to Continue - Discovery deadline is extended to 4/9/04, denying [45] Motion to Strike, denying [46] Motion to Strike, denying [46] Motion to Continue, granting in part and denying in part [47] Motion for Summary Judgment, granting in part and denying in part [48] Motion for Summary Judgment, granting [51] Motion for Leave to File, granting in part and denying in part [52] Motion for Summary Judgment, granting in part and denying in part [54] Motion for Summary Judgment, granting in part and denying in part [60] Motion for Summary Judgment. This case will proceed to trial on the disability discrimination claims in accordance with the scheduled established by the Court. Signed by Judge Herman J. Weber on 2/25/04. (do,)

/s/ Robert G. Kelly
Robert G. Kelly (0002167)
Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
(513) 531-3636
(513) 531-0135
No business e-mail address

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ordinary U.S. mail this 26th day of March, 2004, to the following:

Lawrence E. Barbiere, Esq.
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road - Suite 110
Cincinnati, Ohio 45249-3703

James F. Brockman, Esq.
Lindhorst & Dreidame
312 Walnut Street - Suite 2300
Cincinnati, Ohio 45202

W. McGregor Dixon, Jr., Esq.
Shipman, Dixon & Livingston
215 West Water Street
Troy, Ohio 45373

Steven C. Martin, Esq.
Ziegler & Schneider
541 Buttermilk Pike - Suite 500
Covington, Kentucky 41017-5710

/s/ Robert G. Kelly
Robert G. Kelly