```
Fri Mar 26 14:35:00 2004

       UNITED STATES DISTRICT COURT

           CINCINNATI, OH

Receipt No.   100 422363
Cashier       kjl

Check Number: 2536

DD Code    Div No
 4661        1

Sub Acct Type Tender    Amount
1:086900  N    2        105.00
2:510000  N    2        150.00

Total Amount      $     255.00

ROBERT KELLY

APPEAL FEE C-1-02-73




Fri Mar 26 14:35:00 2004

Check No.  2536
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```