# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:02cv073 | **Court of Appeals Case No:** 04-3429 |
| **SHORT CAPTION** | |
| **DENNIS COOK** | **Case Manager:** JILL COLYER |
| Plaintiff/Petitioner | **Date Filed:** |
| vs. | |
| **CITY OF NORWOOD, et al.,** | **FILED** |
| Defendant/Respondent | **APR 01 2004** |
| *provide pro se address IF NOT on the docket sheet | **LEONARD GREEN, Clerk** |
| **District Court Judge:** HERMAN J. WEBER | **Anything That Needs Special Attention** |
| **Court Reporter(s):** JULIE WOLFER | **NOTICE OF INTERLOCUTORY APPEAL(DOC.72) appealing ORDER(DOC.68) entered on 2/25/2004.** |
| **From Deputy Clerk:** ARTHUR HILL | |
| **Date:** 3/29/2004 | |
| $255.00 Appeal Filing Fee Paid? YES | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)       **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
United States District Court

04 APR -5 PM 3:24