**Dr. E. Don Nelson**
**Professor, Clinical Pharmacology**
**579 Hopperview Bluff**
**Cincinnati, OH 45255-5224**

November 6, 2002

Mr. James F. Brockman
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, OH 45202-4091

Dear Mr. Brockman:

                RE:  Dennis Cook v City of Norwood

At your request, I reviewed documents in the above-cited case and prepared a written opinion. You asked that I opine regarding the effect, or lack there of, of the drugs Mr. Cook was taking prior to, and at the time of his deposition on his memory, mentation and his mental functioning. With respect to this issue, I have the following opinions.

## OPINIONS

1. Mr. Cook was regularly taking chloral hydrate at night for sleep. Mr. Cook has been taking chloral hydrate at night for sleep for months. Chloral hydrate is known to cause memory loss with chronic use. My opinion is that Mr. Cook's memory is impaired secondary to his chronic use of chloral hydrate.

2. Mr. Cook has been taking lorazepam Xanax-R for several months. Lorazepam is known to cause impairment of memory with chronic use. My opinion is that Mr. Cook's memory is impaired by lorazepam which he takes chronically.

3. In his video deposition, Mr. Cook makes statements which he later contradicts. It is my opinion that the reason for this behavior is that Mr. Cook simply does not remember his previous answer to the same question. There is no rational purpose, or advantage to be gained from his contradicting himself. This is a concrete example of loss of recent memory. My opinion is that Mr. Cook's recent memory is severely impaired from the multiple drugs he is taking.

4. Mr. cook is taking tramadol Ultram-R. During the deposition Mr. Cook can be seen to doze off, then to arouse with a start. This is classic for opioid intoxication. Ultram-R is an opioid which Mr. Cook is taking chronically. Chronic use of Ultram-R is associated with being " on the nodd", which is exactly the behavior exhibited by Mr. Cook during his deposition. My opinion is that Mr. Cook was intoxicated with Ultram-R during the deposition, and that such intoxication caused him to "nodd-off". Ultram-R impairs memory and mentation. It is my opinion that Mr. Cook's memory and mentation during the deposition was impaired by his chronic use of Ultram-R.

5. Mr. Cook is taking cyclobenzaprine at the time of the deposition. Cyclobenzaprine is known to cause memory loss with chronic use. It is My opinion that Mr. Cook's memory and mentation were impaired by the cyclobenzaprine he was taking at the time of the deposition.

6. Mr. Cook is taking Trazodone at the time of the deposition. Trazodone has serotonin re-uptake activity, like other SSRI's. Ultram is also an SSRI. Mr. Cook is probably overdosed with SSRI's. It is not widely appreciated by physicians that Ultram has SSRI activity. The prescribing physicians may or may not be aware of the duplicative therapy which has the potential to produce an exaggerated SSRI effect resulting in run-on, anxiety etc.

7. Mr. Cook is taking Zoloft-R, another SSRI. It is my opinion that Mr. Cook is receiving excessive doses of SSRI type medication which explains, in part, why he is having trouble with his thought processes and anxiety.

8. Mr. Cook was taking lithium. Lithium is known to have negative effects on mentation and memory. It is my opinion that Mr. Cook's memory and mentation was impaired by lithium at the time of the deposition.

9. Mr. Cook's mental state at the time of the deposition as impaired by the multiple prescription drugs he was taking. Further there are several entries in the medical records referring to lost or stolen prescription drugs and calls for pre-mature refills of prescription drugs. As an expert trained in the diagnosis and treatment of chemical dependency, it is my opinion that these entries in the medical record are consistent with abuse of the abusable prescription drugs Mr. Cook was taking. It is probable, in my opinion that Mr. Cook was taking more of the abusable drugs than directed on the prescription bottles. Excess use of the abusable drugs would only increase the negative effects of the drugs beyond those expected at the prescribed doses.

10. These opinions are expressed to a reasonable degree of clinical pharmacologic certainty

_E. Don Nelson_        11/6/02
Dr. E. Don Nelson        date
Professor of Clinical Pharmacology

encl:1

**CURRICULUM VITAE**

**NAME:** Eljorn Don Nelson, Pharm. D.
**DATE OF BIRTH:** September 29, 1946
**PLACE OF BIRTH:** Minot, North Dakota
**SOCIAL SECURITY NUMBER:** 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

**CURRENT POSITION: UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE**

Professor of Clinical Pharmacology and Cell Biophysics
- Department of Pharmacology and Cell Biophysics 1992-Present

Associate Director   - Drug & Poison Information Center 1972-Present

Assistant Professor  - Experimental Medicine, Department of Internal Medicine 1975-Present

Career Teacher in the Addictions  - National Institute of Drug Abuse (NIDA), and National Institute of Alcohol Abuse and Alcoholism (NIAAA), 1977-Present

Faculty-University of Cincinnati Psychiatry and Law Institute-1997-Present

**PAST POSITIONS AND EXPERIENCE:**

**UNIVERSITY OF CALIFORNIA, SAN FRANCISCO**

Research Experience at University of California San Francisco:
 Alpha Rhythm EEG research at the Langley Porter
 Neuropsychiatric Institute 1966 - 1967
Radioactivity Research at the U.S. Public Health
 Service Hospital NASA Project (San Francisco) 1967
Medicinal Chemistry Research Stereospecificity of Hallucinogens 1969
Haight-Ashbury Free Medical Clinic (Volunteer health worker) 1969
Psychopharmacology Study Group (U.C.S.F.) - President 1968 - 1970

**UNIVERSITY OF MINNESOTA, MINNEAPOLIS**

Instructor, College of Medicine, Department of Family Practice 1970 - 1972
Instructor, College of Pharmacy, Department of Clinical Pharmacy 1970 - 1972

**UNIVERSITY OF CINCINNATI, CINCINNATI**

Instructor-Department of Pharmacology and Therapeutics 1972-1975
Assistant Professor-Department of Pharmacology and Therapeutics/Department of Pharmacology and Cell Biophysics 1975-1982
Associate Professor of Clinical Pharmacology and Cell Biophysics-Department of Pharmacology and Cell Biophysics 1983-1992
Director - Family Medicine Alcoholism Training program (HRA grant TO1, University of Cincinnati) 1980 - 1983
Co-Investigator, Clinical Pharmacology Analgesic, Vaccine, and Dermatology Clinical Trials 1983 - 1991
Research Director "Reaching Everyone! AIDS and Cincinnati's Health (REACH)", NIDA 1988-1992
Director Ohio Prevention and Education Resource Center 1991-1996
Faculty of Veterans Administration Addiction Medicine Fellowship Program 1994-1998
Research Director, Early Prevention and Intervention Project 1995-present
Faculty-University of Cincinnati Psychiatry and Law Institute 1997-present

Rev. 7/2000

1

### EDUCATION AND TRAINING:

San Francisco State University (Pre-professional course) 1964 - 1966
University of California Medical Center (San Francisco) Doctor of Pharmacy (Pharm. D.) 1966 - 1970
National Institute of Drug Abuse, and National Institute of Alcohol abuse, and Alcoholism - Career Teacher in the Addictions Fellowship (TO1) 1977 -1980

### HONORS:

1. Who's Who in Science and Engineering, Marquis publications, USA, 1996
2. Ohio Department of Transportation "Hall of Fame " award for the Ohio Prevention and Education Resource Center (OPERC) 1995
3. University of Cincinnati Library Guild recognition concert for publication of significant scholarly work: The" Medicinal section of a book on the topic of herbal and medicinal agents used in medicine i.e. "The Complete Book of Natural and Medicinal Cures", Rodale Press 1994.
4. Visiting Professor, Parana, Brazil sponsored by the United States Agency for International Development, Washington, D.C., "Partners of the Americas", Lectures, Seminars, and "Jornadas" presented to over 1000 physicians, professors, health workers, and military personnel, 1993.
5. King's Fund Scholar, London England (selected as one of twelve College of Medicine faculty to study the English National Health Services System) - Summer 1978
6. Outstanding Young Men of America 1975
7. American Pharmaceutical Association National Drug Abuse Education Award 1969
8. Rho Chi Honorary Society (member) 1970

### NATIONAL PROFESSIONAL SOCIETIES:

1. American Academy of Clinical Toxicology (AACT) (member)
2. American Association For the Advancement of Science (member)
3. American Society of Clinical Pharmacology & Therapeutics (ASCPT) (member)
4. American College of Clinical Pharmacology (ACCP) (member)
5. Association of Medical Educators and Researchers in Substance Abuse (AMERSA) (member)
6. Drug Information Association (DIA) (member)
7. American Society of Hospital Pharmacists (ASHP) (member)
8. American Pharmaceutical Association (APhA) (member)
9. Ohio Association of Substance Abuse Researchers (OASAR) (charter member)
10. Eastern Pain Association (EPA) (member)
11. National Association of Perinatal Addiction Research and Education (NAPARE) (member)
12. National Association of Prevention Professionals and Associates (NAPPA) (member)
13. American Association of Poison Control Centers (AAPCC) (member)
14. Alcohol and Drug Abuse Prevention Association of Ohio (ADAPAO)
15. New York Academy of Sciences (member)

2

### COMMITTEES and BOARDS:

1. Ohio Lieutenant Governors Council on Youth and Impaired Driving (1993- present)
2. Ohio Department of Health, HIV Prevention Planning Group 1(994 - present)
3. Pharmacy & Therapeutics Committee - University of Cincinnati Medical Center (past)
4. Drug Abuse Coordinating Committee of the Hamilton County Community (past)
5. Mental Health Board (648 Board),Chairman - Education Subcommittee (past)
6. Mental Health Association - Board of Trustees (past)
7. Citizens Coalition for Mental Health (member)
8. Health Professions Task Force on Substance Abuse - A joint NIDA/NIAAA Task Force 1978-1983
9. Adolescence Services Committee of Council on Alcoholism (past)
10. Drug and Alcohol Abuse Policy Committee - Cincinnati Board of Education, 1980-present
11. University of Cincinnati, Cincinnati City Police Consortium (member - past)
12. Human Investigation Committee Appalachian Regional Council (member)
13. U.C. Medical Center Faculty Group on Substance Abuse - Chairman (past)
14. State of Ohio Recovery Council - Prevention & Education Sub-committee (past)
15. Partners of the Americas, Ohio-Parana International Society, United States Agency for International Development, Trustee, 1995-1997, Vice President 1997-2000
16. U. C. College of Medicine Professional Effectiveness and Productivity (PEP) Committee, 1997.

### CONSULTANTSHIPS:

1. National Institutes of Health/SAMHSA Peer Review Consultant
2. United States Pharmacopea representative for University of Cincinnati College of Medicine
3. United States Pharmacopea Dispensing Information (USPDI) - Additional contributor
4. National Clearinghouse for Alcohol Information (NCADI)
5. Cincinnati Speech and Hearing Center - Pharmacologist Consultant (past)
6. Scientific Review Panel, American Pharmaceutical Association, National Drug Interaction Project
7. Clinical Pharmacologic Consultant to Cincinnati Police SWAT Team
8. Consultant to "Science and the Public Interest", National Media Information Project, Washington, D.C.
9. United Way Community Chest, Community Substance Abuse Prevention Action Plan
   East Central AIDS Education and Training Center - Consultant re: AIDS and Intravenous Drug Abuse
10. Editor - "Substance Abuse in the Greater Cincinnati Area, A Baseline Document, 1989", a Community Chest planning document
11. Substance Abuse Prevention Consultant - Temple University Health Sciences Center, Community Infant
12. Mortality Reduction Program, William Penn Foundation, 1989-1994
13. Substance Abuse Prevention Consultant - Area AIDS Planning Grant, Bureau for Maternal and Child Health and Resources Development, 1989-91
14. Behavioral Health Care Services-Psychopharmacologic Consultant, 1990-Present
15. Nationwide Planner and Trainer for Center for Substance Abuse Prevention CSAP Training System (CTS), AOD Prevention in the health professions 1993 -

### EDITORIAL CAPACITIES

1. Editorial Board - Journal of Psychoactive Drugs
2. Editor - "Substance Abuse in the Greater Cincinnati Area, A Baseline Document, 1989", a Community Chest planning document
3. Adviser, Complete Book of Natural and Medicinal Cures, "Medications", Section, Rodale Press, Emmaus, PA 18 0099, Pub., 1994 pp. 350-623..
4. American Journal of Hospital Pharmacy and Clinical Pharmacy, manuscript editor.

3

### MEDICAL CENTER TEACHING:

1.  Family Medicine Alcoholism Teaching
    **Freshman:** ICP-I "Primary Care and Health Care Delivery Systems" segments about alcoholism. 1980-1988
    **Sophomore:** Pharmacology Lecture re: alcohol Family Care Clinic - workshops on effects of alcohol intake on mother and fetus. 1980-87
    **Junior:** Alcoholism Component of Family Medicine - required Clerkship for junior medical students. 1980-84
    **Senior:** Alcoholism Component of Family Medicine elective Clerkship. 1980-84
    **Resident:** Noon Conference Series for Family Medicine treatment of alcoholism. 1980-88
2.  Pharmacology Course for second-year medical students (lectures on subjects including major and minor analgesics, substance abuse, toxicology and clinical pharmacology). 1975-present
3.  Pharmacology Course Associate Course Director . 1991-1993
4.  Alcoholism, Substance Abuse, Toxicology lectures, College of Pharmacy, B.S., and Pharm.D. curriculum. 1975-present
5.  Human Sexuality Course Director, College of Medicine. 1982.
6.  Department of Pediatrics: training for house staff officers pertinent to poison control responsibilities. 1975-present
7.  Drug Information training for Doctor of Pharmacy candidates. 1975- present.
8.  Community Pharmacology course. 1980-present
9.  Nursing students at U.C. and Good Samaritan Hospital School of Nursing. 1975-present
10. Continuing medical education symposia. 1978-present
11. Emergency Medicine - Lectures re: chemical dependency, drug abuse, alcoholism, AIDS, and substance abuse

### CERTIFICATIONS, LICENSES, REGISTRATIONS

**PROFESSIONAL:**

Certified Poison information Specialist (CSPI) - American Association of Poison Control Centers.
Certified Prevention Specialist (OCPS) - Ohio Chemical Dependency Credentialing Board
Registered Pharmacist - Ohio, Minnesota, California

**PERSONAL:**

Private Pilot, Instrument, Multi-engine - Federal Aviation Administration
Certified Advanced Open Water Scuba Diver, NASDS, Nitrox Certification, PADI

4

**RESEARCH AND TRAINING ACTIVITY:**

1. Co-investigator "A New Model for a Medical Information Communications System." (RO1) Project supported by a grant from the National Library of Medicine. 1975-77 $ 250,000
2. "A Computerized Drug Abuse Epidemiology System", 1976.
3. "A Model for Telecommunications Transfer of Medical Information", participant in grant funded by HEW office of Telecommunications Research. (RO1) 1977-79 $ 220,000
4. "Career Teacher in Substance Abuse", funded by National Institute of Drug Abuse (NIDA), training grant (1977-1980). (T01) $ 450,000
5. "HHS 780 Departmental Development grant for training in Family Medicine about Alcoholism, program coordinator (1980-1983). (T01) $650,000
6. Clinical Coordinator, Analgesic Clinical Trials with Dr. S.S Bloomfield in Clinical Pharmacology. 1983-1986
7. Clinical trial monitor and clinical study design with Dr. M. Weiner in Clinical Pharmacology. 1983-present
8. A phase-I clinical trial of a Trichomonas vaccine. 1983-86
9. A phase-I clinical trial of a caustic preparation for removal of Condyloma Acuminata. 1984-1988
10. University of Rochester Postgraduate Course on Clinical Pharmacology and Drug Development. 1983.
11. Co-investigator: "A clinical trial to compare the safety and efficacy of single doses of flupirtine, maleate 200 mg, acetaminophen (APAP) 650 mg, flupirtine 200 mg plus APAP 650 mg, and placebo in treatment of post-episiotomy pain". 1984
12. Co-investigator: "A phase II multi-center four-way double-blind, single- dose parallel efficacy study of flupirtine (100 mg & 200 mg) vs. APAP 650 mg, vs placebo in episiotomy pain". 1984
13. Co-investigator: "A double-blind placebo-controlled parallel evaluation of the comparative analgesic efficacy between IM lysine acetylsalicylate (LAS) and oral aspirin in postpartum uterine cramp pain". 1985
14. Co-investigator: "A phase II double-blind placebo-controlled study of the comparative efficacy of single dose of aspirin (650 mg or 1000 mg) vs. acetaminophen (650 mg or 1000 mg) and placebo in postpartum uterine cramp pain". 1985
15. Co-investigator: "A study to determine the relative analgesic efficacy of ibuprofen 200 mg plus caffeine 100 mg, compared with Excedrin$^R$ aspirin 500 mg, acetaminophen 500 mg plus caffeine 130 mg), and placebo in the treatment of postoperative dental pain following the surgical removal of impacted third molar teeth". 1987
16. Co-investigator: "A study to compare the relative effectiveness and tolerability of a single oral dose of Voltaren$^R$ enteric-coated tablets (50 mg or 100 mg), naproxen sodium (550 mg) or placebo in the treatment of moderate to severe pain secondary to postpartum uterine cramps". 1986
17. Co-investigator: "A study to compare the relative effectiveness and tolerability of a single oral dose of Voltaren$^R$ enteric-coated tablets (50 mg or 100 mg), naproxen sodium (550 mg) or placebo in the treatment of moderate to severe pain secondary to post-episiotomy pain". 1986
18. Co-investigator: "A single-dose, comparative analgesic efficacy and safety study comparing two dose levels of ketorolac tromethamine (RS- 37619), aspirin with codeine, aspirin and placebo in patients with post-operative pain". 1988
19. Principal Investigator: "Early Intervention Using an Interactive VideoDisc", 5 H84 AD00868, Federal Office of Substance Abuse Prevention (OSAP), (R01) Rockville MD, $450,000. 1987-91
20. Research Director: "Reaching Everyone, AIDS and Cincinnati's Health", 1R18DA-05751, AIDS and intravenous drug abuse research project, National Institute of Drug Abuse, (R01) $2,700,000. 1988-92
21. Principal Investigator: "Crack/AIDS Outreach Demonstration Project", Federal Center for Disease Control, Atlanta Ga. $210,000. 1990-93
22. Principal Investigator/Director: Ohio Prevention and Education Resource Center (OPERC), Statewide Alcohol and Other Drug Prevention and Education Resource and Training Center funded by the Ohio Department of Alcohol and Drug Addiction Services and the Ohio Department of Education $866,000 yr. 1991-96
23. Researcher/Evaluator, Early Prevention/Intervention Project (HIV)) EPIP, Ohio Department of Alcohol and Drug Addiction Services, $ 483,000, 1995-to present, renewed at $ 483,000.

5

### INVITED PRESENTATIONS (Over 1000 Lifetime) Recent Examples

"Chemotherapy of Chemical Dependency", Case Western University College of Medicine, February, 1997

Ohio Child Welfare Training Program Workshops 1995- Present
    Psychopharmacology                                                  12 hrs.
    Dual Diagnosis                                                     12 hrs.

Midwest Institute Workshops                 1987 - Present
Plenary Presentation:
    Workshops
    Cocaine and Crack Addiction and Treatment            5 hrs.
    Dual Diagnosis Mental Illness and Chemical Dependency     15 hrs.

    Plenary Presentation: Substance Abuse: The State of the Art in Chemical Dependency
        and Human Sexuality                              15 hrs.
    Psychopharmacology                                          15 hrs.

Ohio Department of Human Services Workshops 1990 - Present

    Psychopharmacology                                          12 hrs.
    Substance Abuse
    Dual Diagnosis

Ohio Criminal Justice Training Center Workshops     1990 - Present
    Dual Diagnosis                                                 12 hrs.
    Psychopharmacology                                          12 hrs.
    Chemical Dependency and AIDS                      12 hrs.

Potter Stuart Inn of Court Society Presentation, Cincinnati, OH Nov. 1994

"Alcohol, Tobacco and Other Drug Prevention", for Parana Medical Society, Parana Brazil, October 1993.

University of Evansville Summer Addictions Institute July 1996
    Plenary Presentation "Chemotherapy of Chemical Dependency"         2 hr
    Workshop on "Chemothrapy of Chemical Dependency: Practical Clinical Applications"   4 hr

Indiana Public Defender Council Annual Meeting September 1997
    Workshop entitled "Drug and Alcohol Issues as Mitigation"
    Indianapolis, Indiana

Ohio Department of Alcohol and Drug Addiction Services, "Drugs Don't Work in Ohio" program
    Presentation on the topic of "Marihuana in the Workplace", Columbus, Ohio October 1997

The Salmon P. Chase Inn of Court Society Meeting, April 1999
    Workshop entitled "Psychoactive Drugs-Alcohol, Street Drugs, Prescription Drugs: Actions and Interactions" Covington, Kentucky

Ohio Pharmaceutical Association Midyear Meeting, November 1999 Plenary presentation "The Pharmacology of Addiction", Columbus, Ohio

### INVITED PRESENTATIONS (Over 1000 Lifetime) Recent Examples( Cont.)

<u>Annual Kentucky Public Defender Education Conference.</u> "Psychoactive Drugs-Alcohol, Street Drugs, Prescription Drugs: Actions and Interactions" Ft. Mitchell, Kentucky, June 12-14, 2000

<u>Commonwealth of Kentucky Annual Prosecutor's Conference</u> "Psychoactive Drugs-Alcohol, Street Drugs, Prescription Drugs: Actions and Interactions" Lexington Kentucky, August 11, 2000

### BIBLIOGRAPHY

**PUBLICATIONS:**

1. Nelson, E.D.: "Levodopa in the Treatment of Parkinsonism". Minnesota Pharmacist, pp. 61-65, November, 1971.

2. Sigell, L.T., Nelson, E.D.: "Drug Abuse in Southwestern Ohio". Proceedings of the First Annual Ohio Drug Studies Institute, pp. 29-30, 1972.

3. Sigell, L.T., Nelson, E.D., et al.: "Physicians' Formulary and Drug Guide", Editions 3, 4, and 5, Cincinnati, Ohio; University of Cincinnati Medical Center, 1973, 1975, 1977.

4. Sigell, L.T., Nelson, E.D., Jackson, L.: "The Toxicity of Christmas Plants", Cincinnati Journal of Medicine, 55:250-253, December, 1974.

5. Lorenzi, N., Sigell, L.T., Nelson, E.D., Yokel, R.: "Information to Patient Care Areas via Television: A New Program". Biosciences Communications, 2:62-370, 1976.*

6. Nelson, E.D., Sigell, L.T., Yokel, R., Lorenzi, N.: "Drug Information Communication via Television". Drug Information Journal, 10:132-137, October-December, 1976.*

7. Sigell, L.T., Nelson, E.D., Yokel, R., Lorenzi, N.: "Past, Present and Future of Drug Information Centers as Catalysts for the Utilization of Drug Therapy Information". Drug Information Journal, 11:11-16, 1977.*

8. Sigell, L., Kapp, F.Y., Nelson, E.D., Fusaro, G.: "Popping and Snorting Volatile Nitrites: A Current Fad for Getting High". American Journal of Psychiatry, 135:1216-1218, 1978."

9. Yokel, R.A., Sigell, L.T., Nelson, E.D.: "A Comparison of Four Toxicology Resources in Respect to Rates and Retrieval and Time Required". The Journal of Pediatrics, 92:145-148, 1978.*

10. Butch, A.J., Yokel, R.A., Sigell, L.T., Hanenson, I.B., Nelson, E.D.: "Abuse and Pulmonary Complications of Injecting Pentazocine and Tripelennamine Tablets". Clinical Toxicology, 14(3):301, 306, 1979.*

11. Nelson, E.D., Sigell, L.T., Yokel, R.A., Aronoff, A.I.: "Drug Abuse, A Current Perspective". Therapeutic Consult, 9:1-10, 1978.

12. Springer, S.J., Yokel, R.A., Lorenzi, N.M., Sigell, L.T., Nelson, E.D.: "Drug Information to Patient Care Areas Via Television: Preliminary Evaluation of Two Years' Experience". Special Libraries, 59:155-163, 1978.*

13. Lorenzi, N., Sigell, L., Nelson, E.D., Yokel, R., Wilchins, S., Springer, S.: "Information via Television for Patient Care. Technological Horizons in Education", 6:40-45, January, 1979.

14. Lorenzi, N., Sigell, L.T., Nelson, E.D., Yokel, R., Wilchins, S., Springer, S.: "Information to Patient Care Areas Via Television - An Update". Health Communication Informatics, 5:214-219, 1979.*

15. Sigell, L.T., Nelson, E.D., Yokel, R.A., Lorenzi, N.M.: "The Influence of Human and Data Retrieval Sources on the Patterns of Use of Drug Information". Drug Information Journal, 13:85-90, 1979.*

16. Lorenzi, N., Sigell, L.T., Nelson, E.D., Yokel, R., Wilchins, S., Springer, and S.: "Information via Television for Patient Care". Technological Horizons in Education, 6:40-45, January, 1979.*

17. Nelson, E.D., Sigell, L.T., Yokel, R.A., and Lorenzi, N.M.: "Impact of Video Technology on the Use of Drug Information Resources". Drug Information Journal, Vol. 14, No. 2, pp. 77-81, April/June, 1980.*

18. Nelson, E.D.: "Quick Reference to Clinical Toxicology," editor Irwin Hanenson, chapters entitled "Analgesics and Antipyretics," pp. 24-28 and "Locating Toxicological Information," pp. 259-264, publisher Lippincott, 1980.

19. Nelson, E.D., Sigell, L.T., Parker, R.E., Hestness, J.: "Phencyclidine, the Midwest Perspective," proceedings of the National Conference on the Problems and Prevention of PCP Abuse, published in Journal of Psychoactive Drugs, 12:217-220, 1980.*

20. Lipicky, R.J., Nelson, E.D., Jacobsen, F.: "Charcoal Hemoperfusion: A Method for Removing PCP from the Blood and Body in Overdose Cases". Proceedings of the National Conference on the Problems and Prevention of PCP Abuse, published in Journal of Psychoactive Drugs, 12:275-278, 1980.*

21. Sigell, L.T., Piascik, M.F., Parker, R.E., Nelson, E.D., Williams, R.B.: "Consumer Focus of a University Drug and Poison Information Center". American Journal of Hospital Pharmacy, 37:1206-10, 1980.*

22. Parker, R.E., Sigell, L.T., Piascik, M.F., Nelson E.D., Williams, R.B.: "Consumer Drug Information: Some Practical Aspects Based on Experience with More than 200,000 Cases". U.S. Pharmacist 6(10):1-27, Nov/Dec, 1981.*

23. Bonfiglio, J.F., Sigell, L.T., Boston, S.L., Nelson, E.D.: "Evaluation of a New Approach to Geriatric Drug Education". Drug Information Journal, 16(4):164-169, 1982.*

24. Sigell, L.T., Boston, S.L., Bonfiglio, J.F., Yokel, R.A., Lorenzi, N.M., Nelson, E.D.: "Evaluation of Factors Influencing the Patterns of Use of Drug and Poison Information Resources". Drug Information Journal, 16(4):216-226, 1982.*

25. Nelson, E.D.: "Pharmacists Roles in Alcohol and Drug Abuse Service," Alcohol Health and Research World, Vol. 8, No. 1, Fall, 1983.

26. Nelson, E.D.: "Review of Activities of Health Professions Education Task Force on Substance Abuse", published in Alcohol Research World, Spring, 1983.

27. Nelson, E.D.: "Influenza Vaccine: Interactions with Theophylline and Other Drugs," DPICTIONS Vol. 2, No. 2, 1983.

28. Schoener, E.P., Nelson, E.D., Parker, R.E., Sigell, L.T.: "Family Medicine Curriculum Guide to Substance Abuse, Chapter 1, 'Pharmacology of Commonly Abused Drugs," pp. 1-77, published by Society of Teachers of Family Medicine (STFM), July, 1984.

8

29. Weiner, M., Nelson, E.D.: "In vitro Studies with Aqueous Solutions of Oxalic and Nitric Acid," Section 6, pp. 38-40, IND for "5592" filed with FDA April, 1984.

30. Nelson, E.D., Bloomfield, S.S., et al.: "Xorphanol and Conorphone Analgesia after Episiotomy," Current Therapeutic Research 41:276-288, 1987.*

31. Cissell, G.B., Peters, N.M., Mitchell, J.M., Nelson, E.D., Barden, T.P., Bloomfield, S.S.: "Aniorolac Versus Naproxen Analgesia for Postpartum Uterine Pain," Clinical Pharmacology and Therapeutics, Vol. 42, No.1, pp. 89-95, July, 1987.*

32. Nelson, E.D.: "Module-6: Alcohol and Other Chemicals," in a series entitled "Adolescent Alcoholism: Recognizing, Intervening and Treating." Published for national distribution by The Department of Family Medicine, O.S.U., August, 1987.

33. Arif, A., Westermeyer, J., eds.; Nelson, E.D., acknowledged contributor, "Manual of Drug and Alcohol Abuse: Guidelines for Teaching in Medical and Health Institutions," also known as "W.H.O. Manual of Drug and Alcohol Abuse," World Health Organization, Plenum Publishing Corp., New York, 1988.*

34. Nelson, E. D., Rucker, R. D., Epps, B., Sigell, L. T., Broadnax, S. E.: "Reaching Everyone! Aids and Cincinnati's Health (Reach) Year One Data," in "Community-Based Aids Prevention Studies of Intravenous Drug Users and Their Sexual Partners", Proceedings of the First Annual NADR National Meeting, DHHS Pub. No. (ADM) 91-1752 printed 1991.

35. Nelson, E.D., "The Effects of Psychoactive Drugs on Cockpit Performance," Proceedings of the Sixth International Symposium on Aviation Psychology, Vol. 2 pp. 718-727 Pub. Lawrence Earlbaum Assoc. Inc., Hilldale, N.J., 1991.

36. Nelson, E.D., Adviser, Section on "Medications" "The Complete Book of Natural and Medicinal Cures," pp 350-623 Pub. Rodale Press, Emmaus, PA, 1994.

37. Siegal, H. A., Carlson, R.G., Wang, J., Falck, R. S., Stephens, R. C., Nelson, E. D., "Injection Drug Users in the Midwest: An Epidemiologic Comparison of Drug Use Patterns in Four Ohio Cities", J. of Psychoactive Drugs, Vol. 26, No. 3, July-September, 1994.*

38. Sigell, L. T., Nelson, E. D., Comprehensive Review of Adolescent Medicine Chapter 13: "Pharmacology/Toxicology". A Self Instruction syllabus for physicians published August, 1994 by the American Academy of Pediatrics (by invitation).

39. Substance Abuse and Mental Health Services Administration (SAMHSA), Center for Substance Abuse Prevention (CSAP), "Medical Specalists Alcohol Prevention Project" Training Manual pp 262, Module Three, " Roles and Responsibilities in Working as a Helath Care Team", and "Drug Specific Prompts" for Prescription Drugs", Pub. CSAP, 1996.

40. Graham, A., Pfeiffer, J., Trumble, J., Nelson, E. D., "Continuing Education for Pharmacists on Substance Abuse Prevention: A Pilot Study", Substance Abuse 20 (1), 29-39 1999. *

41. Hickman M. A., Nelson, E. D., Siegel, E. S., Bernstein, J. A., "Are High dose Toxic Exposures Always Associated with Reactive Airways Dysfunction Syndrome (RADS) ?", Arch. Env. Health, in press, 2000 *

*Refereed publications.

## ABSTRACTS, ARTICLES, AND MISCELLANEOUS PUBLICATIONS, AND PRESENTATIONS:

1. Nelson, E.D.: "Drug Therapy for Hyperkinetic Children," Proceedings of the First Annual Cincinnati Speech and Hearing Center Symposium on Auditory Perception, 1974.

2. Sigell, L.T., Nelson, E.D., Lorenzi, N.: "NLM Grant Supports Model Communication System", National Library of Medicine News, May, 1975.

3. Nelson, E.D., Sigell, L.T.: "Computerized Drug Abuse Epidemiology Data Base," Abstract published in Ohio Drug Studies Institute, 1977, Ohio Department of Mental Health and Mental Retardation.

4. Nelson, E.D., Sigell, L.T.: "Newer Patterns of Prescription Drug Abuse," Abstract published in Ohio Drug Studies Institute, Ohio Department of Mental Health and Mental Retardation, pp. 49, 1978.

5. Nelson, E.D.: "Substance Abuse in England," Straight Dope, published in United Health Foundation, Dayton, Ohio, November, 1978.

6. Nelson, E.D.: "Aphrodisiacs, Facts or Fantasy?" presented to plenary session of the IV World Congress of Sexuality, Mexico City, December, 1979.

7. Nelson, E.D.: "Drug Enhancement of Human Sexuality" presented to Training Institute on Addictions, Miami, Florida, December, 1979.

8. Sigell, L.T., Parker, R.E., Nelson, E.D.: "Drug Information Services for the Public". Presentation by invitation at the Midyear Clinical Meeting of the American Society of Hospital Pharmacists, December, 1979.

9. Nelson, E.D., Pantio, A.M.: "Abuse of Pyribenzamine and Talwin, T's and B's," presented to Training Institute on Addiction, Miami, Florida, December, 1979.

10. Nelson, E.D., Sawyer, J.S.: "Drug Abuse and Human Sexuality." Abstract published in Ohio Drug Studies Institute, Ohio Department of Mental Health and Mental Retardation, 1980.

11. Nelson, E.D., Sigell, L.T.: "The Who Concert in Cincinnati Coliseum Tragedy (11 Deaths)." Abstract No. 384 in National Alcohol and Drug Conference Abstracts, NADC, 1980.

12. Nelson, E.D., Sawyer, J.S.,: "Drugs and Human Sexuality." Abstract No. 35 in National Alcohol and Drug Conference Abstracts, NADC, 1980.

13. Sigell, L.T., Nelson, E.D., Polk, M.A.: "Effective Communication of 'Facts' about Drugs." Ohio Drug Studies Institute, June, 1981.

14. Sigell, L.T., Edwards, V., Boniface, K.I., Connelly, T., Nelson, E.D., Massey, J. Bonfiglio, J.F., Siegel, E.G., Pinales, M.: "Drug Abuse: Cincinnati's Responsibility." Feature News magazine sponsored by the Hamilton County Community Mental Health Board (appeared in Cincinnati Enquirer March 19, 1981, and is being used as a teacher and parent training document).

15. Sigell, L.T., Bonfiglio, J.F., Boston, S.L., Nelson, E.D.: "Evaluation of the Use Patterns of Drug Information Literature Resources as a Function of Profession and Ease of Access." Presentation at the Drug Information Association meeting in Kansas City, June, 1982.

16. Bonfiglio, J.F., Sigell, L.T., Boston, S.L., Nelson, E.D.: "Evaluation of a New Approach to Geriatric Drug Education." Presentation at the Drug Information Association Meeting in Kansas City, June, 1982.

10

17. Nelson, E.D.: "T's & B's--Southwest Ohio's Most Commonly Abused 'Narcotic.'" DPICTIONS, 1:1-2, 1982.

18. Nelson, E.D.: "Volatile Nitrites," presented at U.C.L.A. Conference entitled "Sexual Aspects of Drug Abuse." Nov. 7, 1982, U.C.L.A.

19. Nelson, E.D.: "Multidisciplinary Approaches to Education in Substance Abuse: Today and the Future." Paper presented at International Meeting of AMERSA, Nov. 19, 1982, San Francisco.

20. Nelson, E.D.: Book Review for Journal of Psychoactive Drugs, "Alcohol and Drug Problems in Women," Vol. 14(3) Jul-Sept., 1982.

21. Nelson, E.D.: Panel Moderator for Plenary Session of AMERSA International Meeting entitled "Multidisciplinary Approaches to Education in Substance Abuse," Nov. 19, 1982, San Francisco.

22. Nelson, E.D.: Paper Entitled "Medical School Teaching about Drug Modifications of Human Sexuality," Sixth World Congress of Sexology, Washington, D.C., May, 1983.*

23. Bloomfield, S.S., et al.: "Ketorolac and Aspirin for Postpartum Uterine Cramps." Poster presented at Eighty-Fifth Annual Meeting ASCPT, March, 1984, Atlanta, Georgia.*

24. Bloomfield, S.S., et al.: Poster presented to Ohio Conference on Clinical Pharmacy and Clinical Pharmacology. "Xorphanol (TR5379), Conorphone (TR5109), and Codeine Analgesia after Episiotomy", October, 1984.*

25. Bloomfield, S.S., Nelson, E.D., Mitchell, J., Peters, N., Cissell, G., Barden, T.P.: "Flupirtine and Acetaminophen Analgesia after Episiotomy." Clinical Pharmacology and Therapeutics, 37:182, 1985, Abstract No. B42. 86th Annual ASCPT Meeting, San Antonio, Texas, March, 1985.*

26. Nelson, E.D., Bloomfield, S.S., Peters, N., Mitchell, J., Cissell, G., Barden, T.P.: "Flupirtine and Acetaminophen Analgesia after Episiotomy." 5th Annual Ohio Conference on Clinical Pharmacy and Clinical Pharmacology, Columbus, Ohio, October, 1985.*

27. Bloomfield, S.S., Nelson, E.D., Mitchell, J., Cissell, G., Peters, N., Barden, T.P.: "Anirolac and Naproxen Analgesia for Postpartum Uterine Cramp Pain." Clinical Pharmacology and Therapeutics, 39:181, 1986, Abstract No. A32. 87th Annual ASCPT Meeting, Washington, D.C., March, 1986.*

28. Bloomfield, S.S., Nelson, E.D., Mitchell, J., Cissell, G., Peters, N., Barden, T.P., "Ketorolac vs. aspirin with or without Codeine for Postpartum or Postoperative Pain." Poster at IUPHAR Meeting, Sydney, Australia, September, 1987.*

29. Bloomfield, S.S., Nelson, E.D., et al.: "Ketorolac Analgesia for Postoperative Pain." Abstract presented at ASCPT Meeting, San Diego, California, March, 1988.*

30. Bloomfield, S.S., Nelson, E.D., et al.: "Ibuprofen/Caffeine (IC) vs. Excedrin$^R$ Extra-Strength (X) Analgesia for Dental Surgery Pain." Presented at ASCPT Meeting, San Diego, California, March, 1988.*

31. Bloomfield, S.S., Peters, N.P., Cissell, G., Nelson, E.D., Horton, R.B., Finnegan, J.J.: "Ibuprofen/Caffeine vs Aspirin/Acetaminophen/Caffeine Analgesia for Oral Surgery Pain." Canadian and American Joint Pain Societies Meeting, November 10, 1988.*

32. Workshop entitled "Sexuality and Addictions" (15 hr), presented at Midwest Institute, January, 1988 and January, 1989.

11

33. "Laserdisc Technology in Drug Abuse Prevention," presented at the First Ohio Prevention Conference, Columbus, Ohio, October, 1988.

34. Workshop entitled "Chemical Dependency and Mental Illness, Dual Diagnosis" (15 hr) Midwest Institute, July, 1988.

35. Lectures re: "Substance Abuse" to Cincinnati Police Academy Cadet Classes, 1985 - present.

36. Presentation on Advanced Street Drug Pharmacology to "Undercover Narcotics Investigation Training," a two-day seminar given four times for law enforcement officers, Cincinnati, Ohio, 1989.

37. Plenary Presentation entitled "Substance Abuse 1988" to Wisconsin Public Defenders Conference, Milwaukee, Wisconsin, 1988.

38. Plenary Presentation entitled "Substance Abuse 1988" given at Midwest Advanced Institute, Indianapolis, Indiana, October, 1988.

39. Plenary Presentation entitled "AIDS and Intravenous Drug Abuse" to COSA Regional Conference, Cincinnati, Ohio, 1988.

40. "The Trouble with Tranquilizers," by Kerry Pechter in "Men's Health" magazine, E.D. Nelson quoted, p. 16, Fall, 1988.

41. Presentations entitled "The Toxicology of Drugs of Abuse" and "The Toxicology of Alcohol Poisoning," to a regional toxicology workshop for physicians entitled "Pills, Poisons, and Problems," Troy, Ohio, February, 1989.

42. Bloomfield, S.S., Peters, N., Cissell, G., Nelson, E.D., Horton, R.B., Finnegan, J.J.: "Ibuprofen/Caffeine vs. Aspirin/Caffeine Analgesia for Oral Surgery Pain," Abstract presented at the Canadian and American Pain Societies Joint Meeting, Toronto, Canada, November 12, 1988."

43. Nelson, E.D., Rucker, R., Young, B., et al.: "Reaching Everyone! AIDS and Cincinnati's Health". Abstract presented at the First Annual NADR National Meeting, Rockville, Maryland, October 15, 1989. Published in proceedings of same, Nova, Inc., 4720 Montgomery Lane, Bethesda, Maryland 20814."

44. Nelson, E.D., Sigell, L.T., Rucker, R.D., Driggins-Smith, S., Epps, B.E., "Reaching Everyone! Aids and Cincinnati's Health (REACH), Year 02 Data" Abstract presented at the second annual NADR National Meeting, Bethesda Maryland, 1990. Abstract published in proceedings of the Second annual National AIDS Research and Demonstration (NADR) Meeting, December, 1990.

45. Rucker, R.D., MacLarty, S.T., Nelson, E.D., "Follow-up Procedures for Research and Intervention Programs Involving Intravenous Drug Users" Abstract presented at the second annual NADR National Meeting, Bethesda Maryland, 1990. Abstract published in proceedings of the Second annual National AIDS Research and Demonstration (NADR) Meeting, December, 1990.

46. Driggins-Smith, S., Keys, M., Rucker, R.D., Nelson, E.D. "HIV Risk Reduction Interventions Among Female Sexual Partners of IVDU's", Abstract presented at the second NADR National meeting, Bethesda Maryland, 1990. Abstract published in proceedings of the Second annual National AIDS Research and Demonstration (NADR) Meeting, December, 1990.

47. Rucker, R.D., Mac Larty, S.T., Nelson, E.D. "Waiting Room Strategies to Increase the Comfort of IV Drug Users in an AIDS Research Program" Abstract presented at the second NADR National Meeting, Bethesda Maryland 1990. Abstract published in proceedings of the Second Annual National AIDS Research and Demonstration (NADR) Meeting, November, 1990.

48. Nelson, E.D., book review on "Testing and Evaluation of Drugs of Abuse," DICP The Annals of Pharmacotherapy, Vol. 25 pp 322-323, 1991.

49. Nelson, E. D., Rucker, R. D., Epps, B., Sigell, L. T., Broadnax, S. E. Reaching Everyone! Aids and Cincinnati's Health (Reach) Year One Data, in "Community-Based Aids Prevention Studies of Intravenous Drug Users and Their Sexual Partners", Proceedings of the First Annual NADR National Meeting, DHHS Pub. No. (ADM) 91-1752 printed 1991.

50. Nelson, E. D., "The Effects of Psychoactive Drugs on Cockpit Performance", Podium Presentation to Sixth International Symposium on Aviation, Psychology, May, 1991.

51. Nelson, E. D., "Reaching Everyone! AIDS and Cincinnati's Health (Reach) Year 03 Data" Reach/Cincinnati NADR Project, Cincinnati, OH. Poster Presentation 3rd Annual NADR National Meeting, Washington, D.C., October 29-31, 1991.

52. Nelson, E. D., Linneman, C. "Cincinnati NADR Site Hepatitis Screening", NIDA Research in progress, October 1991, pp 21.

53. Nelson, E. D., book review on "The Encyclopedia of Drug Abuse: Second Edition", Journal of Pharmacy Technology, Vol. 9, 1993.

54. Nelson, E.D., book review "Cocaine: Scientific and Social Dimensions" Ciba Foundation Symposium 166, DICP The Annals of Pharmacotherapy, March, 1994 pp 409-410.

55. Katz, J., Nelson E.D., Hassan, M.F., Warner, A., Schobelock, M., "Morphine Extraction from Sustained-Release tablets for Illicit Use", Abstract presented to International Conference on Chemotherapy, Montreal Canada, 1995.

56. Nelson, E D , Bernstein, J, Siegel, E., Hickman, M. "A Report of Industrial Exposures to Chlorine Dioxide (CLO2)", presented at the Regional Toxicology Conference, November 1998, Cincinnati, OH

57. Krummen, K., Nelson, E. D., Tsipis G., Siegel E., Bottei E., "Tramadol Abuse in the Cincinnati Area", Presented at the Annual meeting of the North American Congress of Clinical Toxicology, September, 1999, La Jolla California

58. Nelson, E.D. " OPIOIDS: Promoting Appropriate use and Preventing Diversion Through Education and Enforcement", Presented to Purdue Pharma, Norwalk CT., January 2000.

13

## PUBLICATIONS IN PREPARATION

1. Nelson, E.D.: "The Use of Anecdotal Case Reports in Establishing Causation." Invited paper at "Toxic Torts" conference in San Antonio, Texas. To be published in Clinical Toxicology.

2. Nelson, E.D., "The History of Volatile Nitrite Abuse: Patterns of Epidemiology, Chemical Constituents, Toxicology and implications for Drug Abuse Prevention".

3. Nelson, E.D., Fitzgerald, M. "A Descriptive Study of Chemically Impaired Nurses on Probation in Southwest Ohio, 1984 to 1995."