# DAVID A. HELM, MD

**CURRENT WORK ADDRESS**
7495 State Road
Suite 340
Cincinnati, Ohio 45255
Phone (513) 231-8000

---

**EDUCATION**

September 1962 to May 1966
Hillsdale College    Hillsdale, Michigan
**Bachelor of Science**

September 1966 to May 16, 1970
Wayne State University School of Medicine
Detroit, Michigan
**MD**

July 1, 1970 to June 30, 1971
Cincinnati General Hospital    Cincinnati, Ohio
**Rotating One Internship**

July 1, 1971 to June 30, 1972
University of Cincinnati    Cincinnati, Ohio
**Psychiatry Resident, First Year**

July 1, 1974 to June 30, 1976
University of Cincinnati    Cincinnati, Ohio
**Psychiatry Resident, Second & Third Years**

**MILITARY**

July 1, 1972 to June 30, 1974
United States Navy    Portsmouth, New Hampshire
**Psychiatrist, US Naval Disciplinary Command**

Portsmouth Naval Hospital  Portsmouth, New Hampshire
**General Medical Officer**

**PROFESSIONAL EXPERIENCE**

Instructor of Clinical Psychiatry
1976-1984  Department of Psychiatry
University of Cincinnati School of Medicine
Cincinnati, Ohio

Assistant Professor of Clinical Psychiatry
1984-1988  Forensic Psychiatry, Psychiatrist
Court Psychiatric Center  Cincinnati, Ohio

DAVID A. HELM, MD                                          PAGE TWO

**PROFESSIONAL**          **Clinical and Academic Responsibilities as Instructor/**
**EXPERIENCE**            **Assistant Professor of Clinical Psychiatry**
                          1979-1982    Coordinator of Resident Education at Court
                                       Psychiatric Center
                          1979-1986    Coordinator of the Support Clinic at Court
                                       Psychiatric Center

(ACADEMIC ACTIVITY)                    Chair resident, teaching/diagnostic
                                       conference; chair medical student teaching
                                       conference at Court Psychiatric Center

(CLINICAL SERVICE)                     Perform diagnostic evaluations for
                                       Hamilton County Municipal and Common
                                       Pleas Court, probation officers of both
                                       Courts and parole officers; expert
                                       testimony; consult to all of the above;
                                       provide individual treatment and treatment
                                       to aftercare population; evaluate
                                       emergency referral from Arraignment
                                       Courtroom, Hamilton County Justice
                                       Center

                          1976-1991    Psychiatric Consultant
                                       Lebanon, Ohio

                          1976-1992    Forensic Psychiatry Consultant to the
                                       Shawnee Forensic Center
                                       Portsmouth, Ohio

                          1979-1987    Psychiatric Consultant to Hamilton County
                                       Jail    Cincinnati, Ohio

                          1980-1993    Private Practice in Psychiatry
                                       2368 Victory Parkway, Suite 400,
                                       Cincinnati, Ohio 45203

                          June 1991 – April 2003
                                       Psychiatrist with Group Health Associates
                                       2915 Clifton Avenue, Cincinnati, Ohio
                                       45220

                          May 2003 – Present
                                       Cincinnati Psychiatric & Psychological
                                       Associates
                                       Independent Practitioners
                                       7495 State Road, Suite 340
                                       Cincinnati, Ohio 45255

DAVID A. HELM, MD                                                    PAGE THREE

**BOARD CERTIFICATION**        Diplomate of American Board of Psychiatry and
                               Neurology
                               Board Certification, June 1994

**PROFESSIONAL**               Member American Academy of Psychiatry and Law
**ORGANIZATIONS**              1978-1990

                               Member Alpha Omega Honorary Medical Society

                               Member Active Medical Staff University Hospital
                               Cincinnati, Ohio
                               1976-1993

                               Active Medical Staff Good Samaritan Hospital
                               Cincinnati, Ohio
                               1991-2001

                               Courtesy Medical Staff Good Samaritan Hospital
                               Cincinnati, Ohio
                               2001 – Present

**LICENSE**                    OHIO MEDICAL LICENSE 35-39031

                               DEA # AH 7326879

**COMMUNITY SERVICES**         Member Board of Directors, Hamilton County Council
                               For Retarded Citizens 1981-1982 (now known as
                               Association for Retarded Citizens)

                               Member Volunteer Staff, Cincinnati Nature Center
                               1978 – Present

                               Member board of Advisors, Boy Scouts of America,
                               Troop 5
                               1988-1990



**CINCINNATI**

*Anderson*
7691 Five Mile Road
Cincinnati, Ohio 45230
513/232-1253

*Batavia*
2245 Bauer Road
Batavia, Ohio 45103
513/732-0700

*Clifton*
2915 Clifton Avenue
Cincinnati, Ohio 45220
513/872-2000

*Finneytown*
8630 Winton Road
Cincinnati, Ohio 45231
513/729-1122

*Kenwood*
8245 Northcreek Drive
Cincinnati, Ohio 45236
513/745-4706

*Mason*
7423 Mason-Montgomery Road
Mason, Ohio 45040
513/229-6000

*Springdale*
55 Progress Place
Cincinnati, Ohio 45246
513/346-5000

*Western Hills*
2001 Anderson Ferry Road
Cincinnati, Ohio 45238
513/922-1200

**DAYTON**

*Dayton*
1222 South Patterson Boulevard
Dayton, Ohio 45402
937/227-3873

*Kettering*
5250 Far Hills Avenue
Kettering, Ohio 45429
937/433-7991

*Springboro*
255 N. Main Street
Springboro, OH 45066
513/748-5642

*Administration*
4600 Wesley Avenue, Suite N
Cincinnati, Ohio
45212-2275
513/841-5220

Patrick A. Teller, M.D., MPH, MBBA
*Medical Director*

www.cgha.com

June 28, 2002

Robert G. Kelley
4353 Montgomery Road
Cincinnati, Ohio 45212

RE:   Dennis J. Cook
      DOB 4-5-55

Dear Mr. Kelley:

I am responding to your June 20th letter regarding Mr. Cook. I note that the release of information is signed by Mr. Cook. I have reviewed Mr. Cook's records since I have been seeing him to prepare this report. I note that the records are considerable consisting of three volumes, and I have been seeing Mr. Cook since 1994. Mr. Cook has always had strong convictions and strong spirituality. As I noted in my letter to you of September 11, 1998, these issues have led Mr. Cook to focus on rules and details which in the past have led him to be reactive at times along with his mood disorder. This can lead to a conflict, especially when he is outspoken about it. The goals through the years have been to try to maintain mood stability and composure. Initial diagnoses were psychothymia reflecting his mood swings and periodic bursts of intensity although at that point, in the early mid 90s did not feel that he met the criteria for bipolar II. However, later in the late 90s, I felt that the mood swings were sufficient to justify bipolar II diagnosis. By March 1999 I had been treating him as bipolar II.

Since the conflict with the city of Norwood in 1998 though 1999, his mood disorder has exacerbated. He a long hospitalization from June 10 to July 11, 1999 with symptoms of major depression and related surges of emotional intensity due to the exacerbating precipitating events (the precipitating events had to do with the conflict with the city, but also with despair over family relationships).

The multitude of details regarding Mr. Cook's treatment prior to 1998 and since his hospitalization in 1999 can be gleaned from the records with Mr. Cook's permission. I see my role as expressing opinions on his diagnosis and treatment, but not that of becoming a forensic evaluator. Being as I was Mr. Cook's treating physician those opinions regarding his injury would probably best be assessed by an independent evaluator. I can say that the hospitalization in June 1999 represents a point of exacerbation of Mr. Cook's condition and he has struggled with these issues since. His prognosis for future treatment is significant with regard to needing a counseling process, with medication, for the foreseeable future. I note that Mr. Cook needed this process prior to the events of 1998 and 1999. Please note my enclosures.

Respectfully,

David A. Helm, M.D.

DAH/dmo

GPA

guidance process associates

George E. Parsons

June 26, 2002

Robert G. Kelly
Attorney at Law
4353 Montgomery Road
Cincinnati, Ohio 45212

Re:  Dennis J. Cook
SS#: 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

Dear Mr. Kelly:

As you are aware I have had the opportunities to see and evaluate Mr. Dennis J. Cook on a number of different occasions. I initially saw him on August 27, 1998 and at that time I prepared a report dated September 1, 1998 identifying my opinions and conclusions in regards to his state at that time. Also at that time I identified the fact that Mr. Cook did suffer from psychological conditions and that he had been under the treatment and care of Dr. Helms. It was my professional opinion that although he suffered from psychological conditions that they in their own right would not prevent him from being able to continue in his normal or customary work activity. It was evident that he also suffered from various physical problems associated with both his cervical and lumbar back.

Next, I had the opportunity to evaluate Mr. Cook on November 18, 1999. At that time it was my professional opinion that Mr. Cook's condition had deteriorated since my initial evaluation of August 27, 1998. I was more aware of the fact that this client had undergone consistent stressors during his employment with the City of Norwood resulting in significantly higher degrees of psychological trauma. It was my professional opinion within reasonable vocational certainty that Mr. Cook had sustained an occupational disability as a result of his employment with the City of Norwood. His impairments included both mental and physical conditions.

On September 5, 2000 I rendered another report indicating that it was my professional opinion that Mr. Cook was 50% of the way between a disabled and non-disabled individual in relationship to his employment and participation in the labor force. It was further my opinion that his post injury capacity to earn would best be reflected of an individual earning $26,054.00 in 1998 dollars.

2728 Madison Road
Cincinnati, Ohio 45209
(513) 351-3334
Fax (513) 351-0309

Lastly, Mr. Cook was seen in my office on June 25, 2002. At that time he appears as a 47-year-old white male who came dressed in soiled blue-jeans, T-shirt and ballcap. He was carrying a folder and was noted to be significantly more nervous than on any contact in the past. He did inform me that he was taking significant amounts of medication, seven of which were provided by Dr. Helms, his psychiatrist, and four being provided by his general practitioner, Dr. Pembaur. It was noted that his speech was

somewhat slurred, perhaps due to the medications, but also perhaps due to the fact that he seems to be under significant stressors at the present time. He informed me that he had been hospitalized twice in 2000, once in 1999, and most recently in 2001 for 14 days as a direct probate from his psychiatrist. Apparently at that time he was decompensating to the point where he was becoming both suicidal and homicidal. He continues to be fixated with his position at Norwood and the psychological trauma that they place him in during his employment. He now suffers from significant financial problems as a result of not having worked for a long period of time. Several of his children also seemed to be difficult for him and he has now noticed significant physical problems including shaking in his legs.

It is evident that Mr. Cook does not have the ability to sustain himself in any one activity. His mind wonders quickly and he is fixated on various problems of the past. He has difficulty getting along with others. He also recognizes a very poor memory.

He is now presently living at home with all of his children, his oldest daughter's boyfriend, his brother and one infant child. This adds up to a total of eleven people living in a single family home. There is very little employment, and obviously a number of financial problems. He most recently borrowed money in order to be able to maintain his medical coverage which is obviously somewhat significant on the basis of just the medications he is taking, but also on the fact that he has both physical and mental impairment.

His presentation at the time of my last interview and objective measurements indicates that there is significant memory loss. He appears at the present to be a person who is having problems with both his general and working memories. He has difficulty being able to follow more than one-step processes, and even then he becomes agitated and withdraws. His presentation indicates a very nervous and anxious individual, and he does not feel comfortable in almost all settings including his own home environment.

The combination of factors that I saw on June 25, 2002 in relationship to my initial contact in 1998 clearly indicates that Mr. Cook's psychological as well as physical condition appears to have gotten worse. It is now evident that he would be unable to perform any work activity on a sustained basis, therefore it is my professional opinion within reasonable psychological certainty that Mr. Cook would be unable to perform any sustained work activity now or in the foreseeable future.

Sincerely,

George E. Parsons, Ph.D.
Vocational Expert

GEP/lnp

P & E ADJUSTMENT

DEGREE OF DISABILITY
Dennis J. Cook
AVERAGE WORKER P.E.



AVERAGE DISABLED WORKER P.E. = .32

INSTRUCTIONS:  Please complete the blank line noting the joint PE rate for an average disabled worker.

Then, market an "X" where the individual falls between an average worker PE and an average disabled worker PE.  Write the percentage next to the "X".  This is especially important when the percentile rating is not in 10% increments.

This differential will remain the same through time.

## TRIAL & DEPOSITION STATISTICS
### GEORGE E. PARSONS, PH.D.

<u>1997</u>

January 2, 1997
    Jerry Joseph vs. Heart of Bluegrass Shows and Special Fund         Deposition

January 2, 1997
    Edwin Bowling vs. T&C Construction Company, Ltd.         Deposition

January 3, 1997
    G.B. Richardson vs. Industrial Security Services, Inc.         Deposition

January 3, 1997
    Michael Swango vs. Neises Construction, Inc.         Deposition

January 21, 1997
    Thomas Ginn vs. DHL Airways and Special Fund         Deposition

January 21, 1997
    Rebecca Gronbert vs. Hennegan Printing Company and Special Fund         Deposition

January 22, 1997
    Shane Rice vs. Norfolk & Southern Railway         Trial

January 22, 1997
    Glynn Wentworth vs. Idea Engineering and Fabricating, Inc.         Deposition

January 26, 1997
    Allen Robins vs. Duncan Machinery Movers         Deposition

January 29, 1997
    Nolan Garrett vs. Nielsen Lithographing Company         Deposition

February 5, 1997
    Gary Scroggins vs. R.A. Jones Company and Special Fund         Deposition

February 5, 1997
    Sharie Dougherty vs. Bardes Corporation         Deposition

February 7, 1997
    Ramona Craig vs. Montgomery Elevator Company         Trial

February 7, 1997
    Lisa Marcum vs. Kevin Rice, Millard Rice, LouAnn Rice and Grange
        Mutual Casualty Company         Deposition

February 12, 1997
    William Welter vs.                                                    Deposition

February 13, 1997
    Kathy Ritzi vs. The Kroger Company                                    Deposition

February 14, 1997
    E. Michael Florence vs. Toyota Manufacturing                          Deposition

February 20, 1997
    Glen Wesley vs. Mills Fence and Special Fund                          Deposition

February 27, 1997
    Daniel Hill vs. Black & Decker                                        Trial

February 28, 1997
    Lonnie Adams vs. McDonalds, Inc.                                      Deposition

February 28, 1997
    Lisa Marcum vs. Kevin Rice, Millard Rice, LouAnn Rice and Grange
            Mutual Casualty Company                            Deposition

March 6, 1997
    Mike House vs. Toyota Manufacturing Company                            Deposition

March 7, 1997
    Dana Massie vs. Toyota Manufacturing Company                           Deposition

March 12, 1997
    Lonnie Helton vs. Laurel Grocery                                      Deposition

March 27, 1997
    Kathy Lane vs. Canteen-At-Your-Service                                Deposition

March 27, 1997
    Gary D. Hall vs. Doug Hall, Inc.                                      Deposition

March 28, 1997
    Deryl Edwards vs. Consolidated Rail Corp.                             Deposition

April 7, 1997
    Henry G. Palmer vs. R.S. Truck Body Co.                               Deposition

April 10, 1997
    Eva Canoy vs. United Parcel Service                                   Deposition

April 24, 1997
    Ollie McNay vs. St. Elizabeth Hospital - South                        Deposition

April 30, 1997
    Donna Hoover vs. Toyota Manufacturing Company             Deposition

April 30, 1997
    Anthony Ridgeway vs. Toyota Manufacturing Company         Deposition

May 7, 1997
    Debbie Carter-Bradley vs. Toyota Manufacturing Company     Deposition

May 7, 1997
    Joan Furnish vs. The Gap                              Deposition

May 7, 1997
    William Ware vs. Everything Electronics                  Deposition

May 7, 1997
    Sue Wann vs. Baron K. Johnson and U.S. Fidelity and Guaranty Co.   Deposition

May 16, 1997
    Linsey Powell vs. Action Overhead Door                Deposition

May 21, 1997
    Kathleen Metcalf vs. The City of Falmouth             Deposition

June 4, 1997
    Sue Wann vs. Baron K. Johnson and U.S. Fidelity and Guaranty Co.   Trial

June 12, 1997
    Mike Harris vs.                                    Deposition

June 25, 1997
    Jeff Martin vs. Baker Concrete Comapny               Deposition

June 30, 1997
    Vickie Carter vs. St. Francis Hospital                 Deposition

July 9, 1997
    Joe Gass vs. Fohmann Asphalt and Construction        Deposition

August 13, 1997
    Thomas Dorsett vs. Lawrence C. Freeman, MD         Deposition

August 20, 1997
    Melody Strack vs. Raymond Strack                Trial

August 27, 1997
    Barbara & Allen Browning vs. C&O Railroad           Deposition

August 27, 1997
    Scott Hays vs. Ken Isaacs Interiors                 Deposition

August 28, 1997
    Robert "Ricky" Keck vs. Hart-Hat Coal Co.             Deposition

September 8, 1997
    Lawrence Williams vs. Cooper Ajax Experiemental Reserach    Deposition

September 10, 1997
    Christy Hitchcock vs. Gammeltoft, et. al.           Deposition

September 19, 1997
    Waren Fletcher vs. Bold Homes, Inc.             Deposition

September 25, 1997
    Peggy Terrell vs. Johnson Controls and Special Fund    Deposition

October 1, 1997
    Earl Cremeans vs. Jero, Inc. and Special Fund       Deposition

October 1, 1997
    Ed Johnson vs. B&B Electric                Deposition

October 6, 1997
    Terri Day vs. Washington Square Tire, Inc.        Deposition

October 16, 1997
    Vicki Carter vs. St. Francis Hospital             Trial

October 24, 1997
    Jacqueline Cooper vs. March S. O'Brian          Deposition

October 29, 1997
    Tim Combs vs. Patrick S. Massey             Deposition

November 25, 1997
    Vicki Stephens vs. Smith & Crabbs           Deposition

December 1, 1997
    Wanda LaRue vs. Chrysler Corporation          Deposition

December 3, 1997
    Penny Wiseman vs. Continental Inn            Deposition

December 5, 1997
    Brenda Gray vs. Dr. June A. Brose           Deposition

December 5, 1997
    Michael Gemmer vs. Pepsi Cola Bottling Company      Deposition

December 11, 1997
    Gary Henderson vs. American Venture Industrial Company        Deposition

December 18, 1997
    Randy Rehkamp vs. Quality Inn        Deposition

1998

January 6, 1998
    David Knoechl vs. Louis Trauth Dairy        Deposition

January 15, 1998
    Lawrence Childers vs. BASF Corporation        Deposition

February 17, 1998
    Stephanie Morton vs. BP Exploration and Oil, Inc.        Deposition

February 18, 1998
    Greg Coons vs. Alliant Hospitals, et. al.        Deposition

February 19, 1998
    Henry Welch vs. United Parcel Service and Special Fund        Deposition

February 19, 1998
    Ronnie Goldy vs. Toyota Manufacturing Company        Deposition

February 19, 1998
    Gary Brock vs. Howard Kitchens, Inc. and Special Fund        Deposition

March 20, 1998
    Jennings Ellis vs. Cincinnati Insurance Companies        Deposition

March 20, 1998
    Demetras Hollingshead vs. Kelly Atkinson        Deposition

March 25, 1998
    Donna Demaree vs. Toyota Manufacturing Company        Deposition

March 26, 1998
    Barbara Owens vs. Cracker Barrel        Deposition

March 26, 1998
    Paul Ring vs. LGF, Inc.        Deposition

April 2, 1998
    Charles Dean vs. Liberty Mutual Insurance Co. and Redric L. Robertson  Deposition

April 3, 1998
    Greg Coons vs. Alliant Hospitals, et. al.                    Trial

April 7, 1998
    Ricky Stegall vs. Wright Lumber                    Deposition

April 8, 1998
    Raymond Cole vs. A.C.C.L. Enterprises              Deposition

May 6, 1998
    Cordova vs. Hughes Aircraft                        Deposition

May 8, 1998
    Christy Marcum-Kirby vs. Stewart                   Deposition

May 11, 1998
    Ernie Keeton vs. Norfolk Southern Corporation       Deposition

May 14, 1998
    Vickie Carter vs. St. Francis Hospital               Trial

May 15, 1998
    Douglas Barbard vs. Commercial Carriers, Inc.       Deposition

May 19, 1998
    Christy Marcum-Kirby vs. Stewart                   Trial

May 20, 1998
    Ernie Keeton vs. Norfolk Southern Corporation       Trial

June 11, 1998
    Maydline Perkins vs. (personal injury)              Deposition

June 19, 1998
    Claude Smelser vs. Norfolk Southern Corporation     Deposition

July 9, 1998
    Becky Sanders vs. Homer A. Adkins                Deposition

July 20, 1998
    Grady Colin Kelly vs. Norfolk & Western Railway Company    Deposition

July 21, 1998
    Amos Gearheart vs. CSX Transportation             Deposition

July 22, 1998
    Steve Pack vs. (personal injury)                   Deposition

July 22, 1998
    Clyde Caudill vs. Riggs Bus Company              Deposition

July 23, 1998
    Toni McKinney vs. Lone Star Life Insurance               Deposition

July 23, 1998
    Sherry Sparks vs. Waffle House               Deposition

August 4, 1998
    Beth Spatx vs. Gregory C. Spatz              Trial

August 13, 1998
    Grady Colin Kelly vs. Norfolk & Western Railway Company    Trial

August 14, 1998
    Lori Bargo vs. R&L Transportation             Deposition

August 21, 1998
    Dolores Kuhl vs. Olsten Nursing Service         Deposition

August 21, 1998
    Lillian Mays vs. Olsten Nursing Service         Deposition

September 9, 1998
    Harold Asbury vs. Toyota Manufacturing        Deposition

September 10, 1998
    Littleford Day, Inc. vs. Melvin Stumbo         Deposition

September 22, 1998
    Betty Breece vs. (personal injury)            Trial

September 24, 1998
    Tim Eversole vs. Kenton County Airport Board     Deposition

September 30, 1998
    Deborah Tipton vs. Duro Bat Manufacturing Co. and Special Fund    Deposition

October 7, 1998
    Eddie Morris vs. Bluegrass Marine           Deposition

October 22, 1998
    Shawn Claybern vs. Louis Trauth Dairy and Special Fund    Deposition

October 22, 1998
    Lloyd Elkins vs. United Parcel Service         Deposition

October 22, 1998
    Frank Long vs. J.W. Steel, Inc.            Deposition

October 23, 1998
    Teresa Jackson vs. Children's Hospital Medical Center          Deposition

October 28, 1998
    Donald Martin vs. Robert Heideman and Robert Heckler          Trial

October 30, 1998
    Bobby Vaughn vs. United Parcel Service          Deposition

November 9, 1998
    Connie Sesher vs. Jaime L. Keeney          Trial

November 13, 1998
    Greg Coons vs. Allian Hospitals, et. al.          Trial

November 23, 1998
    Joey Perkins vs. Sears, Roebuck & Co., and Special Fund          Deposition

December 2, 1998
    Roger Steinmetz vs. Olsten Staffing          Deposition

December 9, 1998
    Cassandra Weith vs. (personal injury)          Deposition

December 11, 1998
    Marsha Rust vs. TOKOS          Deposition

December 23, 1998
    Marilyn Kelley vs. John P. Spencer and Boncosky Services, Inc.          Deposition

December 23, 1998
    George Adkins vs. (personal injury)          Deposition

<u>1999</u>

January 4, 1999
    Langley Mullins vs. Toyota Manufacturing          Deposition

January 8, 1999
    William Howard vs. Hacker Brothers, Inc.          Deposition

January 8, 1999
    Carolyn Roddy vs. Custom Packaging, Inc.          Deposition

January 13, 1999
    Linda Holt vs. Kenton County Airport Board          Deposition

January 19, 1999
    Walter Pritchard vs. CSX Transportation          Trial

January 21, 1999
    Donna Demaree vs. Toyota                              Trial

February 3, 1999
    Marily Kelley vs. John P. Spencer and Boncosky Services, Inc.    Deposition

February 8, 1999
    Dorman Elliott vs. CSX Transportation, Inc.    Deposition

February 11, 1999
    Brian Duncan vs. Dr. Dan Johnson    Deposition

February 12, 1999
    Anthony Ridgeway vs. Toyota Manufacturing, Inc.    Deposition

February 23, 1999
    Nancy Jacobs vs. The Kroger Company    Trial

February 26, 1999
    Diane Earhart vs. Belcan Corporation    Deposition

March 9, 1999
    Ronnie Ferrell vs. Kentucky Power Company, et. al.    Deposition

March 17, 1999
    Cassandra Weith vs. Barbara Schott & Bank One Wheeling-Steubenville Trial

March 18, 1999
    Stephen Oliverio vs. Shawna M. Gaines and Allstate Insurance    Deposition

March 19, 1999
    Gary Martin vs. The Estate of Sue Martin    Deposition

March 24, 1999
    David Baker vs. Kern's Bakery, Inc.    Deposition

March 30, 1999
    Michael Jacobs vs.    Deposition

April 14, 1999
    David Fluharty vs. Bayer Corporation    Deposition

April 23, 1999
    Kathryn Wiley vs. Mack Trucks, Inc.    Deposition

May 5, 1999
    Violet Schneider vs. Tri-County Restaurant    Deposition

May 14, 1999
    C.B. Richardson vs. McKinley, et. al.                     Deposition

May 20, 1999
    Gary Gaines vs. Dynamec, Inc.                      Deposition

May 25, 1999
    Alfredo Alfaro vs. Andrea J. Reneman              Deposition

May 27, 1999
    Michael Ann Coomes vs. Volunteer Leasing Co., Inc.     Deposition

June 8, 1999
    Michael Ann Coomes vs. Volunteer Leasing Co., Inc.     Trial

July 2, 1999
    Jimmy Rowell vs. Manganas Painting Company        Deposition

July 6, 1999
    Marlene Perry vs. Quality Foods                   Deposition

July 14, 1999
    Dee Varney vs. Timothy and Elsa Simons          Trial

July 15, 1999
    Brad Oxley vs. Dr. Bachwitt                    Deposition

July 22, 1999
    Danny Berry vs. Velasquez, et. al.                 Trial

July 23, 1999
    William Harris vs. Continental Casualty           Deposition

August 6, 1999
    Jamie Sellards vs. James J. Weiler & Sons          Deposition

August 26, 1999
    William Marcum vs. Virginia Fibre Corp.           Deposition

September 1, 1999
    James "Wes" Perkins vs. Indiana and Michigan Electric Company   Deposition

September 3, 1999
    Thomas Castle vs. Toyota Manufacturing Company      Deposition

September 10, 1999
    Rick Edmiston vs. Marrowbone Development Company, et. al.    Deposition

September 22, 1999
    Scott Jones vs. American Freightway              Deposition

September 24, 1999
    Tony Pittman vs. Schindler Elevator Corp.                                Trial

October 6, 1999
    William Zowd vs. Nussbaum Trucking, et. al.                   Deposition

October 13, 1999
    Ronald Burke vs. Ryder Truck Rental, Inc.                   Deposition

2000

Wednesday, January 5, 2000
    Sandra Carter vs. IXC Communications.                    Deposition

Thursday, January 13, 2000
    Charles B. Hoops, Jr.
    Harvey B. Maynor, Raymond T. Johns
    Thomas L. White, Jimmy L. Higginbotham,
    Milton E. Mahan, Ira L. Daniels,
    Robert Walker, Lawrence E. Long, Sr.,
    Brian G. Wood, Joe Worley, and Jerry Jarrell vs. Elk Run Coa Co., Inc. Depositions

Friday, January 14, 2000
    Judy Rowe vs. Pike County Board of Education           Deposition

Wednesday, January 26, 2000
    Joel Schaefer, et al  vs. Saunders, et al                   Trial

Wednesday, March 1, 2000
    Joseph Snodgrass vs. Day Mining Inc.                     Deposition

Friday, March 3, 2000
    Kathleen Nagy vs. Robert Nagy (divorce )                 Deposition

Friday, March 10, 2000
    Keith Kassee vs. M.C. Trucking Company                 Deposition

Thursday, March 23, 2000
    Gloria Winkler vs. on behalf of the Estate of Paul Winkler, deceased   Deposition

Friday, March 24, 2000
    Teresa Spellman vs.  Evansville Valve & Fitting Co., et al.       Trial

Wenesday, March 29, 2000
    Patricia Embry vs. Duro and S/F                         Deposition

Monday, April 17, 2000
    Christine McNeill vs. Hopple Plastic, Inc.                  Deposition

Thursday, May 18, 2000
    Leroy Lovelace vs. Raymond Landscaping and special fund        Deposition

Friday, May 26, 2000
    Parks Wilburn vs. Halesada Holding Co., Inc.        Deposition

Thursday, June 22, 2000
    Sharon Martin et al vs. Morris D. Alexander, et al.        Deposition

Thursday, June 29, 2000
    Barbara Nickoson vs. Technotrim        Deposition

Friday, August 25, 2000
    Sheila Bandy vs. Honeywell        Deposition

Tuesday, September 5, 2000
    Alice Starnes vs. SSE Manufacturing        Deposition

Wednesday, September 6, 2000
    Roberta McCormick vs. Ohio River Company        Deposition

Friday, September 8, 2000
    Steven Carper vs.        Deposition

Friday, September 29, 2000
    Bernard Burton vs. Precision Tool, Die & Machine Co. and SF        Deposition

Friday, October 6, 2000
    George Stakelin vs. Toyota Manufacting Company        Deposition

Friday, October 6, 2000
    Richard Lancaster vs. Toyota Manufacturing Company        Deposition

Wednesday, October 11, 2000
    Elizabeth Reppert vs. LJH Corporation, D/B/A Hrdee's        Deposition

Friday, October 20, 2000
    Jane Adkins Crider vs. Sun Manufacturing and Special Company        Deposition

Thursday, October 26, 2000
    Glenn King vs. Atlas Contractors        Deposition

Monday, October 30, 2000
    Diane Pitts vs. St. Francis/St. George Hospital        Trial

George E. Parsons, Ph.D.
Page 2 of 6

| | |
|---|---|
| 1967 - 1968 | Indiana University, Bloomington, Indiana<br>M.S., Counseling and Guidance<br>Student Personnel |
| 1964 - 1967 | Indiana University, Bloomington, Indiana<br>B.S., History and Economics |

<u>Employment Highlights</u>

| | |
|---|---|
| 2002 – present | Consultant to corporations in hiring and assessment. Transitional coach for individuals moving from work to retirement. Seminars and workshop presentations. |
| 1998 – 2002 | Assessment and treatment of pain patients |
| 1974 – present | Vocational assessment and testimony provided in regards to disability |
| 1972 – 2002 | President of an four member firm engaged in personal counseling and assessment of children and adults. Worked in the evaluation of individuals in the area of career assessment, rehabilitation, personal and social placement. |
| | Supervised various interns doing psychological case work. Developed assessment and counseling contracts with veterans' organizations and private business. Employment testing and placement. Forensic psychologist in employment, disability determination and sexual harassment claims. |
| 1971 - 1978 | During this time, my primary focus was on teaching graduate level courses in counseling psychology with emphasis in career development and theory, counselor supervision, practica and internship. |
| | Set up and directed numerous seminars for career and vocational guidance; eight for the State, two for General Electric's Education-In-Industry program. |
| | Advised and worked with some eighty master's degree and fifteen doctoral degree recipients. |
| 1969 - 1971 | Produced two manuscripts: one on differentiated staffing, and a second on a systems approach to vocational guidance. |
| | Developed a career counseling service for disadvantaged youth. |
| 1967 - 1969 | Primary effort was directed toward teaching history and counseling junior high school youth. |

## Publications

| | |
|---|---|
| 1968 - present | A list of publications includes: |
| Campbell, et al. | The Systems Approach: An Emerging Behavioral Model for Vocational Guidance. A summary report. Research and Development Series, No. 45. Center for Vocational and Technical Education. The Ohio State University, Columbus, Ohio, 1971. |
| Parsons, G.E. & Rice, A. | The Insight Program: One Year After Graduation. Indiana University Education Bulletin, Indiana University, Bloomington, Indiana. |
| Campbell, et al. | "Operation Guidance", Personnel and Guidance Journal, November, 1970. |
| Parsons, G.E. & Wigtil, J.V. | "Occupational Mobility as Measured by Holland's Theory of Career Selection", Journal of Vocational Behavior, November, 1974. |
| Parsons, G.E. | An Application of John Holland's Vocational Theory to an Empirical study of Occupational Mobility of Men Age 45-59. Unpublished Dissertation, November, 1974. |
| Parsons, G.E. | Differentiated Staffing. A comprehensive look at a two-year and four-year counselor education program. University of Cincinnati, May, 1975. |
| Parsons, G.E. & Keiser, E. | "Career Dynamics Counseling for Veterans", National Association of Student Personnel Administrators. Volume 15. Fall, 1977. |
| Parsons, G.E. | Personality Characteristics of Occupationally Mobile Persons. Monograph printed by the Center for Vocational Education under contract from the National Institute of Education, 1976. |
| Parsons, G.E. | "Mainstreaming: Concept and Counselor Strategies", School Counselor, 1 1978. |
| Parsons, G.E. & Robinson, W.T. | "Preparation and Presentation of Medical Evidence", Practical Management of Pain, Second Edition, Mosby-Kear Books, Inc., 1992, pp. 947-962. |
| Parsons, G.E. & Hathaway, K. | "Behavioral Evaluation Management of TMD" 2002 Test in print. |

## Seminars/Lectures

"Update in Headache & Pain Management: A Review Course for Clinicians", sponsored by Michigan State University, College of Human Medicine, May 23, 2001.

"Masterful Coaching with Carl Kaestner", sponsored by the New England Educational Institute, July 31-August 4, 2000.

"The Journey from Psychotherapy to Coach", sponsored by The Ohio Psychological Association, June 30, 2000.

"Breast Cancer Prevention", sponsored by the Barrett Cancer Center, January 20, 2000.

"Essential Psychopharmacology, 1999: Practice and Update", sponsored by Harvard Medical School, August 16-20, 1999.

"Bahamas Clinical Update '98", sponsored by CME, Inc., February 12-15, 1998.

"Psychological and Vocational Evidence", Kentucky Workers' Compensation Class, March 6, 1997 Greenbaum, Doll & McDonald, PLLC

"National Expert Witness and Litigation Seminar", co-sponsored by South Florida Bible College and Theological Seminary, June 18-21, 1997.

Seminar on Assessing Personal Injury from a medical, vocational and economic standpoint (emphasizing loss of quality of life), Legal Education Workshop, April 19, 1996, Toledo, Ohio.

"By the Numbers: A Vocational Expert's View of Employment", Annual Social Security Seminar, May 3, 1996, Cincinnati Bar Association.

"Independent Mental/Behaviorial Examinations", presented by The Industrial Commission of Ohio, November 22, 1996.

"How Not To Cross Examine A Vocational Expert", presented to Kentucky Bar Association - Workers' Compensation Section, February 5, 1995.

Completed seminar "Sexual Harassment", presented by Lee Hornberger, Esq., August 26, 1994.

"Vocational/Educational Assessment Tools", presented to Career Education Association, November 17, 1994.

"Use of Vocational Experts in Defense Cases", Third Annual Insurance Law Seminar, Dayton, Ohio, May 28, 1993.

Seminar on Workers' Compensation Medical/Legal Issues, Southwestern Ohio Self Insurers Association, Cincinnati, Ohio, November 17, 1993.

"Vocational Expert Testimony", Franklin County Bar Association Meeting, Columbus, Ohio, May 1, 1992.

"Measurement of Hedonic Damages", Kentucky Academy of Trial Attorneys, Covington, Kentucky, May 1, 1992.

"Economic Loss Valuation", Indiana Continuing Legal Education Forum, September 2, 1992.

"Evaluating Vocational Loss", Chase Law School, Northern Kentucky University, October 4, 1991.

Alcoholism/Law, Social Security, Cincinnati Bar Association Seminar, Cincinnati, August, 1990.

"Occupational Loss: Using the Vocational Expert", The Association of Civil Trial Lawyers, Fall Meeting, October, 1989.

"Social Security and Law of the Elderly", Northern Kentucky University, Chase College of Law, May, 1988.

"Smoking: Motivation for Change", University of Cincinnati Hospital, Cincinnati, Ohio, February 10, 1987.

"Psychological Factors Related to Chronic Pain", American Dental Society of Anesthesiology, Sanibel, Florida, June 16, 1987.

"Pain Management, Psychological Issues, Head and Neck Cancer Care, The Team Approach", November 10, 1987, Cincinnati, Ohio.

Vocational Analysis in Permanent Total Disability Claims", The Ohio Academy of Trial Lawyers, 1986 Annual Meeting.

Workers' Compensation/Social Security Seminar, April 18, 1986.

Seminar on Social Security, Ohio Academy of Trial Lawyers, "Chronic Pain Syndrome", April 27, 1984, Columbus, Ohio.

Determining Occupational Loss", seminar on medical/legal problems, Chase Law School, Northern Kentucky University, June 24, 1983.

"The Vocational Expert", Chase Law School, Workers' Compensation, Northern Kentucky University, 1982, 1984, 1985, 1987, 1988, 1989, 1990 and 1991.

"Seminar on Social Security, Ohio Academy of Trial Lawyers, "Making and Understanding the Psychiatric Listing", April, 1982, Columbus, Ohio.

Seminar on "Practice and Procedure" before Social Security Administration, April 10, 1982.

Appointments

| | |
|---|---|
| 1974 - present | Vocational Expert, Bureau of Hearings and Appeals Social Security U.S. Government |
| 1975 - present | Ohio Rehabilitation Service, Columbus, Ohio Ohio Industrial Commission Railroad Retirement Board |
| 1976 - present | Licensed Psychologist, State of Ohio, No. 1869 |
| 1979 - present | Staff Privilege: University Hospital, Cincinnati, Ohio |
| 1975 - 1977 | Louisville Desegregation Team |

Memberships

National Association of Disability Evaluating Professionals
Diplomat, American Board of Professional Disability Consultants
American Associates for Forensic Examiners

# George E. Parsons, Ph.D.

| | |
|---|---|
| Office: | 2728 Madison Road<br>Cincinnati, Ohio 45209<br>(513) 351-3334 |
| Home: | 8450 Susann Lane<br>Cincinnati, Ohio 45215<br>(513) 821-9663 |
| Wife:<br>Children: | Sherry Feitz-Parsons<br>Courtney Anne Parsons<br>Birthdate: 9-14-81 |

## Employment

| | |
|---|---|
| 2002 – present | Consultant and transitional coach<br>President of Guidance Processes Associates |
| 1988 – 2002 | Director of Behavioral Medicine<br>  (a) University of Cincinnati Pain Physicians, 1998 – 2002<br>  (b) Associate to UC Pain Center, 1988 – 1996 |
| 1978 – 2002 | Psychologist and President of Associates for Psychological Resources |
| 1974 – present | Vocational Expert: Bureau of Hearings & Appeals |
| 1971 - 1978 | Assistant Professor of Counselor Education, University of Cincinnati<br>Visiting Professor, Xavier University and Northern Kentucky University |
| 1969 - 1971 | Research Associate in Teacher Education and Occupational Psychology -<br>The Center for Vocational Education, The Ohio State University,<br>Columbus, Ohio |
| 1969 | Counselor and Job Developer, National Alliance of Business, Columbus,<br>Ohio |
| 1968 | School Counselor, Hammond Public Schools |

## Education

| | |
|---|---|
| 1969 - 1971 | The Ohio State University, Columbus, Ohio<br>Ph.D., Counseling Psychology<br>City Planning, Counselor Education |
| 1969 | NDEA Institute on Disadvantaged Counseling<br>The Ohio State University, Columbus, Ohio |