UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK, | : | Case No. C-1-02-073 |
| Plaintiff, | : | (Judge Weber) |
| vs. | : | (Magistrate Judge Hogan) |
| CITY OF NORWOOD, et al., | : | |
| Defendants. | : | |

_____

**DEFENDANT KEVIN CROSS' NOTICE OF CO-TRIAL COUNSEL**
_____

Now comes Defendant, Kevin Cross, by and through counsel, and designates James F. Brockman and Edward Roberts as Co-Trial Counsel in this matter.

/s/ James F. Brockman
James F. Brockman (#0009469)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202
(513) 421-6630/(513) 421-0212 (Facsimile)
jbrockman@lindhorstlaw.com
*Attorney for Defendant, Kevin Cross*

/s/ Edward Roberts
Edward Roberts (#0065053)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202
(513) 421-6630/(513) 421-0212 (Facsimile)
eroberts@lindhorstlaw.com
*Attorney for Defendant, Kevin Cross*

394954v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kelly, Esq.
4353 Montgomery Road
Cincinnati, Ohio  45212
*Attorney for Plaintiff*

Lawrence E. Barbiere, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio  45249-3703
*Attorney for Defendant, City of Norwood*

Steven Martin, Esq.
Ziegler & Schneider
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky  41017-5710
*Attorney for Defendant, Gary Hubbard*

W. McGregor Dixon, Jr., Esq.
Shipman, Dixon & Livingston
215 West Water Street
P.O. Box 310
Troy, Ohio  45373
*Attorney for Defendant, Joseph J. Hochbein*

                                */s/ James F. Brockman*
                                James F. Brockman (#0009469)
                                LINDHORST & DREIDAME
                                312 Walnut Street, Suite 2300
                                Cincinnati, Ohio  45202
                                (513) 421-6630/(513) 421-0212 (Facsimile)
                                jbrockman@lindhorstlaw.com
                                *Attorney for Defendant, Kevin Cross*