IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

COOK,

        Plaintiff

v                                     Civil C-1-02-73

CITY OF NORWOOD,

        Defendant.

### ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the November 2004 trial term.

**IT IS SO ORDERED.**

                                              **s/Herman J. Weber**
                                    Herman J. Weber, Senior Judge
                                        United States District Court

*Rev.5/01*