IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

COOK,

       Plaintiff

v                                      Civil C-1-02-73

CITY OF NORWOOD,

       Defendant.

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Motion Hearing on Thursday, July 8, 2004 at 9:00 a.m..

The Court at that time address all pending motions.

**IT IS SO ORDERED.**

                                                        _____s/Herman J. Weber_____
                                                        Herman J. Weber, Senior Judge
                                                        United States District Court

*Rev.5/01*