IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**COOK,**

      **Plaintiff**

**v**                                                    **Civil: C-1-02-73**

**NORWOOD,**

      **Defendant**

## ORDER

Pursuant to the request of counsel, the Motion Hearing scheduled for July 8, 2004 is **RESCHEDULED to Thursday, August 26, 2004 at 1:30 p.m.**

   **IT IS SO ORDERED.**

                                                **s/Herman J. Weber**
                                                **Herman J. Weber, Senior Judge**
                                                **United States District Court**