IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

COOK,
        Plaintiff

v                                          Civil C-1-02-73

CITY OF NORWOOD,
        Defendant,

**ORDER**

Parties are advised that the Motion Hearing in the above styled case is RESCHEDULED to Monday, September 13, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

                                                _____**s/Herman J. Weber**_____
                                                Herman J. Weber, Senior Judge
                                                United States District Court

*Rev.5/01*