UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### CIVIL MINUTES – HEARING

DENNIS COOK
    v.                                    CIVIL ACTION: C-1-02-73
CITY OF NORWOOD, et al.

_____

COURT PERSONNEL PRESENT:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE: Monday, September 13, 2004
TIME:  9:00 a.m. – 9:40 a.m.

PRESENT:

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DOCKET ENTRY**:

Case called before J. Weber for hearing on Motions in Limine. **Oral Argument of Counsel.  Testimony of witness.  Motions denied (doc. nos. 76 and77).  Order to issue.**

**WITNESSES: Dennis Cook**


J:\DOCUMENT\KAREN\CIVIL\HEARINGS\02-73.wpd