No. 04-3429

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

AUG 2 0 2004

LEONARD GREEN, Clerk

1:02cv73

| | |
|---|---|
| DENNIS COOK, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CITY OF NORWOOD, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

Before: NELSON, SILER, and BATCHELDER, Circuit Judges.

The plaintiff filed an appeal from an order granting in part the defendants' motion for summary judgment. The order does not resolve all of the claims pending in this action, and the district court declined to certify the ruling as final under Fed. R. Civ. P. 54(b). The plaintiff now moves to dismiss the appeal for lack of jurisdiction. No response to the motion has been filed.

The court lacks appellate jurisdiction because no final judgment has been entered in this action. *See* 28 U.S.C. § 1291. Therefore, the motion to dismiss for lack of jurisdiction is **GRANTED**.

ENTERED BY ORDER OF THE COURT

_Leonard Green_
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
Deputy Clerk