UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS COOK,

      Plaintiff,

v.                                                                C-1-02-073

CITY OF NORWOOD, et al.,

      Defendants.

### ORDER

This matter is before the Court upon defendant City of Norwood's motions in limine (docs. 76, 77). A hearing on the motions was held on September 13, 2004. Pursuant to the record established at the hearing, defendant's motion for an order in limine to find plaintiff incompetent to testify at trial (doc. 77) is **DENIED**. Defendant's motion for an order in limine to exclude testimony regarding issues relating to race and religion (doc. 76) is **DENIED** without prejudice to defendant's right to object to the challenged evidence at trial. The motion is **GRANTED** regarding the evidence of lawsuits and EEOC complaints filed by individuals other than plaintiff, which evidence shall be excluded.

    **IT IS SO ORDERED.**

                                                   HERMAN J. WEBER
                                      SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\02-73lim.wpd