IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

COOK,
        Plaintiff

v                                    Civil C-1-02-73

NORWOOD,
        Defendant,

### ORDER

Parties are advised that the above styled case is SCHEDULED for a Final Pretrial Conference on Wednesday, October 13, 2004 at 9:00 a.m.

Counsel shall appear for the above scheduled Conference with their client and/or a representative with settlement authority.

Counsel are further advised that this case is SCHEDULED for Jury Selection and Trial on Monday, November 1, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

                                            **_____s/Herman J. Weber_____**
                                            Herman J. Weber, Senior Judge
                                            United States District Court

*Rev.5/01*