UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FINAL PRETRIAL CONFERENCE**

COOK,

v                                                                          Civil: C-02-73

CITY OF NORWOOD,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer  (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury/Betsi Brockmeier

-------------------------------------------------------------------------------------------------------
**Appearances:** Counsel of Record with clients and/or Reps.

Case called for a Final Pretrial Conference. Conference held in Chambers. Trial date of November 1, 2004 is Confirmed.

Date: October 13, 2004
TIME: 9:00 a.m.. - 11:15 a.m.