UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS COOK,

        Plaintiff,

   v.                                           C-1-02-073

CITY OF NORWOOD, et al.,

        Defendants.

## ORDER

This matter is before the Court following a final pretrial conference held on October 13, 2004. Pursuant to the record established at the conference, plaintiff shall have four peremptory challenges and defendants shall have a combined total of four peremptory challenges. The parties stipulate that defendant employs between 200 and 500 individuals.

**IT IS SO ORDERED.**

                                                   S/ Herman J. Weber
                                                    HERMAN J. WEBER
                              SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\02-73fptc.wpd