IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS COOK,                                      Case No.: C-1-02-73

    Plaintiff,                                  (Senior Judge Herman J. Weber)

v.

CITY OF NORWOOD, et al

    Defendant

**ORDER**

Parties are advised that the above styled case is SCHEDULED for Jury Selection and Trial on Monday, November 1, 2004 at 9:00 a.m. The following schedule is hereby established:

Week of November 1st, 2004:   Trial will be in session on Monday (11/1), Tuesday (11/2) and Thursday (11/4)

Week of November 8th, 2004:   Trial will be in session on Monday (11/8), Tuesday (11/9) and Wednesday (11/10)

Week of November 15th, 2004:   Trial will be in session on Monday (11/15), Tuesday (11/16), Wednesday (11/17) and Thursday (11/18)

**IT IS SO ORDERED.**

                                                    Herman J. Weber, Senior Judge
                                                    United States District Court

*Rev.5/01*