UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS COOK,** | : | **CASE NO. 1:02cv00073** |
| | : | **(J. Weber)** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF NORWOOD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF MANUAL FILING

Notice is hereby given that the transcript of the deposition of *Merritt S. Oleski, Ph.D.*, taken on March 27, 2003, is being hand delivered to the Court for filing in the above captioned case this  **29th day of October, 2004.**

                                                  s/Lawrence E. Barbiere
                                                  Lawrence E. Barbiere
                                                  Ohio Bar Number: 0027106
                                                  Michael E. Maundrell
                                                  Ohio Bar Number: 0027110
                                                  Attorney for Defendant, City of Norwood
                                                  SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                                                  11935 Mason Road, Suite 110
                                                  Cincinnati, OH  45249
                                                  (513) 583-4200
                                                  (513) 583-4203 (fax)
                                                  Email:  lbarbiere@schroederlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **October 29, 2004,**  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Robert G. Kelly, Esq., *Attorney for Plaintiff*, W. McGregor Dixon, Jr., Esq., *Attorney for Joseph J. Hochbein*, James F. Brockman, Esq., *Attorney for Kevin Cross*, and to Steven Martin, Esq., *Attorney for Defendant, Gary Hubbard.*

                                                  s/ Lawrence E. Barbiere
                                                  Lawrence E. Barbiere (0027106)