UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1-02-073 |
| | : | |
| Plaintiff, | : | Judge Weber |
| | : | |
| v. | : | |
| | : | **DEFENDANT JOSEPH HOCHBEIN'S** |
| CITY OF NORWOOD, et al. | : | **JURY INSTRUCTION REQUESTS** |
| | : | |
| Defendants. | : | |
| | : | |

Defendant Hochbein adopts the proposed Jury Instructions of defendant City of Norwood and defendant Kevin Cross. Defendant reserves the right to submit additional instructions and special verdict forms as the evidence dictates.

    Respectfully submitted,

    /s/ W. McGregor Dixon, Jr.
    _____
    W. McGregor Dixon, Jr. (0015005)
    SHIPMAN, DIXON & LIVINGSTON CO., L.P.A.
    215 West Water Street
    P O Box 310
    Troy, OH 45373
    937-339-1500
    Attorney for Defendant Joseph J. Hochbein

2

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was served by regular U.S. Mail, postage pre-paid and electronic mail this 29th day of October 2004.

| | |
|---|---|
| Robert G. Kelly, Esq.<br>Attorney for Plaintiff<br>Dennis Cook<br>4353 Montgomery Road<br>Norwood, Ohio 45212 | Lawrence E. Barbiere, Esq.<br>Attorney for Defendant<br>City of Norwood<br>11935 Mason Road, Suite 110<br>Cincinnati, Ohio 45249 |
| Steven Martin, Esq.<br>Attorney for Defendant<br>Gary Hubbard<br>541 Buttermilk Pike, Suite 500<br>Covington, Kentucky 41017-5710 | James F. Brockman, Esq.<br>Attorney for Defendant<br>Kevin Cross<br>312 Walnut Street, Suite 2300<br>Cincinnati, Ohio 45202-4091 |

/s/ W. McGregor Dixon, Jr.
_____
W. McGregor Dixon, Jr. (0015005)