UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS COOK                         :        CASE NO. C-1-02-073
                                    :        (Judge Weber/Magistrate Judge Hogan)
              Plaintiff             :
       -vs.-                        :
                                    :
CITY OF NORWOOD, et al.             :        NOTICE OF MANUAL FILING OF
                                    :        DEPOSITIONS OF DEFENDANTS
                                    :        HOCHBEIN AND HUBBARD;
                                    :        MANUAL FILING OF DEPOSITION OF
                                    :        JANET KENNEDY

       Now comes the Plaintiff, by and through undersigned counsel, and provides notice that the

transcripts of the depositions of Joseph Hochbein taken on March 3, 2003, Gary Hubbard taken on

March 31, 2003 and Janet Kenedy taken March 18, 2003  were hand delivered to the Clerk's office

for filing in the above referenced case. this 29th day of October 2004.

                                    /s/Robert G. Kelly
                                    Robert G. Kelly         0002167
                                    Attorney for Plaintiff
                                    4353 Montgomery Road
                                    Norwood, Ohio 45212
                                    1-513-531-3636
                                    1-513-531-0135 fax
                                    Email: rgkfskgreg@aol.com

CERTIFICATE OF SERVICE

       I hereby certify that on October 29, 2004, I electronically filed the foregoing with the Clerk
of the Court using the CM/ECF system which will send notification to the following: James F.
Brockman, Esq., Attorney for Defendant Kevin Cross, Lawrence E. Barbiere, Esq., Attorney for
Defendant City of Norwood, Steven Martin, Esq., Attorney for Defendant Gary Hubbard and
McGregor Dixon, Jr., Esq., SHIPMAN, DIXON & LIVINGSTON CO., L.P.A., Attorney for
Defendant Joseph Hochbein.

                                    /s/Robert G. Kelly
                                    Robert G. Kelly                0002167
                                    Attorney for Plaintiff

1