UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
  -vs-                                                                        C-1-02-073
**CITY OF NORWOOD, et al.**
---------------------------------------------------------------------

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer /Betty Schwab (Officials)</u>
Courtroom Deputy <u>Darlene Maury/Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Monday, November 1, 2004
**TIME**:  9:00 a.m. – 9:20 a.m. (Matters outside presence of jury)
       9:30 a.m. – 11:20 a.m. (Voir Dire and Jury Impanelment)
       11:20 a.m. – 12:25 p.m. (Opening statements begin)
       12:25 p.m. – 1:45 p.m. (Lunch recess)
       2:00 p.m. – 3:00 p.m. (Opening statements continue)
       3:15 p.m. – 4:30 p.m. (Plaintiff's evidence begins)

**DOCKET ENTRY:**

Case called before J. Weber for **1st day of JURY TRIAL.** Matters outside presence of jury.  Voir Dire and Jury impanelment.  Opening Statements.  Plaintiff's evidence begins. Matters outside presence of jury. Court recessed until 10:00 a.m., Tuesday, November 2, 2004.

WITNESSES:       Dennis Jones
                        Roger Perkins