UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
   -vs-                                                                                  C-1-02-073
**CITY OF NORWOOD, et al.**
---------------------------------------------------------------------

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>
Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Tuesday, November 2, 2004
**TIME:**  10:00 a.m. – 11:40 a.m. (Plaintiff's evidence continues)
        11:40 a.m. – 1:00 p.m. (Lunch recess)
        1:00 p.m. – 4:30 p.m. (Plaintiff's evidence continues)

**DOCKET ENTRY:**

Case called before J. Weber for **2nd day of JURY TRIAL.** Plaintiff's evidence continues. Matters outside presence of jury. Court recessed until 9:00 a.m., Thursday, November 4, 2004.

WITNESSES:    Roger Perkins
                   Joseph Hochbein
                   Gary Hubbard