**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DENNIS COOK, | : | CASE NO. C-1-02-073 |
| Plaintiff, | : | (Judge Weber) |
| vs. | : | (Magistrate Judge Hogan) |
| CITY OF NORWOOD, et al., | : | |
| Defendants. | : | |

_____

**DEFENDANT KEVIN CROSS' ADOPTION OF DEFENDANT CITY OF NORWOOD'S RESPONSE AND HIGHLIGHTING OF PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

Now come Defendant, Kevin Cross, by and through counsel, and adopts the response and highlighting to Plaintiff's proposed jury instructions filed by Defendant, City of Norwood.

/s/ James F. Brockman
James F. Brockman (#0009469)
LINDHORST & DREIDAME
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202
(513) 421-6630/(513) 421-0212 (Facsimile)
*Attorneys for Defendant, Kevin Cross*

413008v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kelly, Esq.
4353 Montgomery Road
Cincinnati, OH  45212
*Attorney for Plaintiff*

Steven Martin, Esq.
Ziegler & Schneider
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY  41017-5710
*Attorney for Defendant, Gary Hubbard*

Lawrence E. Barbiere, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio  45249-3703
*Attorney for Defendants, City of Norwood and Victor Schneider*

W. McGregor Dixon, Jr., Esq.
Shipman, Dixon & Livingston
215 West Water Street
P.O. Box 310
Troy, OH  45373
*Attorney for Defendant, Joseph Hochbein*

/s/ James F. Brockman
ATTORNEY AT LAW

413008v1