UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES – JURY TRIAL**

**DENNIS COOK**
   -vs-                                                         C-1-02-073
**CITY OF NORWOOD, et al.**
--------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Monday, November 8, 2004
**TIME:**  9:00 a.m. – 11:55 a.m. (Plaintiff's evidence continues)
        12:00 p.m. – 1:00 p.m. (Lunch recess)
        1:00 p.m. – 4:30 p.m. (Plaintiff's evidence continues)

**DOCKET ENTRY:**

Case called before J. Weber for **4th day of JURY TRIAL.**  Plaintiff's evidence continues.  Court recessed until 9:00 a.m., Tuesday, November 9, 2004.

WITNESSES:     Kevin Cross
                        Janet Kennedy
                        Joe Lacinak