UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK, | : | CASE NO. 1:02CV00073 |
| | : | (J. WEBER) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| CITY OF NORWOOD, ET AL., | : | |
| | : | |
| DEFENDANTS | : | |

SPECIAL VERDICTS

WE, THE JURY, UNANIMOUSLY DETERMINE OUR SPECIAL VERDICTS AS FOLLOWS:

PART I

1. DID PLAINTIFF DENNIS COOK ("PLAINTIFF") PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE HAS A "DISABILITY" AS DEFINED IN THE INSTRUCTIONS?

YES _____ NO _____

PROCEED TO THE NEXT SPECIAL VERDICT.

2. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT DEFENDANTS REGARDED HIM AS HAVING MENTAL LIMITATIONS WHICH PRECLUDED HIM FROM PERFORMING THE JOB AS LEAD MAN WITHOUT REASONABLE ACCOMMODATION?

YES _____ NO _____

IF YOU ANSWERED YES TO EITHER SPECIAL VERDICT ONE OR SPECIAL VERDICT
TWO, PROCEED TO THE NEXT SPECIAL VERDICT; IF YOU ANSWERED NO TO
BOTH SPECIAL VERDICTS ONE AND TWO, PROCEED TO PART TWO.

3. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE WAS A "QUALIFIED INDIVIDUAL WITH A DISABILITY," AS DEFINED IN THE INSTRUCTIONS, WHO COULD PERFORM THE ESSENTIAL FUNCTIONS OF HIS JOB?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
TWO.

4. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANTS TOOK ADVERSE EMPLOYMENT ACTION AGAINST HIM AS THE TERM IS DEFINED IN THE INSTRUCTIONS?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
TWO.

5. DID DEFENDANTS PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT A LEGITIMATE, NONDISCRIMINATORY REASON EXISTS FOR THE JOB ACTION TAKEN WITH RESPECT TO PLAINTIFF?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED

TO
SPECIAL VERDICT SEVEN.

6. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT DEFENDANTS' STATED REASONS FOR THE JOB ACTION WERE PRETEXTUAL?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
TWO.

7. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT DEFENDANTS INTENTIONALLY DISCRIMINATED AGAINST HIM BECAUSE OF HIS DISABILITY OR BECAUSE OF A PERCEIVED DISABILITY?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
TWO.

8. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE IS ENTITLED TO DAMAGES FROM DEFENDANTS AS A RESULT OF DEFENDANTS' VIOLATION OF LAW?

YES _____ NO _____

PART II

9. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE HAS A "DISABILITY" AS DEFINED IN THE INSTRUCTIONS?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
THREE.

10. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE WAS A "QUALIFIED INDIVIDUAL WITH A DISABILITY," AS DEFINED IN THE INSTRUCTIONS, WHO COULD PERFORM THE ESSENTIAL FUNCTIONS OF HIS JOB?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
THREE.

11. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE MADE A REQUEST OF DEFENDANTS FOR REASONABLE ACCOMMODATION?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
THREE.

12. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT DEFENDANTS FAILED TO

PROVIDE PLAINTIFF WITH A REASONABLE ACCOMMODATION AS THAT TERM IS DEFINED IN THE INSTRUCTIONS?

YES _____ NO _____

IF ANSWER IS YES GO ON TO NEXT SPECIAL VERDICT, IF NO PROCEED TO PART
THREE.

13. DID DEFENDANTS PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT MAKING A REASONABLE ACCOMMODATION FOR PLAINTIFF'S DISABILITY WOULD CAUSE DEFENDANTS UNDUE HARDSHIP?

YES _____ NO _____

PROCEED TO THE NEXT SPECIAL VERDICT.

14. DID DEFENDANTS PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT IT MADE A GOOD FAITH EFFORT TO PROVIDE PLAINTIFF WITH A REASONABLE ACCOMMODATION FOR HIS DISABILITY?

YES _____ NO _____

IF ANSWER IS YES GO TO PART THREE, IF NO PROCEED TO NEXT SPECIAL
VERDICT.

15. DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE LEGAL

EVIDENCE THAT HE IS ENTITLED TO DAMAGES FROM DEFENDANTS AS A RESULT OF DEFENDANTS' VIOLATION OF LAW?

YES _____ NO _____

PART III

IF AND ONLY IF YOU HAVE ANSWERED "YES" TO EITHER SPECIAL VERDICTS 8 OR 15 ABOVE, PLEASE ANSWER THE NEXT SERIES OF SPECIAL VERDICTS . IF YOU ANSWERED BOTH "NO," PROCEED TO SIGN THE SPECIAL VERDICTS.

16. WHAT AMOUNT OF DAMAGES IN DOLLARS HAS PLAINTIFF PROVED BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT HE IS ENTITLED TO RECEIVE FROM DEFENDANTS AS A DIRECT RESULT OF DEFENDANTS' VIOLATION OF LAW?

A. BACK PAY _____

B. OTHER COMPENSATORY DAMAGES _____

PROCEED TO THE NEXT SPECIAL VERDICT.

17. DID DEFENDANTS PROVE BY A PREPONDERANCE OF THE LEGAL EVIDENCE THAT PLAINTIFF FAILED TO MAKE A REASONABLE EFFORT TO MITIGATE HIS DAMAGES, IF ANY, OR HAS BEEN UNAVAILABLE FOR WORK FOR A CERTAIN PERIOD OF TIME?

YES _____ NO _____

IF ANSWER IS YES GO ON TO THE NEXT SPECIAL VERDICT, IF NO PROCEED TO
SIGN THE SPECIAL VERDICTS.

18. PLEASE STATE THE AMOUNT IN DOLLARS BY WHICH DEFENDANTS

HAS PROVEN BY A PREPONDERANCE

OF THE LEGAL EVIDENCE THAT PLAINTIFF'S DAMAGES SHOULD BE

REDUCED DUE TO HIS FAILURE TO

MITIGATE HIS DAMAGES OR HIS UNAVAILABILITY FOR WORK?

$ _____

PROCEED TO SIGN THE SPECIAL VERDICTS.

PLEASE SIGN YOUR NAMES BELOW.

_____    _____

_____    _____

_____    _____

_____    _____

_____

DATE