UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
  -vs-                                                                                            C-1-02-073
**CITY OF NORWOOD, et al.**
--------------------------------------------------------------

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>
Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Tuesday, November 9, 2004
**TIME:**  9:00 a.m. – 11:55 a.m. (Plaintiff's evidence continues)
        12:00 p.m. – 1:00 p.m. (Lunch recess)
        1:00 p.m. – 3:50 p.m. (Plaintiff's evidence continues/Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **5th day of JURY TRIAL.** Plaintiff's evidence continues. Matters outside presence of jury. Court recessed until 9:00 a.m., Wednesday, November 10, 2004.

WITNESSES:      Donna Laake
                        Melissa Andler
                        Jeff Smith
                        Randall Harris
                        David Fox and Ray Irwin

Case 1:02-cv-00073-HJW     Document 117     Filed 11/10/2004     Page 2 of 2