UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES – JURY TRIAL**

**DENNIS COOK**
  -vs-                                                                                     C-1-02-073
**CITY OF NORWOOD, et al.**
-------------------------------------------------------------------
Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Wednesday, November 10, 2004
**TIME**:  9:00 a.m. – 9:15 a.m. (Matters outside presence of jury)
          9:15 a.m. – 12:00 p.m. (Plaintiff's evidence continues)
          12:00 p.m. – 1:00 p.m. (Lunch recess)
          1:00 p.m. – 4:20 p.m. (Plaintiff's evidence continues)

**DOCKET ENTRY:**

Case called before J. Weber for **6th day of JURY TRIAL.** Matters outside presence of jury. Plaintiff's evidence continues. Court recessed until 9:00 a.m., Monday, November 15, 2004.

WITNESSES:     Don Nelson, Pharm.D.
                        Dr. David Helm (by videotape deposition)
                        Dennis Cook