UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
  -vs-                                                                                                                           C-1-02-073
**CITY OF NORWOOD, et al.**
---------------------------------------------------------------------
Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

DATE: Tuesday, November 16, 2004
TIME:   8:30 a.m. –9:00 a.m.  (Daubert Hearing)
        9:00 a.m. – 9:15 a.m. (Juror issue)
        9:15 a.m. – 9:50 a.m. (Matters outside presence of jury)
        9:50 a.m. – 12:00 p.m. (Plaintiff's evidence continues)
        12:00 p.m. – 1:00 p.m. (Lunch recess)
        1:00 p.m. – 3:10 p.m. (Plaintiff's evidence continues)
        3:10 p.m. – 5:00 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **8th day of JURY TRIAL.**  Plaintiff's evidence continues.  Court recessed until 9:00 a.m., Wednesday, November 17, 2004.

WITNESSES:     Dr. George Parsons
                       Dennis Cook
                       Timothy Malony