UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
  –vs–                                                    C–1–02–073
**CITY OF NORWOOD, et al.**
--------------------------------------------------------------------
Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>
Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor
Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Wednesday, November 17, 2004
**TIME**:  9:00 a.m. – 12:00 p.m. (Plaintiff's evidence continues)
       12:00 p.m. – 1:00 p.m. (Lunch recess)
       1:00 p.m. – 3:10 p.m. (Plaintiff rests/defense evidence
    begins/defense rests/jury released until November)
       3:15 p.m. – 4:00 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **9th day of JURY TRIAL.**  Plaintiff's evidence
continues.  Jury released until 9:00 a.m., Monday, November 29, 2004.
Motion hearing at 10:00 Nov. 18, 2004.

WITNESSES:        George Barrett
                  Nick Marzella
                  Deposition of Merritt Oleski