UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
   -vs-                                                                                         C-1-02-073
**CITY OF NORWOOD, et al.**
------------------------------------------------------------------

Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>

Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Thursday, November 18, 2004
**TIME:**  8:00 a.m. – 12:30 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **10th day of JURY TRIAL.** Matters outside presence of jury. Admission of exhibits. Motions hearing. Order to issue. Charge conference scheduled for 1:00 Monday, November 22, 2004.