UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
   -vs-                                                                                             C-1-02-073
**CITY OF NORWOOD, et al.**
-----------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Monday, November 22, 2004
**TIME**: 1:00 p.m. – 2:45 p.m. (Charge Conference begins)

**DOCKET ENTRY:**

Case called before J. Weber for **11th day of JURY TRIAL.** Charge Conference begins. Recessed until Tuesday, November 23, 2004 at 9:00 a.m.