UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES – JURY TRIAL**

**DENNIS COOK**
  -vs-                                                         C-1-02-073
**CITY OF NORWOOD, et al.**
------------------------------------------------------------------
Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>
Law Clerk <u>Laura Ahern</u>
Court Reporter <u>Julie A. Wolfer (Official)</u>
Courtroom Deputy <u>Betsi Brockmeier</u>

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Monday, November 29, 2004
**TIME**: 9:00 a.m. – 11:20 a.m. (Plaintiff's Closing Argument)
      11:20 a.m. – 12:00 p.m. (Defendants' Closing Arguments begin)
      12:00 p.m. – 1:00 p.m. (Lunch recess)
      1:00 p.m. – 3:20 (Defendants' closing arguments conclude)
      3: 20 p.m. – 3:45  p.m. (Rebuttal and court recessed)

**DOCKET ENTRY:**

Case called before J. Weber for **13th day of JURY TRIAL.** Closing arguments of counsel.  Court recessed until Tuesday, November 30, 2004 at 9:00 a.m.