```
         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF OHIO
               WESTERN DIVISION
```

DENNIS COOK,

        Plaintiff

    v.                          Civil: C-1-02-73

CITY OF NORWOOD,

        Defendant

## ORDER

The United States District Clerk's Office is hereby authorized to provide lunch for the 6 jurors deliberating in the above-captioned case beginning Tuesday, November 30, 2004 until a verdict is returned.

**IT IS SO ORDERED.**

                                              s/Herman J. Weber
                                       Herman J. Weber, Judge
                                      United States District Court