UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
   -vs-                                                                            C-1-02-073
**CITY OF NORWOOD, et al.**
------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier/Darlene Maury

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Tuesday, November 30, 2004
**TIME**:  9:00 a.m. – 10:15 a.m. (Charge to Jury)
       10:20 a.m. – 4:30 p.m. (Deliberations begin)

**DOCKET ENTRY:**

Case called before J. Weber for **14th day of JURY TRIAL.** Charge to jury. Deliberations begin.  Court recessed until 9:00 a.m. Wednesday, December 1, 2004.