UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – JURY TRIAL

**DENNIS COOK**
   -vs-                                                    C-1-02-073
**CITY OF NORWOOD, et al.**
----------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier/Darlene Maury

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Wednesday, December 1, 2004
**TIME**: 9:00 a.m. – 3:40 p.m. (Deliberations continue)
       3:45 p.m. – 3:55 p.m. (Return of verdict)
       3:55 p.m. – 4:00 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **15th day of JURY TRIAL.** Deliberations continue. Return of verdict. Clerk is ordered to enter the Special Verdicts. Jury released. Court adjourned.