DENNIS COOK
v.
THE CITY OF NORWOOD, *et al.*
C-1-02-73
November, 2004

| Title | Page No. |
|---|---|
| FUNCTION OF THE JURY | 1 |
| BURDEN OF PROOF – Preponderance of the Legal Evidence | 3 |
| EVIDENCE | 4 |
| DIRECT AND CIRCUMSTANTIAL EVIDENCE | 6 |
| CREDIBILITY OF WITNESSES | 7 |
| IMPEACHMENT | 9 |
| EXHIBITS | 10 |
| SUMMARIES, CHARTS, AND DIAGRAMS | 11 |
| ALL PERSONS EQUAL BEFORE THE LAW | 12 |
| NOTE-TAKING | 13 |
| AGENTS | 14 |
| STRAY REMARKS | 15 |
| OPINION WITNESS | 16 |
| HYPOTHETICAL QUESTION | 17 |
| COMPENSATION OF OPINION WITNESS | 18 |
| STIPULATIONS | 19 |
| STATEMENT OF THE CASE | 20 |
| THE ANTI-DISCRIMINATION LAWS | 21 |

DISABILITY DISCRIMINATION – ESSENTIAL ELEMENTS . . . . . . . . . . . . . . . . . . . . 22

DEFINITION OF DISABILITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

SUBSTANTIALLY LIMITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

DEFINITION OF "QUALIFIED INDIVIDUAL" . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

REASONABLE ACCOMMODATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

ESSENTIAL FUNCTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

BONA FIDE OCCUPATIONAL HAZARD. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

ADVERSE EMPLOYMENT ACTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

LEGITIMATE, NONDISCRIMINATORY REASONS . . . . . . . . . . . . . . . . . . . . . . . . 30

"PRETEXT" – DEFINITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

BUSINESS DECISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

RETALIATION CLAIM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

RETALIATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

FILING AN EEOC COMPLAINT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

PROTECTED ACTIVITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

CAUSAL CONNECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

REASONABLE AND GOOD FAITH BELIEF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

DEFENDANT'S CLAIMED LEGITIMATE
        NONRETALIATORY REASONS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

LIABILITY OF THE INDIVIDUAL DEFENDANTS . . . . . . . . . . . . . . . . . . . . . . . . . . 40

STATUTE OF LIMITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

PREFACE TO INSTRUCTION ON DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

DAMAGES – INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

DAMAGES – BACK PAY AND BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

DAMAGES – FRONT PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

COMPENSATORY DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

AVERAGE LIFE EXPECTANCY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

DAMAGES – DUTY TO MITIGATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

PUNITIVE DAMAGES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

CLEAR AND CONVINCING LEGAL EVIDENCE. . . . . . . . . . . . . . . . . . . . . . . . . 51

VERDICT FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

CLOSING REMARKS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53