IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS COOK,

        Plaintiff

    v.                           C-1-02-73

THE CITY OF NORWOOD,
KEVIN CROSS, GARY HUBBARD,
JOSEPH HOCHBEIN,

        Defendants

## SPECIAL VERDICTS

We, the jury, unanimously determine our Special Verdicts as follows:

1) Did plaintiff prove by a preponderance of the legal evidence that one or more of the defendants intentionally discriminated against him because they perceived or regarded him as disabled?

| | YES | NO |
|---|---|---|
| City of Norwood | | ✓ |
| Kevin Cross | | ✓ |
| Gary Hubbard | | ✓ |
| Joseph Hochbein | | ✓ |

2) If you answered "Yes" to Special Verdict # 1, did plaintiff prove by a preponderance of the legal evidence that any defendant committed the intentional discrimination on or after August 20, 1997?

    City of Norwood    YES _____ NO _____
    Kevin Cross    YES _____ NO _____
    Gary Hubbard    YES _____ NO _____
    Joseph Hochbein    YES _____ NO _____

3) If you answered "Yes" to Special Verdict # 1, did plaintiff prove by a preponderance of the legal evidence that any defendant committed the intentional discrimination on or after February 1, 2000?

    City of Norwood    YES _____ NO _____
    Kevin Cross    YES _____ NO _____
    Gary Hubbard    YES _____ NO _____
    Joseph Hochbein    YES _____ NO _____

4) Did plaintiff prove by a preponderance of the legal evidence that one or more of the defendants retaliated against him for engaging in activity protected by the Americans With Disability Act?

    City of Norwood    YES ✓ NO _____
    Kevin Cross    YES ✓ NO _____
    Gary Hubbard    YES ✓ NO _____
    Joseph Hochbein    YES ✓ NO _____

5) If you answered "Yes" to Special Verdict # 4, did plaintiff prove by a preponderance of the legal evidence that any defendant retaliated against him on or after August 20, 1997 for activity protected by the Americans With Disability Act?

    City of Norwood    YES ✓ NO _____
    Kevin Cross    YES ✓ NO _____
    Gary Hubbard    YES ✓ NO _____
    Joseph Hochbein    YES ✓ NO _____

6) If you answered "Yes" to Special Verdict # 4, did plaintiff prove by a preponderance of the legal evidence that any defendant retaliated against him on or after February 1, 2000 for activity protected by the Americans With Disability Act?

| | | |
|---|---|---|
| City of Norwood | YES _____ | NO __✓__ |
| Kevin Cross | YES _____ | NO __✓__ |
| Gary Hubbard | YES _____ | NO __✓__ |
| Joseph Hochbein | YES _____ | NO __✓__ |

7) Did plaintiff prove by a preponderance of the legal evidence that one or more of the individual defendants acted with malicious purpose or in a wanton and reckless manner?

| | | |
|---|---|---|
| Kevin Cross | YES __✓__ | NO _____ |
| Gary Hubbard | YES __✓__ | NO _____ |
| Joseph Hochbein | YES _____ | NO __✓__ |

8) Did plaintiff prove by a preponderance of the legal evidence that one or more of the individual defendants took an adverse employment action against him while acting within the scope of his employment with the City of Norwood?

| | | |
|---|---|---|
| Kevin Cross | YES __✓__ | NO _____ |
| Gary Hubbard | YES __✓__ | NO _____ |
| Joseph Hochbein | YES __✓__ | NO _____ |

9) Did defendants state a legitimate nondiscriminatory reason for any adverse employment action taken with respect to plaintiff?

YES __✓__     NO _____

If you answered "Yes" to Special Verdict # 9, proceed to Special Verdict # 10. If you answered "No", proceed to Special Verdict # 11.

10) Did plaintiff prove by a preponderance of the legal evidence that defendants' stated reasons for the adverse employment action taken with respect to plaintiff were pretextual?

YES __✓__     NO _____

11) Did plaintiff prove by a preponderance of the legal evidence he could perform the essential functions of his job?

    a) as leadman

    YES ✓        NO _____

    b) as sweeper II operator

    YES ✓        NO _____

    c) as a laborer

    YES ✓        NO _____

12) What amount of damages, if any, did plaintiff prove by a preponderance of the legal evidence were directly caused by defendants' intentional disability discrimination and/or defendants' retaliation against plaintiff?

    Back pay                            $ 0
    Front pay                            $ 250,000
    Other compensatory damages    $ 0

13) Did defendants prove by a preponderance of the legal evidence that plaintiff failed to mitigate his damages?

    YES ✓        NO _____

14) If you answered "Yes" to Special Verdict No. 13, what is the amount defendants proved by a preponderance of the legal evidence should be deducted from plaintiff's damages because of plaintiff's failure to mitigate his damages?

$ 50,000

15) Did plaintiff prove by clear and convincing evidence that one or more of the individual defendants acted with actual malice or with reckless indifference to plaintiff's known rights?

| | | |
|---|---|---|
| Kevin Cross | YES ✓ | NO ___ |
| Gary Hubbard | YES ✓ | NO ___ |
| Joseph Hochbein | YES ___ | NO ✓ |

16) If you answered "Yes" to Special Verdict No. 15, what amount of money, if any, do you award to plaintiff as punitive damages against the individual defendant(s) who acted with actual malice or reckless indifference to plaintiff's known rights?

| | |
|---|---|
| Kevin Cross | $ 10,000 |
| Gary Hubbard | $ 30,000 |
| Joseph Hochbein | $ ___ |

*[Signatures]*

Debra K. Pearce

Nancy K. Burden

Gish Fede

Brian K. Mehr

Rebecca L. Rieger

Linda Stagg

12/1/04
Date