AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Dennis Cook,
            Plaintiff

WITNESS LIST - PLAINTIFF

v.

CASE NO. C-1-02-073

City of Norwood, et al.,
            Defendant

Presiding Judge  
Herman J. Weber, Senior Judge

Plaintiff Attorney  
Robert G. Kelly

Defendant Attorney  
Lawrence Barbiere for City of Norwood  
W. McGregor Dixon for Joseph Hochbein  
Steven Martin for Gary Hubbard  
James F. Brockman for Kevin Cross

Hearing Dates

Court Reporter  
Julie A. Woler

Courtroom Clerk  
Betsi Brockmeier

| Pltf. | Def. | Date Offered | Description of Witness |
|---|---|---|---|
| X | | 11/9/04 | Melissa Andler - Current secretary for the Norwood Fire Chief and Police Chief and former secretary for the Directors of Public Service and Safety |
| X | | | Dr. Michael Brookshire/George Barrett, MBA - Economist |
| X | | | Ruth Cain - Former council person |
| X | | 11/10/04 | Dennis Cook - Plaintiff |
| X | | 11/8 | Kevin Cross - Former Superintendent of Public Works |
| X | | 11/9 | Ray Erwin - Leadman, Norwood Public Works |
| X | | 11/9/04 | David Fox - Former supervisor of Plaintiff |
| X | | 11/9/04 | Randy Harris - Street Sweeper/Operator of Norwood Public Works |
| X | | 11/10/04 | Dr. David Helm - Psychiatrist |
| X | | 11/2/04 | Joseph Hochbein - Former Mayor of City of Norwood |
| X | | 11/2 | Gary Hubbard - Former Director of Service |
| X | | 11/1/04 | Dennis Jones - Former leadman in Norwood Public Works |
| X | | 11/8/04 | Janet Kennedy - Norwood Deputy Auditor |
| X | | 11/9/04 | Donna Laake - Norwood Health Commissioner |
| X | | 11/8/04 | Joe Lacinak - Leadman, Norwood Public Works |
| X | | 11/16/04 | Timothy Molony - Norwood Treasurer |
| X | | 11/9/04 | Leo Osterday - Leadman, Norwood Public Works |

| X | | | Dr. George Parsons, Vocational Expert |
|---|---|---|---|
| X | | 11/1/04 | Roger Perkins - Former leadman - Norwood Water Crew |
| X | | | Patricia Roark - Mother-in-law of Plaintiff |
| X | | 11/9/04 | Jeff Smith - Back Hoe Operator - Norwood Public Works |
| X | | | Peggy Snapp - Former Safety Service Director |
| X | | | Thomas Williams - Mayor - City of Norwood |