AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DENNIS COOK,**
          Plaintiff

v.

**CITY OF NORWOOD, et al.,**
          Defendant

**DEFENDANT, CITY OF NORWOOD'S WITNESS LIST**

**CASE NO. C-1-02-00073**

Presiding Judge
Herman J. Weber, Senior Judge

Plaintiff Attorney
Robert Kelly

Defendant Attorney
Lawrence E. Barbiere (Defendant City of Norwood)
W. McGregor Dixon, Jr. (Defendant Hochbein)
James F. Brockman (Defendant Cross)
Steven Martin (Defendant Hubbard)

Hearing Dates

Court Reporter
Julie A. Woler

Courtroom Clerk
Betsi Brockmeier

| Pltf. | Def. | Date Offered | Description of Witness |
|---|---|---|---|
|  | X |  | LARRY PARTIN - expected to testify that he informed Plaintiff in 1996 that Defendant Hubbard had read the Fitness for Duty Evaluation prepared by Dr. Monica Jackson on 4/30 and 5/2/96 to Larry Partin, Dennis Jones, and Andy Stapleton while at a job site on Drex Avenue. |
|  | X |  | JANET KENNEDY - expected to testify with respect to how many employees were employed by the City of Norwood in each of 20 or more calendar weeks in the pertinent calendar year. |
|  | X |  | TOM WHITE - expected to testify regarding events that occurred between 1997 and 1999, which led to his resignation from Local 914 including, but not limited to, the filing of numerous grievances by Plaintiff. |
|  | X |  | JOSEPH HOCHBEIN - expected to testify according to his deposition to matters including, but not limited to, polices and procedures of the City of Norwood. |
|  | X |  | THE PARTIES. |
|  | X |  | This defendant reserves the right to call any witness listed by any other party on its witness list. |
| X |  | 11/10/04 | DON NELSON, PHARM. D. |
| X |  | 11/17/04 | NICK |