UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – POST-TRIAL MATTERS

**DENNIS COOK**
  -vs-                                                                                 C-1-02-073
**CITY OF NORWOOD, et al.**
--------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Robert G. Kelly
FOR DEFENDANTS: Lawrence E. Barbiere, Michael E. Maundrell, W. McGregor Dixon, Jr., Steven C. Martin and James F. Brockman

**DATE:** Thursday, December 2, 2004
**TIME:**  9:00 a.m. – 9:20 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for discussion of post-trial matters.  Matter continued to **THURSDAY, DECEMBER 16, 2004 AT 1:30 P.M.**