UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**HEARING ON POST-TRIAL MATTERS**

COOK,

v                                                                                    Civil: C-02-73

CITY OF NORWOOD, et al,


Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>

<u>Court Reporter</u> <u>J. Wolfer  (Official)</u>

<u>Law Clerk:</u> <u>L.Ahern</u>

<u>Courtroom Deputy: Darlene Maury</u>

--------------------------------------------------------------------------------------------------------

**Appearances:** R. Kelly for Pltf; L. Barbiere, M. Maundrell, W. Dixon, S. Martin and J. Brockman for Defts.

Case called for a Hearing on Post-Trial matters. Oral arguments of counsel. Judgment Order to issue.


Date: December 16, 2004
TIME: 1:30 p.m.. - 2:15 p.m.