AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OHIO__

DENNIS COOK,
Plaintiff

V.

CITY OF NORWOOD, et al
Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number:   C-02-73

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   Pursuant to the jury verdict entered on December 2, 2004 and the Order of the Court entered on December 17, 2004. Judgment is hereby entered in favor of plaintiff Dennis Cook and against defendant City of Norwood in the amount of $200,000.00, plus attorney fees, costs and interest from the date of the jury verdict at the federal rate.

December 17, 2004
Date

James Bonini
Clerk

(By) Deputy Clerk