Dennis J. Cook
4127 Ivanhoe Avenue
Norwood, Ohio 45212

2/24/99     Cook, Erwin, Perkins & Jones vs. Norwood.  Copy of 2/23/9 letter to
            Dennis Cook from Alan Bonham at SERB ref. Picking up transcripts
            ordered. .25 hrs.

3/3/99      Dennis Cook.  Copy of citation for mayor's court for 3/4/99 at 6 p.m;
            another citation concerning Cook; now they are after him for the dog; can
            pursue a vigorous defense on these claims and we will be successful.  1.5
            hrs.

4/11/99     Letter to SERB reference request for information and answered all
            requests; meeting with Cook reference his desire to include EEOC
            information in the response and explained to him SERB and EEOC deal
            with different issues but I will include it in the letter; explained to Cook
            SERB does not cover the same matters as EEOC and if you argue age
            before SERB it will not justify a SERB violation and if you argue SERB
            before EEOC it will tell you to go to SERB; Cook wants to know why
            SERB and EEOC cannot get together and stop what is going on;
            explained the foregoing to him again and told him both are government
            agencies and it simply takes time to get matters through the agencies.
            3.75 hrs.

4/23/99     Dennis & Toni Cook.  Copy of 4/22/99 letter to Cooks from Norwood Bldg.
            Dept; more letters and charges and explained to Cook that Hubbard and
            Norwood are going to keep coming after him; Cross does anything
            Hubbard wants and Hochbein is not concerned; don't worry as I will
            represent him and fight any charges filed.  2.25 hrs.

4/29/99     Dennis Cook.  Fax from Jennifer Schans of The Rutherford Institute; no
            news; wants an update. .25 hrs.

5/6/99      Norwood v. Cook (M99CRB13762).  Letter from Stacy Wall with City's
            response to defendant's discovery requests; work on charge to defend
            Cook; faces change but the same relentless attitude to get rid of Cook.
            .50 hrs.

5/19/99     Cook can't go to work; worried about providing for his family; told him to
            go to work everyday to protect his job; Hubbard and Cross are upset
            because he told the truth at SERB and exposed them for the liars they are
            concerning the repeated acts of discrimination.  1.50 hrs.

5/21/99     Norwood v. Cook (M99CRB13762).  Letter from S. Wall with City's
            amended response to demand for discovery. .25 hrs.

6/1/99          Dennis Cook.  Letter from Stacy Wall ref. Mr. Cook's doctor's statement; this is really a joke; Cook testifies against the City and now he is not permitted to return to work; testified on behalf of Jones who filed EEOC complaint and was terminated; no one will do anything to assist Cook returning to work; other workers permitted to work light duty but not if you filed an EEOC charge; meet with Cook and he is worried about feeding his family.  2.25.

6/4/99          Dennis Cook.  Copy of his latest ULPC that he is filing to attempt to get back to work; quickest way to get action as EEOC is doing nothing. .75 hrs.

6/10/99         Dennis Cook vs. Norwood, et al (99-ULP-05-0317).  Letter from Stacy Wall with Notice of Appearance. .25hrs.

6/21/99         Telephone conference with Toni Cook reference complaint filed on building code violations; Dennis is in the hospital and she does not know when he will be released but he is not doing well; she can't understand why the charges were filed and I explained to her I will send a letter and request the charges be transferred to the Hamilton County Municipal Court where she can get a fair trial; prepare jury demands for Dennis and Toni and fax to Wall to get cases transferred along with letter.    1.25 hrs.

6/22/99         Dennis Cook.  Letter from Keith Good at EEOC with medical release to be signed by Dennis Cook; go to hospital to visit Cook and get him to sign release. 1.25 hrs.

6/27/99         Meeting with Dennis at the hospital concerning his request to meet with me; he is continuing to improve but he is not the old Dennis; requested me to write to Helm concerning the actions of Norwood, Hubbard, Cross and Hochbein and what is going on in Norwood; my observations of Cook in 1999 and the refusal of the City to permit him to return to work after he testified in SERB hearing; Cook filed EEOC complaint and he is pursuing his claim but EEOC is dragging its feet on his filings.      3.0 hrs

6/29/99         Cook vs. Norwood.  Fax from Stacy Wall ref. Filing motion for continuance on pre-hearing. .50 hrs.

7/8/99          Dennis Cook (EEOC).  Letter from Keith Good ref. Needing expenses of Mr. Cook to date. .25 hrs.

7/19/99         Dennis Cook.  Letter from David Helm, M.D., that Mr. Cook's 7/26/99 hearing be postponed until Mr. Cook recovers enough to testify. .25 hrs.

7/20/99         Dennis Cook (       &       5).  Letter from Keith Good of EEOC. .25 hrs.

Cook vs. Norwood, et al. - Case No. 99-ULP-02-0104. Dismissal of Unfair Labor Practice Charge. N/C.

8/27/99    Cook v. Norwood, et al. (BWC/IC Claim No. 98-460364). Dennis Cook dropped off: City of Norwood's 1st set of interrogatories and request for production of documents to plaintiff and letter from client; Norwood is now fighting Cook's workers' compensation claim; meet with client and discuss other employees whose workers' compensation were denied. 1.25 hrs.

8/31/99    Norwood v. Cook. Copy of memo to Dennis Cook from Norwood Law Director's office with notice of court date at Municipal Court on 9/8/99 at 1 p.m.; more criminal charges; Norwood hasn't beaten him on any of the charges yet and just keeps filing them. .50 hrs.

10/8/99    Cook v. Norwood, et al. (██████ & ████████). Determination from U.S. EEOC; but no right to sue letter. .25 hrs.

10/12/99    Dennis Cook v. Norwood. ██████7 & ████████). Letter from Keith Good at EEOC with Conciliation Agreement. .25 hrs.

10/17/99    Norwood vs. Dennis Cook. Fax from Stacy Wall with copy of complaint from Norwood Mayor's Court and affidavit of Walter Rohrig; more information concerning Cook's house and advised Cook we will defend the action and do what is necessary. 1.50 hrs.

10/25/99    Meeting with Cook reference whether a meeting is scheduled to discuss settlement on his case and advised him that Norwood has not contacted me; Cook wants me to contact Norwood and I told him I would send a letter to Norwood; letter to T. Garry reference Norwood's failure to respond to my letter dated 10/8/99 about settlement discussion and request for him to respond per EEOC recommendation. 2.25 hrs.

10/26/99    Medical report from Helm concerning Cook's medical condition; meeting with Cook and reviewed report; told him to continue to see Helm as instructed by Helm; report does not guarantee anything and it is Helms opinion concerning Cook's medical condition. 1.75 hrs.

10/27/99    Cook v. Norwood (EEOC decision). Letter from Stacy Wall in response to Bob's 10/25/99 letter; meet with Cook; prepare for the long haul as nothing is going to be easy. .75 hrs.

10/28/99    Letter to Wall in response to her letter dated 10/27/99 concerning Cook's EEOC charges and Norwood is waiting for EEOC to contact it to arrange a settlement meeting; explained to Wall I was contacting EEOC to get matters started and I was not going to wait for Norwood; Norwood is stonewalling and won't work on settlement while Cook has no money

coming in; attempting to starve Cook out and terminate him; extensive discussion with Cook that Wall is merely the latest in a long line of Norwood officials who refuse to fulfill what EEOC requires concerning settlement talks and I will contact EEOC to attempt to get the matter resolved.  3.25 hrs.

10/29/99     Meeting with Cook reference treatment with Dr. Helm and need to obtain a copy of Dr. Helm's medical records for his case; need to get medical release signed and submit a letter to Dr. Helm; Cook anxious to get medical records because EEOC wants settlement discussions between him and the City of Norwood but I explained to him the records may take sometime to be received as it normally takes one-two weeks for receipt of records after a request; wants to know if I will hand deliver the request and I told him I would do it for him to get the matter started; prepared letter and medical release and hand delivered to Dr. Helm.  2.75 hrs.

10/30/99     Meeting with Cook concerning cancellation of his dental and optical benefits and he is worried about medical care for his family; explained to Dennis EEOC has recently contacted Norwood and I was attempting to contact Norwood to settle his EEOC complaint and that probably explains why his dental and optical benefits were discontinued as the same thing happened to Perkins after he received his right to sue letter from EEOC; Letter to Wall reference cancellation of dental and optical benefits for Cook and Norwood did the same to Perkins who filed an EEOC complaint; want the dental and optical benefits reinstated as Cook remains an employee of Norwood and he is entitled to the benefits pursuant to bargaining agreement; letter to AFSCME requesting reinstatement of benefits cancelled by Norwood.  4.25 hrs.

11/3/99     Dennis Cook.  Letter from Stacy Wall ref. Mr. Cook's optical and dental benefits. .25 hrs.

11/3/99     Meeting with Cook concerning Wall letter reference dental and optical benefits through the end of October 1999; need to send a letter to Norwood wanting to know whether the benefits will continue into the future; this will be an ongoing problem into the future and it will be a constant fight since Norwood refuses to comply with the law; complaining about Norwood not following the law and no one will do anything about it and I explained once he gets into Court and testifies to the facts something will be done; his case requires patience to wait on governmental agencies who go about their business on their own schedule and don't worry about anyone.  1.5 hrs.

Research and prepare motion to dismiss on building code violations filed in CASE NO.M99CRB28908; letter to Wall with copy of motion; copy to Cook.  3.25 hrs.

11/8/99     Dennis Cook. Authorization for release of medical records from Group Health Associates. .25 hrs.

11/9/99     Cook v. Norwood.  Letter from Stacy Wall ref. Workers' Comp. Claim and getting paid. .25 hrs.

11/23/99    Dennis Cook.  Letter from Dr. George Parsons ref. His evaluation report on Dennis Cook; meeting with Cook. .75 hrs

12/15/99    Deliver medical records of Dennis Cook to Mr. Friertag at EEOC per his request.  1.75 hrs.


Total Hours: 47.00
Hourly Rate: $225.00
Copies:      $.00
Expenses:    $.00
Charges:     $10,575.00

TOTAL AMOUNT DUE:     $10,575.00