Dennis J. Cook
4127 Ivanhoe Avenue
Norwood, Ohio 45212

| | | |
|---|---|---|
| 2/29/00 | **Dennis Cook.** Copy of 2/23/00 letter to Dennis Cook from PERS; read and review; meet with client concerning disability letter. 2.25 hrs. | |
| 3/9/00 | **Dennis Cook vs. Norwood.** Letter from Stacy Wall wanting to know if D. Cook was going to continue his employment with City; read and review; meet with client and discuss how he is going to proceed and he needs to stay on top of the issue; proceed with issue and EEOC should not impact. 1.50 hrs. | |
| 3/9/00 | Meeting with Dennis Cook concerning his continued employment with the City of Norwood and the award of his disability pension; Cook wants to know what is going on with his EEOC complaints and explained to him all information requested by EEOC was delivered immediately upon request; EEOC has not contacted me since medical records were delivered but I will send Friertag a letter and request a right to sue letter; I don't know what the hold up is with EEOC but they are certainly making life difficult by not doing their job. 3.75 hrs. | |
| 3/14/00 | **Cook vs. Norwood (federal case).** Received signed certified mail return receipt card back from EEOC; concerning letter to get a right to sue notice. .25 hrs. | |
| 3/15/00 | **Dennis Cook vs. Norwood (federal).** Letter from PERS with copies of medical reports; read and review medical reports and information will assist in his EEOC claim. 1.25 hrs. | |
| 3/23/00 | **Dennis Cook.** Copies of medical charges from Good Samaritan Hospital for his hospitalization as the result of Norwood refusing to permit him to work. .50 hrs. | |
| 4/27/00 | Extensive meeting with Cook reference requirement to submit a resignation to obtain his disability pension; Norwood is not paying him and PERS will not make a payment until the resignation is submitted to Norwood; does not want to resign his job but he has no option as he will not get disability without the resignation; explained to him he needs to be able to count on money for his family to provide for them; he will have the ability to return to work if he is cleared by the physicians; upset Norwood, Hubbard, Cross and Hochbein ruined his job and made his life a living hell; wonders how they can get away with what they are doing; told him there is a Republican mayor, a Republican council, a Republican vice | |

1

|  |  |
|---|---|
|  | mayor, a Republican law director and they are doing what they want to do and they perceive themselves as above the law and no one will stop them.  Complaining about his efforts to obtain government help for the situation and explained to him he is making allegations, Norwood is denying everything he is saying, no one from Public Works will step forward to assist him and anyone who opposes them has been fired, demoted and been required to fight to keep their job.  Wonders why Hubbard continues in his position and I explained to him he is Hochbein's puppet and he will be in the office until someone gets there day in court.  Finally persuaded him to submit the letter of resignation to get money and avoid the free store and all the problems associated with no money in the house.  4.50 hrs |
| 7/5/00 | **Dennis Cook.**  Payment sent for economist fee to evaluate his claim for presentation to EEOC on his complaints. .25 hrs. |
| 7/10/00 | **Cook, Perkins and Jones.**  Letter from Michael Brookshire & Assoc. With general information sheet, copy of Dr. Brookshire's vita, copy of George Barrett's vita, information guide sheet and 3 written agreements covering feess and work. .50 hrs. |
| 8/7/00 | **Dennis Cook.**  Affidavit of Janet Kennedy along with W2s for three employees from 1980 to 1999 (received on 8/7/00). .50 hrs. |
| 8/29/00 | **Cook.**  Fax from Michael Brookshire with agreement to be signed by Cook; call client and get him in to sign agreement so it can be faxed back. .25 hrs. |
| 9/5/00 | **Dennis Cook.**  Copy of detail earnings sheet. .25 hrs. |
| 9/5/00 | **Dennis Cook.**  Letter from Dr. George Parsons; concerning Cook and his condition. .50 hrs. |
| 9/5/00 | Telephone conference with Cook to obtain birthdates of children and step child per request of Brookshire's office; Letter to Brookshire attention George Barrett ref. the ages of Cook's chilren and step child as requested by George Barrett; letter faxed per his request.  .50 hrs. |
| 9/11/00 | **Cook.**  Letter from Michael Brookshire with written report for Cook. 1.25 hrs. |
| 9/29/00 | Meeting with Osterday concerning events at Norwood Public Works; explained to me what is going on at Norwood Public Works and methods used by Hubbard and Cross to put the screws to Cook and other men who |

|  |  |
|---|---|
|  | filed EEOC complaints or who complained about treatment; explained to him I wanted all information he was providing in an affidavit form and he needed to review and sign the affidavit; no problem he will sign as now that the older guys are out of Public Works Hubbard is trying to get the guys appointed he wants for the promoted positions. 4.75 hrs. |
| 9/29/00 | Contacted Cook and told him of the new information and how Hubbard and Cross were taking action against him and anyone else who filed an EEOC charge or who associated with them; explained to him the information will be used in his case. .50 hrs. |
| 11/2/00 | **Dennis Cook.** Invoice from Dr. Parsons for $120.00. |
| 11/22/00 | **Dennis Cook.** Letter from Stacy Wall ref. Cook's pending cases and waiting on EEOC to contact her; meet with Cook and Norwood is stonewalling. .50 hrs. |
| 11/27/00 | **Dennis Cook.** Copy of 11/18/00 letter to Dennis Cook from Bureau of Workers' Compensation. .25 hrs. |
| 12/5/00 | **Cook vs. Norwood.** Invoice from Dr. Parsons for $120.00. .25 hrs. |
| 12/12/00 | **Dennis Cook.** Notice of Hearing from Industrial Commission of hearing set for 12/21/00 at 2 p.m. .25 hrs. |

Total Hours:  24.50
Hourly Rate: $225.00
Copies:      $.00
Expenses:    $.00
Charges:     $5,512.50

TOTAL AMOUNT DUE:    $5,512.50