Dennis J. Cook
4127 Ivanhoe Avenue
Norwood, Ohio 45212

Year 1998

Total Hours:  65.75
Hourly Rate: $225.00
Copies:      $.00
Expenses:    $.00
Charges:     $14,793.75

TOTAL AMOUNT DUE:     $14,793.75

Year 1999

Total Hours:  47.00
Hourly Rate: $225.00
Copies:      $.00
Expenses:    $.00
Charges:     $10,575.00

TOTAL AMOUNT DUE:     $10,575.00

Year 2000

Total Hours:  24.50
Hourly Rate: $225.00
Copies:      $.00
Expenses:    $.00
Charges:     $5,512.50

TOTAL AMOUNT DUE:     $5,512.50

Year 2001

Total Hours:  41.75
Hourly Rate: $225.00
Copies:      $.00
Expenses:    $194.43
Charges:     $9,393.75

TOTAL AMOUNT DUE:     $9,588.18

Year 2002

Total Hours: 332.50
Hourly Rate: $225.00
Copies:      $1,660.00 (11,660 X .10)
Expenses:    $3,869.27
Charges:     $74,812.50

TOTAL AMOUNT DUE:    $80,341.77

Year 2003

Total Hours: 217.75
Hourly Rate: $225.00
Copies:      $220.50 (10 X 2205)00
Expenses:    $3,078.72
Charges:     $48,993.75

TOTAL AMOUNT DUE:    $52,292.97

Year 2004-2005

Total Hours:      670
Hourly Rate:      $225.00
Copies:           $828.10 (.10 X 8281)
Expenses:         $17,305.90
Charges:          $150,750.00
Witness Fees:     $701.25

TOTAL AMOUNT DUE:    $169,585.25

Total Amount due all years at $225.00 per hour plus expenses and costs: $342,689.42

Multiplier of 1.5 x $342,689.42 = $514,034.13