UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. <u>C-1- 02-073</u> |
| Plaintiff | : | Judge Weber |
| vs. | : | ENTRY GRANTING MOTION TO CORRECT FILING DATE |
| CITY OF NORWOOD, et al. | : | |
| Defendant | : | |

For good cause shown, and upon motion duly filed herein and Counsel for the Defendant City of Norwood not opposing said motion, the Plaintiff's Motion to Correct Filing Date for Plaintiff's Application for Attorney Fees is granted and the electronic filing date of the Plaintiff's Application for Attorney Fees shall be corrected to January 3, 2005.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

<u>/s/Robert G. Kelly        0002157    </u>
Attorney for Plaintiff

<u>/s/Lawrence E. Barbiere              </u>
Attorney for Defendant City of Norwood
per phone authorization on January 17, 2005
by /s/Robert G. Kelly