UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | ) | |
| | ) | CASE NO: C-1-02-073 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. Judge Weber |
| | ) | |
| CITY OF NORWOOD, et al | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM IN OPPOSITION TO
## MOTION FOR NEW TRIAL

Comes now the Defendant, Gary Hubbard, by and through counsel, and for his reply to the Motion for New Trial filed by Plaintiff adopts and incorporates the memoranda in opposition filed by Defendants in the above matter as if filed herein on behalf of the Defendant Gary Hubbard.

Respectfully submitted,

_____
Steven C. Martin (OB#17857)
ZIEGLER & SCHNEIDER, P.S.C.
Attorney for Defendant Gary Hubbard
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, Kentucky 41017-5710
Phone: (859) 426-1300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by ordinary mail service this the 17 day of January, 2005 to:

Robert E. Kelly, Esq.
4353 Montgomery Road
Norwood, Ohio 45212

Lawrence E. Barbiere, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

James F. Brockman, Esq.
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202

McGregor Dixon, Jr., Esq.
Shipman, Dixon & Livingston
215 West Water Street
P.O. Box 310
Troy, Ohio 45373

                                            _____
                                            Steven C. Martin
                                            For ZIEGLER & SCHNEIDER, P.S.C.