UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1- 02-073 |
| Plaintiff | : | Judge Weber |
| vs. | : | ENTRY GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE |
| CITY OF NORWOOD, et al. | : | TO DEFENDANT CITY OF NORWOOD'S MOTION FOR |
| Defendant | : | JUDGMENT AS A MATTER OF LAW |

For good cause shown, and upon motion duly filed herein and Counsel for the Defendant City of Norwood not opposing said motion, the Plaintiff's Motion to Extend Time to File a Response to Defendant City of Norwood's Motion for Judgment as a Matter of Law is granted. Plaintiff shall file a response on or before January 25, 2005.

SO ORDERED.

_____ UNITED STATES DISTRICT JUDGE

/s/Robert G. Kelly        0002157
Attorney for Plaintiff

/s/Lawrence E. Barbiere
Attorney for Defendant City of Norwood
per phone authorization on January 18, 2005
by /s/Robert G. Kelly