UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS COOK,** | : | CASE NO. 1:02cv00073 |
| | : | (J. Weber) |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF NORWOOD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

JOINT MOTION TO EXTEND TIME TO
RESPOND TO APPLICATION FOR
ATTORNEYS' FEES AND COSTS

Come now Plaintiff and Defendant, City of Norwood, by and through counsel, and respectfully move this Court for an extension of time until and including **February 21, 2005**, for Defendant, City of Norwood, to respond to Plaintiff's Application for Attorneys' Fees and Costs **(Doc. 143)**. This Joint Motion is supported by the Memorandum attached hereto.

           **s/ Robert G. Kelly**
Ohio Bar Number: 0002167
Attorney for Plaintiff, Dennis Cook
4353 Montgomery Road
Norwood, OH 45212
513-531-3636
513-531-0135 **(Fax)**
**rgjfsjgreg@aol.com**

           **s/Lawrence E. Barbiere**
Lawrence E. Barbiere
Ohio Bar Number: 0027106
Michael E. Maundrell
Ohio Bar Number: 0027110
Attorney for Defendant, City of Norwood
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4200
(513) 583-4203 (fax)
Email: lbarbiere@schroederlaw.com

-2-

**M E M O R A N D U M**

Plaintiff has filed an Application for Attorneys' Fees and Costs in connection with the above captioned case. Plaintiff has also filed a Motion for New Trial and Defendant City of Norwood has filed a Motion for Judgment as a Matter of Law. In light of the time necessary to respond to the post-trial motions and in light of the fact that the post-trial motions may have an impact on the Application for Attorneys' Fees and Costs, the parties jointly move to extend the time for Defendant City of Norwood to reply to the Application for Attorneys' Fees and Costs until *February 21, 2005.* The parties respectfully submit a proposed Entry granting this Joint Motion.

s/ Robert G. Kelly
Ohio Bar Number: 0002167
Attorney for Plaintiff, Dennis Cook
4353 Montgomery Road
Norwood, OH  45212
513-531-3636
513-531-0135 **(Fax)**
**rgjfsjgreg@aol.com**

s/Lawrence E. Barbiere
Lawrence E. Barbiere
Ohio Bar Number: 0027106
Michael E. Maundrell
Ohio Bar Number: 0027110
Attorney for Defendant, City of Norwood
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513) 583-4200
(513) 583-4203 (fax)
Email:  lbarbiere@schroederlaw.com