UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS COOK,** | : | CASE NO. 1:02cv00073 |
| | : | (J. Weber) |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF NORWOOD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

ENTRY GRANTING JOINT MOTION
TO EXTEND DEFENDANT, CITY OF NORWOOD'S TIME
TO RESPOND TO PLAINTIFF'S APPLICATION FOR
ATTORNEYS' FEES AND COSTS

  The Court hereby grants the Joint Motion of Plaintiff and Defendant, City of Norwood, to extend the time for Defendant City of Norwood to respond to Plaintiff's Application for Attorneys' Fees (**Doc. 143**) until and including *February 21, 2005.*

**Herman J. Weber, Senior Judge**
**United States District Court**