UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1-02-073 |
| | : | Judge Weber |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWOOD, et al. | : | |
| | : | |
| Defendants. | : | |

PLAINTIFF'S MEMORANDUM IN RESPONSE TO
DEFENDANT NORWOOD'S MOTION FOR STAY OF JUDGMENT

Now comes the Plaintiff, by and through undersigned counsel, and in response to the Defendant's Motion for Stay of Judgment and does not oppose said motion for reasons set forth in Fed.R. 62(f). Plaintiff does not accept any of the facts or reasoning set forth in the Plaintiff's motion to stay except as specifically set forth herein.

/s/Robert G. Kelly
Robert G. Kelly        0002167
Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
1-513-531-3636
1-513-531-0135 fax
Email: rgkfskgreg@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: James F. Brockman, Esq., Attorney for Defendant Kevin Cross, Lawrence E. Barbiere, Esq., Attorney for Defendant City of Norwood, Steven Martin, Esq., Attorney for Defendant Gary Hubbard and McGregor Dixon, Jr., Esq., SHIPMAN, DIXON & LIVINGSTON CO., L.P.A., Attorney for Defendant Joseph Hochbein.

/s/Robert G. Kelly
Robert G. Kelly        0002167

Attorney for Plaintiff