UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS COOK,** | : | CASE NO. 1:02cv00073 |
| | : | (J. Weber) |
| **Plaintiff** | : | |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF NORWOOD, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ENTRY GRANTING JOINT MOTION
TO EXTEND DEFENDANT, CITY OF NORWOOD'S TIME
TO RESPOND TO PLAINTIFF'S APPLICATION FOR
ATTORNEYS' FEES AND COSTS**

The Court hereby grants the Joint Motion **(Doc. 153)** of Plaintiff and Defendant, City of Norwood, to extend the time for Defendant City of Norwood to respond to Plaintiff's Application for Attorneys' Fees **(Doc. 143)** until and including *February 21, 2005.*

                                                                                  **S/Herman J. Weber**
                                                      **Herman J. Weber, Senior Judge**
                                                      **United States District Court**