UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DENNIS COOK,** | : | CASE NO. 1:02cv00073 |
| | : | (J. Weber) |
|     **Plaintiff** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **CITY OF NORWOOD, et al.,** | : | |
| | : | |
|     **Defendants** | : | |

**ENTRY GRANTING MOTION
TO EXTEND DEFENDANT, CITY OF NORWOOD'S TIME
TO RESPOND TO PLAINTIFF'S APPLICATION FOR
<u>ATTORNEYS' FEES AND COSTS</u>**

The Court hereby grants the Motion of Defendant, City of Norwood, to extend the time for Defendant City of Norwood to respond to Plaintiff's Application for Attorneys' Fees **(Doc. 158)** from February 21, 2005, to and including ***March 21, 2005.***

*/s/ Herman J. Weber*
_____
**Herman J. Weber, Senior Judge
United States District Court**