## APPENDIX 2

| | |
|---|---|
| 406.875 | LODESTAR |
| - 69.75 | Time spent on legal research on unsuccessful and unrelated claims. |
| 337.125 | |
| - 1.5 | Time spent on interlocutory appeal. |
| - 8.25 | Time spent on directed verdict. |
| - 17.5 | Time spent on post-trial matters. |
| 309.875 | |
| -154.9375 | Time spent on unsuccessful unrelated claims (50%). |
| 154.9375 | |
| - 77.46875 | Time spent on unsuccessful related claims (50%). |
| 77.46875 | |