UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. C-1- 02-073 |
| Plaintiff | : | Judge Weber |
| | | SECOND |
| vs. | : | MOTION TO EXTEND TIME TO FILE |
| | | RESPONSE TO DEFENDANT CITY OF |
| CITY OF NORWOOD, et al. | : | NORWOOD'S OBJECTIONS TO |
| | | PLAINTIFF'S APPLICATION FOR |
| Defendant | : | ATTORNEY FEES AND COSTS |

Now comes the Plaintiff, by and through undersigned counsel, and moves the Court for an extension of time until April 5, 2005 to file a response to the Defendant City of Norwood's Objections to Plaintiff's Application for Attorney Fees and Costs.

The Plaintiff's counsel has conferred with opposing counsel pursuant to S.D.Ohio Civ. R. 7.3(a)for the City of Norwood whose interests might be affected by the granting of the relief requested and the motion is not opposed.

/s/Robert G. Kelly
Robert G. Kelly    0002167
Trial Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
1-513-531-3636
1-513-531-0135 fax
rgkfskgreg@aol.com

MEMORANDUM

Plaintiff's counsel conferred with counsel for the Defendant City of Norwood, Michael Maundrell, on April 4, 2005 concerning the extension of time and Defendant City of Norwood does not object to the extension of time requested herein.

/s/Robert G. Kelly
Robert G. Kelly

CERTIFICATE OF SERVICE

      I hereby certify a copy of the foregoing was served upon the following individuals Lawrence Barbiere, Esq., Attorney for City of Norwood, W. McGregor Dixon, Esq., Attorney for Joseph Hochbein, Steven Martin, Esq., Attorney for Gary Hubbard, and James F. Brockman, Esq., Attorney for Kevin Cross, through the ECF system of the United States District Court, Southern District of Ohio and sent by regular mail, postage prepaid to all who are not listed to receive filings through the ECF system this 4th day of April 2005.

                                /s/Robert G. Kelly
                                Robert G. Kelly