PAY TO THE ORDER OF
**THE PROVIDENT BANK**
HYDE PARK BRANCH
FOR DEPOSIT ONLY
ASSOCIATES FOR
PSYCHOLOGICAL
RESOURCES
0206 723

JUN 25 01

PNC BANK KY 839 GUTHRIE 01 25
06/26/01 LOUISVILLE KY 40232

PROVIDENT BANK
7TH & 4TH ST.
CINCINNATI OHIO

IMPORTANT: The back of this document has been printed with a patented security process in order to deter check fraud.

If you do not clearly see the words "Original Document" and the Security Weave pattern, or the word VOID appears in the right of this message, do not cash.

U.S. Patent No. 5,819,568

Entry
6-16-01
page 2

| | |
|---|---|
| **ROBERT G. KELLY CO., L. P. A.**  11-86 | 7156 |
| 4353 MONTGOMERY ROAD | |
| NORWOOD, OH 45212 | 13-39/420 |
| | 081 |

DATE August 8, 2001

PAY TO THE ORDER OF Smart Corporation        $ 91.38

Ninety-one and 38/100 ---------- DOLLARS

**PNCBANK**
PNC Bank, N.A.   070
Cincinnati, OH
FOR  Invoice No. 0004702418 (21.95)
     Invoice No. 0005972093 (69.43)

⑈007156⑈ ⑉042000398⑈ 4030068055⑈    ⑉0000009138⑉

Ending 7-26-01



Entry
7-26-01
pg 2

**ROBERT G. KELLY CO., L. P. A.**  11-86
4353 MONTGOMERY ROAD
NORWOOD, OH  45212

413750

7442

13-39/420
081

DATE 2/1/2002

PAY TO THE ORDER OF U.S. District Court Clerk   $ 150.00

One Hundred Fifty and no/100 — DOLLARS

PNCBANK
PNC Bank, N.A.   070
Cincinnati, OH

FOR Cook v Norwood et al      Robert G. Kelly

⑈007442⑈ ⑆042000398⑆ 4030068055⑈         ⑆0000015000⑆



Entry
2-1-02
pag 2



FOR CUSTOMER SERVICE INQUIRIES          PLEASE CALL 1-800-422-1199

| Customer Name | Account Number | Group Number | Billing Period | Bill Date | Page |
|---|---|---|---|---|---|
| ROBERT G. KELLY COP, L.P.A. | 8086479 | | 04/26/02 - 05/25/02 | 05/27/02 | 1 of 3 |

Broadwing can offer you a technically superior network for all your communication needs- internet, voice, data and beyond.

This nationwide network, built from the ground up, was engineered to support growing businesses, expansive technologies and provide one complete communications solution.

Please contact our Customer Care Department for more information on Broadwing's full line of products and services:
Phone (800) 364-2828

| Account Summary | Amount | Total |
|---|---|---|
| PREVIOUS BALANCE | | 0.00 |
| PAYMENTS RECEIVED | | 0.00 |
| ADJUSTMENTS | | 0.00 |

FILE
*Cook vs. Norwood*
*(U.S. Dist. Ct.)*

**Balance Forward**                       0.00

● *Summary of New Charges*

| | |
|---|---|
| NEW USAGE CHARGES | 48.54 |
| RECURRING CHARGES | 0.00 |
| NON-RECURRING CHARGES | 0.00 |
| OTHER CHARGES AND CREDITS | 4.81 |
| SERVICE CHARGES | 0.00 |
| TAXES | 4.52 |

**Total New Charges Due**   06/24/02   57.87

**Total Amount Due**                     57.87

*Paid 6/21/02*
*Check # 7664*

If you dispute any portion of this invoice, please call Customer Service at 1-800-422-1199 immediately. Invoices not disputed within 30 days may not be subject to dispute thereafter.

*Please detach and return bottom portion with payment- do not fold.   THANK YOU!*                     ECI01A 6/15/99

*Entry*
*4-18-02*

```
                                                                          7643
ROBERT G. KELLY CO., L. P. A.       11-86
        4353 MONTGOMERY ROAD
          NORWOOD, OH 45212                                              13-39/420
                                              DATE  June 11, 2002           081

PAY
TO THE     Betty Schwab                                      | $ 329.25
ORDER OF

Three Hundred Twenty-nine and 25/100 ----------------------------- DOLLARS

 PNCBANK
 PNC Bank, N.A.   070
 Cincinnati, OH
                                                 Robert G. Kelly        MP
FOR   Dennis Cook

     ⑈007643⑈  ⑆042000398⑆   4030068055⑈              ⑈000000329  25⑈
```

Entry
6-11-02
pg 1

*Betty Schwab*





Entry
6-11-02
page 2

FILE

Cook v. Norwood

Entry 7/17/02

**ASSOCIATES FOR PSYCHOLOGICAL RESOURCES** (513) 351-3334

| Date | Patient | Provider | Description | Transaction Amount | Patient Portion | Insurance Portion |
|---|---|---|---|---|---|---|
| 07/09/02 | | | BALANCE FORWARD | | 0.00 | |
| 06/16/01 | DENNIS J. | 1 | ATTORNEY CHECK | -120.00 | | |
| 06/25/02 | DENNIS J. | 1 | INDIVIDUAL PSYCHOTHERAPY, | 135.00NU | 135.00 | 0.00 |
| 06/26/02 | DENNIS J. | 1 | REPORT | 120.00 | 120.00 | 0.00 |

**Account Balance**

| Account Number | Statement Date | Total | Amount Due Now | Expected Insurance |
|---|---|---|---|---|
| 279 | 07/09/02 | 255.00 | 255.00 | 0.00 |

Paid 7/17/02
Check #7714

Make Checks Payable To: **ASSOCIATES FOR PSYCHOLOGICAL RESOURCES**
Control-o-fax Systems of Cincinnati   Cincinnati, OH   80-189992-1

# M<sup>L</sup>B &A  Michael L. Brookshire & Associates

333 12th Street, Suite 3
P.O. Box 546
Dunbar, West Virginia 25064

| STATEMENT |
|---|
| DATE |
| 08/21/02 |

REMIT PAYMENTS TO:

Dr. Michael L. Brookshire
Federal I.D. #55-0666044

Robert G. Kelly, Esquire
4353 Montgomery Road
Norwood, OH 45212

DENNIS COOK

AMOUNT REMITTED $ 1,768.00

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE.

MICHAEL L. BROOKSHIRE & ASSOCIATES                          P.O. BOX 1046, DUNBAR, WV 25064

| DATE | DESCRIPTION | BALANCE |
|---|---|---|
|  | DENNIS COOK |  |
| 06/01 | CASE MANAGER RESEARCH/PRODUCTION WORK WITH BARRETT/BROOKSHIRE: 12.5 HOURS | $ 1,250.00 |
|  | BARRETT/BROOKSHIRE CASE SET-UP ANALYSIS AND REVIEW: 2.0 HOURS | 500.00 |
|  | FEDERAL EXPRESS: | 18.00 |
|  | TOTAL DUE UPON RECEIPT: | $ 1,768.00 |
|  | ** SECOND BILLING NOTICE ** |  |
|  | *Paid 8/26/02*  *Check #7783* |  |

THANK YOU

*Entry*
*8/26/02*



**PAY TO THE ORDER OF
PNC BANK, OHIO, N.A.
FOR DEPOSIT ONLY
LITIGATION SUPPORT SERVICES
4005253603**

⑆203    37452⑆

⑈043000096⑈
PNC BANK, NA, KENTUCKY
OPERATIONS CENTER
LOUISVILLE, KY
⑈043000096⑈

OCT 31 02

110102  500000594

ENTRY
10-30-02
page 2



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153
CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990
TAX ID NO.: 31-1044663

Robert G. Kelly, Esq.
Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 62729 | 10/01/02 | 1-13340 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/26/02 | ANTHDA | C102073 |

**CASE CAPTION**
Cook vs. Norwood

**TERMS**
NET 30

1 COPY OF TRANSCRIPT OF:
   Dennis Cook, Vols. I & II                              663.60
                       EXHIBITS    118 PGS                 29.50
                                                         =======
                       T O T A L  D U E  >>>>            693.10



ENTRY
10-30-02
page 3

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.

---



**LITIGATION SUPPORT SERVICES**
**INCORPORATED**
Accuspeed • Videofax • Exhibit 3D • Professional Resources
"the ONE SOURCE for all of your litigation support needs"

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

**CINCINNATI:** (513) 241-5605    FAX: (513) 361-8646
**DAYTON:** (937) 224-1990    FAX: (937) 224-1995
Web: www.litsup.com    Email: info@litsup.com



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990
EMAIL: info@litsup.com    WEB: www.litsup.com

# VIDEO INVOICE

| JOB DATE | INVOICE NO. |
|---|---|
| 9/26/2002 | 2002-659 |

**PAID**

## BILL TO

Robert G. Kelly
Kelly Law Office
4353 Montgomery Road
Cincinnati, Ohio 45212

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

| CASE NUMBER | TERMS | REPORTER | CASE CAPTION |
|---|---|---|---|
| C-1-02-073 | NET 30 | RWG | Cook vs. Norwood |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Duplication | Video Duplication: Dennis Cook (Day 2) | 325.00 |

ENTRY
10-30-02
page 4

THANK YOU FOR YOUR CONTINUED BUSINESS

FEDERAL ID# 31-1044663    A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.

**TOTAL**    $325.00



**LSS INCORPORATED**

LITIGATION SUPPORT SERVICES
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990
EMAIL: info@litsup.com    WEB: www.litsup.com

# VIDEO INVOICE

| JOB DATE | INVOICE NO. |
|---|---|
| 9/25/2002 | 2002-656 |

**BILL TO**

Robert G. Kelly
Kelly Law Office
4353 Montgomery Road
Cincinnati, Ohio 45212

PAID

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

| CASE NUMBER | TERMS | REPORTER | CASE CAPTION |
|---|---|---|---|
| C-1-02-073 | NET 30 | RWG | Cook vs. Norwood |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Duplication | Video Duplication: Dennis Cook (Day 1) | 275.00 |

ENTRY
10-30-02
page 5

**THANK YOU FOR YOUR CONTINUED BUSINESS**
A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.
FEDERAL ID# 31-1044663

**TOTAL   $275.00**

# Princeton City Schools

25 West Sharon Avenue
Cincinnati, Ohio 45246
513.771.8560 phone
513.771.6440 fax
www.princeton.k12.oh.us

Office of the Assistant Superintendent, Human Resources

October 28, 2002

Robert G. Kelly Co., L.P.A.
Robert G. Kelly
4353 Montgomery Road
Norwood, Ohio 45212

Dear Mr. Kelly:

Enclosed are copies of the information requested on October 20, 2002. The cost is $1.60 for copies (32 pages @ $.05 each) and $1.75 for postage for a total of $3.35. Please remit check or money order payable to the Princeton City School District in the amount of $3.35.

Sincerely,

Michelle Means-Walker

Michelle Means-Walker, Ed.D.
Assistant Superintendent

Paid 11-4-02
Check # 7861

Entry
11-4-02
$3.35 net
3.35