**ROBERT G. KELLY ATTORNEY AT LAW**
TRUST ACCOUNT
4353 MONTGOMERY ROAD
CINCINNATI, OH 45212
PHONE 531-3636

2395

13-42/420  30

January 31,        2003

PAY
TO THE
ORDER OF    Schroeder, Maundrell, Barbiere & Powers                        $ 1,224.00

One Thousand Two Hundred Twenty-four and no/100 ------------------------------- DOLLARS

**The Provident Bank**
CINCINNATI, OHIO

ROBERT G. KELLY ATTORNEY AT LAW

Cook vs. Norwood (U.S. Dist. Ct.)
Copying charges for City of Norwood
FOR    documents

⑈00 2395⑈  ⑈04 2000 4 24⑈    0 5 23 ⑈ 5 23 ⑈    ⑈0000 1 22400⑈

Entry
1-31-03

8059

**ROBERT G. KELLY CO., L. P. A.**    11-86
4353 MONTGOMERY ROAD
NORWOOD, OH 45212

13-39/420
081

DATE February 28, 2003

PAY
TO THE
ORDER OF    Quality Hotel & Suites Cincinnati    $ 250.00

Two Hundred Fifty and no/100 --------------------------------------------------------- DOLLARS

**PNCBANK**
PNC Bank, N.A.    070
Cincinnati, OH

Reservation of Board Room
FOR   for 3/3/03

⑈008059⑈ ⑆04200398⑆ 403006805 5⑈    ⑈0000025000⑈

Batch 1
3-3-03



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990

TAX ID NO. 31-1044663

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63932 | 04/14/03 | 1-14130 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/31/03 | ANTHDA | C102073 |

| CASE CAPTION |
|---|
| Cook vs. Norwood |

| TERMS |
|---|
| NET 30 |

Robert G. Kelly, Esq.
Robert G. Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

ORIGINAL OF TRANSCRIPT OF:
Gary Hubbard                                                  356.50

          REPORTER ATTENDANCE                    120.00
          POSTAGE                                                   4.74
                                                                    ========
          T O T A L   D U E    >>>>        481.24


REGULAR DELIVERY



A service charge of 1.5% per month (18% APR) will be charged
to all overdue accounts. Yours are also liable for all legal and
collection fees.

---


INCORPORATED

## LITIGATION SUPPORT SERVICES

Accuspeed •Videofax •Exhibit 3D •Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting •Legal Videography •Process Service • Videoconferencing
Accident Reconstructions •Photography •Litigation Graphics •Day-In-The-Life
Settlement Brochures •Surveillance Videotaping •Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

---

# CINCINNATI: (513) 241-5605    FAX: (513) 361-8646
# DAYTON: (937) 224-1990    FAX: (937) 224-1995

Web: www.litsup.com    Email: info@litsup.com

# LSS
**INCORPORATED**

**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

**CINCINNATI:** (513) 241-5605    **DAYTON:** (937) 224-1990

TAX ID NO. 31-1044663

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63779 | 03/20/03 | 1-13996 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/03/03 | ANTHDA | C102073 |
| **CASE CAPTION** | | |
| Cook vs. Norwood | | |
| **TERMS** | | |
| NET 30 | | |

Robert G. Kelly, Esq.
Robert G. Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

**PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT**

ORIGINAL OF TRANSCRIPT OF:
Joseph Hochbein                                        282.10

REPORTER ATTENDANCE                      100.00
                                                        ========
T O T A L   D U E   >>>>            382.10

REGULAR DELIVERY

Paid 4|23|03
Trust check # 2428

Entry
4-23-03

A service charge of 1.5% per month (18% APR) will be charged
to all overdue accounts. Your are also liable for all legal and
collection fees.



---

# LSS
**INCORPORATED**

## LITIGATION SUPPORT SERVICES
Accuspeed • Videofax • Exhibit 3D • Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

---

**CINCINNATI:** (513) 241-5605    FAX: (513) 361-8646
**DAYTON:** (937) 224-1990    FAX: (937) 224-1995

Web: www.litsup.com    Email: info@litsup.com

# LSS
**INCORPORATED**

## LITIGATION SUPPORT SERVICES
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

**CINCINNATI:** (513) 241-5605    **DAYTON:** (937) 224-1990

TAX ID NO. 31-1044663

Robert G. Kelly, Esq.
Robert G. Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 63999 | 04/23/03 | 1-14116 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/27/03 | ANTHDA | C102073 |
| **CASE CAPTION** | | |
| Cook vs. Norwood | | |
| **TERMS** | | |
| NET 30 | | |

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

1 COPY OF TRANSCRIPT OF:
Merritt S. Oleski, Ph.D.

|  |  |  |
|---|---|---|
|  |  | 96.00 |
| EXHIBITS | 24 PGS | 6.00 |
| POSTAGE |  | 3.48 |
|  |  | ======== |
| T O T A L   D U E    >>>> | | 105.48 |

Entry
5-1-03

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. Your are also liable for all legal and collection fees.



# LSS
**INCORPORATED**

## LITIGATION SUPPORT SERVICES
Accuspeed • Videofax • Exhibit 3D • Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

**CINCINNATI:** (513) 241-5605    **FAX:** (513) 361-8646
**DAYTON:** (937) 224-1990    **FAX:** (937) 224-1995

*Web:* www.litsup.com    *Email:* info@litsup.com

# LSS
INCORPORATED

LITIGATION SUPPORT SERVICES
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990

TAX ID NO 31-1044663

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 64016 | 04/24/03 | 1-14074 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/18/03 | HABEEL | C102073 |

| CASE CAPTION |
|---|
| Cook vs. Norwood |

| TERMS |
|---|
| NET 30 |

Robert G. Kelly, Esq.
Robert G. Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

ORIGINAL OF TRANSCRIPT OF:
Janet Kennedy                                                          285.20

    REPORTER ATTENDANCE                                  80.00
    POSTAGE                                               4.75
                                            ========
     T O T A L   D U E   >>>>                       369.95

REGULAR DELIVERY

Entry
5-1-03

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. Your are also liable for all legal and collection fees.

---

# LSS
INCORPORATED

## LITIGATION SUPPORT SERVICES
Accuspeed • Videofax • Exhibit 3D • Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

## CINCINNATI: (513) 241-5605    FAX: (513) 361-8646
## DAYTON: (937) 224-1990    FAX: (937) 224-1995

*Web: www.litsup.com    Email: info@litsup.com*

# LSS INCORPORATED

**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990
EMAIL: *info@litsup.com*    WEB: *www.litsup.com*

# VIDEO INVOICE

| JOB DATE | INVOICE NO. |
|---|---|
| 4/29/2003 | 2003-286 |

## BILL TO

Robert G. Kelly
Kelly Law Office
4353 Montgomery Road
Cincinnati, Ohio 45212

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

| CASE NUMBER | TERMS | REPORTER | CASE CAPTION |
|---|---|---|---|
| N/A | NET 30 | KAM | Cook vs. Norwood |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Duplication | Video Duplication: Target 5 Investigation (8 Copies) | 200.00 |
| Rush | Rush Service: Target 5 Investigation Dup | 50.00 |

Entry
5-1-03

## THANK YOU FOR YOUR CONTINUED BUSINESS

FEDERAL ID# 31-1044663    A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.



**TOTAL**    $250.00

| Date | Account No. | Telephone |
|---|---|---|
| 7/08/03 | KEL 45212 00 | 212-431-5000 |

INDEXES 1-1000

edit card

| I. No. | Inv. No. |
|---|---|
| 03634496 | 350 |

DISTRIBUTION CENTER
236 BROADWAY
MENANDS          NY 12204

```
┌──────────────────────────────┐
│      SHIPPER NUMBER           │
│                               │
│  PKG ID#   03112698001        │
└──────────────────────────────┘
```

ELG

# INVOICE

Att.    DEE
        ROBERT G KELLY
        4353 MOMTGOMERY
        NORWOOD, OH 45212

Bill to

Ship to    ROBERT G KELLY
           4353 MOMTGOMERY
           NORWOOD, OH 45212

005
315.20
250.00
BL    DEE

UPS 2ND DAY AIR

Buyer agrees to the Terms on the reverse side.

| Qty. | Cat. No. | Description | | |
|---|---|---|---|---|
| 8 PK | 5109-1T | CLOSING SETS, LTR SZ, 1-25 | T1 | 18.40 |
| 8 PK | 5109-26T | CLOSING SET, LTR SZ, 26-50 | T1 | 18.40 |
| 8 PK | 5109-51T | CLOSING SET, LTR SZ, 51-75 | AA23 | 18.40 |
| 8 PK | 5109-76T | CLOSING SET, LTR SZ, 76-100 | AA23 | 18.40 |
| 8 PK | 5109-101T | CLOSING SET, LTR SZ, 101- | AA23 | 18.40 |
| 8 PK | 5109-126T | CLOSING SET, LTR SZ, 126- | AA24 | 18.40 |
| 8 PK | 5109-151T | CLOSING SET, LTR SZ, 151- | AA24 | 18.40 |
| 8 PK | 5109-176T | CLOSING SET, LTR SZ, 176- | AA24 | 18.40 |
| 8 PK | 5109-201T | CLOSING SET, LTR SZ, 201- | AA24 | 18.40 |
| 8 PK | 5109-226T | CLOSING SET, LTR SZ, 226- | AA24 | 18.40 |
| 8 PK | 5109-251T | CLOSING ST-8.5X11 SIDETAB | AA24 | 18.40 |
| 8 PK | 5109-276T | CLOSING ST-8.5X11 SIDETAB | AA24 | 18.40 |
| 8 PK | 5109-301T | CLOSING ST-8.5X11 SIDETAB | AA24 | 18.40 |
| 8 PK | 5109-326T | CLOSING ST-8.5X11 SIDETAB | AA24 | 18.40 |
| 8 PK | 5109-351T | CLOSING ST-8.5X11 SIDETAB | AA24 | 18.40 |
| 8 PK | 5109-376T | CLOSING ST-8.5X11 SIDETAB | AA24 | 18.40 |
| 8 PK | 5109-401T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-426T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-451T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-476T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-501T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-526T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-551T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-576T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-601T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-626T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-651T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-676T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-701T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-726T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-751T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |

MULTIPLE PAGE INVOICE CONTINUED!!!      PAGE  1

Please return this stub with payment and make checks payable to:

ENTRY

7-8-03

Page 1

Subtotal 1
Subtotal 2

Shipping-handling chg.
Prepaid
Amount Due

**CUSTOMER**

Blumberg's Law Products ®

| Date | Account No. | Telephone |
|------|-------------|-----------|
| 7/08/03 | KEL | |

credit card    INDEXES 1-1000

d. No.    Inv. No.

03634496    350

236 BROADWAY
MENANDS    NY 12204

| SHIPPER NUMBER | |
|---|---|
| PKG ID# | 03112698001 |

# INVOICE

ELG

| Att | | Ship to | |
|-----|--|---------|--|
| DEE | | | ROBERT G KELLY |
| ROBERT G KELLY | | | 4353 MOMTGOMERY |
| 4353 MOMTGOMERY | 005 | | NORWOOD OH 45212 |
| NORWOOD OH 45212 | 315 20 | | |
| | 250 00 | | |
| Bill to | | BE   DEE | |

UPS 2ND DAY AIR

Buyer agrees to the Terms on the reverse side

| Qty. | | Cat No. | Description | | |
|------|--|---------|-------------|--|--|
| 8 PK | 5109-776T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-801T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-826T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-851T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-876T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-901T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-926T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-951T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 8 PK | 5109-976T | CLOSING ST-8.5X11 SIDETAB | AA25 | 18.40 |
| 1 EA | STA | 3 HOLE PUNCH DOWN SIDE | | 30.00 |

*ENTRY*
*7-8-03*

*Frozo*

MULTIPLE PAGE INVOICE!!!    PAGE 2

Please return this stub with payment and make checks payable to

A/R BLUMBERG EXCELSIOR
62 WHITE ST
NEW YORK NY 10013

KEL4521200
03634496

EASE SHIP 7/09 FOR 7/11 DELIVERY

ICES FOR CERTAIN PRODUCTS WERE INCREASED AS OF 01/06/03
EP CUSTOMERERS WERE NOT DELAYED BALANCE DUE IS NOTED.

| | |
|--|--|
| Subtotal 1 | 766.00 |
| Subtotal 2 | 0.00 |
| SALES TAX | 0.00 |
| Shipping-handling chg. | 250.00 |
| Prepaid | 1016.00 |
| Amount Due | 0.00 |

# STENOGRAPHY STATEMENT

**LITIGATION SUPPORT SERVICES**

ACCUSPEED • EXHIBIT 3D • VIDEOFAX • PROFESSIONAL RESOURCES

817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

Cincinnati: (513) 241-5605 • Fax: (513) 361-8646
Dayton: (937) 224-1990 • Fax: (937) 224-1995
*Email: info@litsup.com   Web: www.litsup.com*

Robert G. Kelly, Esq.
Robert G. Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

This statement reflects payments received through the last day of the previous month.
(513) 531-3636 If payment has already been sent, please disregard this notice.

| ACCOUNT NO. | DATE |
|---|---|
| KELL43 | 07/02/03 |

PAGE  1  OF  1

| JOB DATE | INV. NO. | INV. BALANCE | CASE NUMBER | CASE CAPTION |
|---|---|---|---|---|
| 03/31/03 | 63932 | 481.24 | C102073 | Cook vs. Norwood |
| 03/27/03 | 63999 | 105.48 | C102073 | Cook vs. Norwood |
| 03/18/03 | 64016 | 369.95 | C102073 | Cook vs. Norwood |

*Entry*
*7-24-03*

## ** THIS STATEMENT CONTAINS ONLY PAST DUE INVOICES **

| | BALANCE DUE | | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS + |
|---|---|---|---|---|---|---|
| TAX IDENTIFICATION # | 956.67 | | 0.00 | 0.00 | 956.67 | 0.00 |

31-1044663

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.

*Paid 7/24/03   Check #2449*

# LITIGATION SUPPORT SERVICES

*the "ONE SOURCE" for all of your litigation support needs*

Court Reporting - Legal Videography - Process Service - Videoconferencing

Accident Reconstructions - Photography - Litigation Graphics - Day-In-The-Life

Settlement Brochures - Courtroom Presentation - Digital Video Transcripts

CALL 513-241-5605 TO SCHEDULE TODAY

# LITIGATION SUPPORT SERVICES
ACCUSPEED • EXHIBIT 3D • VIDEOFAX • PROFESSIONAL RESOURCES
## 817 Main Street, Suite 400
## Cincinnati, Ohio 45202-2153
513-241-5605 • Fax: 513-361-8646
*Email: info@litsup.com    Web: www.litsup.com*

# VIDEOGRAPHY
# STATEMENT

**DATE**

7/2/2003

## STATEMENT TO

Robert G. Kelly
Kelly Law Office
4353 Montgomery Road
Cincinnati, Ohio 45212

Please send your Remittance to:
**LITIGATION SUPPORT SERVICES (LSS)**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts.
You are also liable for all legal and collection fees.

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $250.00 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/29/2003 | INV #2003-286. Due 05/30/2003. Orig. Amount $250.00. Cook vs. Norwood - Target 5 Dup | 250.00 | 250.00 |

Entry
7-24-03

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | $250.00 |

Paid 7/24/03
check # 2448

ROBERT G. KELLY CO., L.P.A.

4353 MONTGOMERY ROAD
NORWOOD, OHIO 45212
TELEPHONE (513) 531-3636
TELECOPIER (513) 531-0135

FILE COPY

July 24, 2003

Lawrence E. Barbiere, Esq.
Schroeder, Maundell, Barbiere & Powers
11935 Mason Road - Suite 110
Cincinnati, OH 45249-3703

**Re:    Dennis Cook vs. City of Norwood, et al.**
**U.S. District Court - Case No. C-1-02-073**

Dear Mr. Barbiere:

Enclosed please find my trust check in the sum of $160.95 as
requested in your correspondence of April 17, 2003 for our
portion of the Kinko copying charges. I apologize for the delay
in getting this check to you.

Very truly yours,

Robert G. Kelly

db

Enclosure

Entry
7-24-03
Page 1

**ROBERT G. KELLY ATTORNEY AT LAW**
TRUST ACCOUNT
4353 MONTGOMERY ROAD
CINCINNATI, OH 45212
PHONE 531-3636

2450

13-42/420  30

July 24, 2003

PAY
TO THE
ORDER OF     Schroeder, Maundrell, Barbiere & Powers                              $  160.95

One Hundred Sixty and 95/100 ------------------------------------------------------------- DOLLARS

**The Provident Bank**
CINCINNATI, OHIO

ROBERT G. KELLY ATTORNEY AT LAW

Cook vs. City of Norwood, et al.
(Kinko's copying charges)

FOR _____

⑈00 2450⑈ ⑈04 20004 24⑈      0523⑈523⑈

Entry
7-24-03
Page 2

## SCHROEDER, MAUNDRELL, BARBIERE & POWERS

John W. Hust [1]
Robert S. Hiller [1]
William P. Schroeder [1]
Lawrence E. Barbiere [1]
Todd M. Powers [1,2]
Christopher L. Moore [1,2]

———————

Jay D. Patton [1,3]
Dennis P. Deters

ATTORNEYS AND COUNSELORS AT LAW
11935 MASON ROAD, SUITE 110
CINCINNATI, OHIO 45249-3703
TEL. 513-583-4200
FAX. 513-583-4203

Writer's Direct Dial Number
(513) 583-4210

lbarbiere@schroederlaw.com

Of Counsel:

Michael E. Maundrell

1 Also Admitted in Kentucky
2 Also Admitted in West Virginia
3 Also Admitted in Indiana

April 17, 2003

Robert G. Kelly, Esq.
4353 Montgomery Road
Norwood, OH  45212

RE:    City of Norwood ads. Dennis Cook
       U.S. Dist. Ct. , Case No. C-1-02-073
       SMB&P Ref:  590-5

Dear Bob:

Enclosed are two invoices from *Kinko's* in the total amount of *$1,126.64.*  These invoices cover copying charges for the latest  production in connection with the above captioned case of checks. Norwood Public Works' vacation calendars, etc.   Seven copies of those documents  were made. Therefore, you would be responsible for one-seventh of the total or *$160.95.*  Please forward to me a check payable to *Kinko's* in the amount of *$160.95* and I will forward it on to them.

Thank you for your courtesy and cooperation.

Very truly yours,

SCHROEDER, MAUNDRELL, BARBIERE & POWERS

*Larry*

Lawrence E. Barbiere

LEB/sm
Encl.

*Entry*
*7-24-03*
*Page 2*

# kinko's®

**For the appropriate**
***Payment Processing Center,***
*please refer to map on reverse.*

**Questions? Please call:**
**1-800-488-3705**
24 hours/7 days a week

| Job ordered by: |
| --- |

| Phone Number/Ext. |
| --- |
| (    ) |

| **For Delivery Orders Only** |
| --- |
| Deliver to: |

| Delivery Address: |
| --- |

| City             State       ZIP |
| --- |

| Delivered By: |
| --- |

| **Person Accepting Delivery** |
| --- |
| Name: |

| Position/Dept: |
| --- |

_____
Authorized Signature

_____
Print Name

_____
Phone Number/Ext.

Visit the Kinko's Website at
www.kinkos.com

**CUSTOMER COPY**

INVOICE

Official Bill of Sale
Terms Net 30 Days
Please Reference Invoice #

Receipt #:    479184  Reg:
Account #:  0000209116 0000
Customer : SCHROEDER MAUDSELL KAREN
Auth. User: SCHROEDER MAUDSELL KAREN
Reference :

Entry
7-24-03
Page 4

TOTAL     73.27

Thank you for choosing Kinko's

Kinko's          (513) 683-1151
12109 Montgomery Rd.
Cincinnati,     OH  45249

# kinko's®

*For the appropriate*
**Payment Processing Center,**
*please refer to map on reverse.*

*Questions? Please call:*
**1-800-488-3705**
24 hours/7 days a week

| Job ordered by: |
|---|

| Phone Number/Ext. |
| (    ) |

| **For Delivery Orders Only** |
|---|

| Deliver to: |
|---|

| Delivery Address: |
|---|

| City          State          ZIP |
|---|

| Delivered By: |
|---|

| **Person Accepting Delivery** |
|---|

| Name: |

| Position/Dept: |

X _____
Authorized Signature

X _____
Print Name

(    )
Phone Number/Ext.

Visit the Kinko's Website at
www.kinkos.com

**CUSTOMER COPY**

105.37

**FILE COPY** *Cook*

**STAPLES**

that was easy.

```
         OFFICE DEPOT
        5375 RIDGE AVE.
       CINCINNATI, OH 45213
          513-351-5761


Employee 406787      05/16/04 14:25
Store #2151    Reg #014   Tran #0936
SALE              POS Version 4.15


078910057407 BINDER,RR,VIEW,3",
   9 @ 4.98                     44.82
078910701317 BNDR,RR,VIEW,3"
   7 @ 7.48                     52.36
   BULK @ 6.81ea                -4.69


        SUBTOTAL              92.49
   OH 7 % SALES TAX            6.48
        TOTAL                 98.97

        CASH                 100.00
        CHANGE                -1.03


**********************************
   For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees!
   See store for Contest Rules.
        Visit us at
      www.od.bizrate.com
     ID:  32JN9 TCL9 7V1


**********************************
MBMR#        1121695256
Office Depot Advantage members save
every day PLUS get up to 10% back.
For your reward status go to
www.officedepot.com/Advantage or
call 1-866-322-3225
```

LTVPP93PXX3EYXE

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
1400 Reading Road
CINCINNATI, OH 45202
(513) 651-5739

```
SALE              302821 14 001 60206
                  0089 05/16/04 04:46
QTY SKU                     OUR PRICE


   *****Buy More / Save More*****
1    DURABLE VIEW BINDE
     077711170414              7.65
1    DURABLE VIEW BINDE
     077711170414              7.65
1    DURABLE VIEW BINDE
     077711170414              7.65
1    DURABLE VIEW BINDE
     077711170414              7.65
1    DURABLE VIEW BINDE
     077711170414              7.65
   Discount Amount <-4.50>
*********************************
SUBTOTAL                      38.25
   Standard Tax 7.00%          2.68
TOTAL                       $40.93

Cash                        100.00

Cash Change                  59.07
```

**TOTAL ITEMS   5**

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

*Entry*
*5-16-04*



**STAPLES**

*that was easy.*

Low prices. Every item. Every day.
110% Price-Match. Guaranteed.
7800 Montgomery Road
Cincinnati, OH 45236
(513) 891-5734

| SALE | | 113051 1 001 52458 |
| | | 0028 05/16/04 06:01 |
| QTY SKU | | OUR PRICE |

| 8 | STAPLES ECONY BIND | | |
| | 073333147131 | 4.900ea | 39.20 |
| 1 | SPLS 3-HOLE COPY 2 | | |
| | 723302153910 | | 31.98 |
| | SUBTOTAL | | 71.18 |
| | Standard Tax 7.00% | | 4.99 |
| | TOTAL | | $76.17 |
| | Cash | | 100.00 |
| | Cash Change | | 23.83 |

**TOTAL ITEMS 9**

Compare and Save
with Staples brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Entry
5-16-04

**ROBERT G. KELLY ATTORNEY AT LAW**
TRUST ACCOUNT
4353 MONTGOMERY ROAD
CINCINNATI, OH 45212
PHONE 531-3636

2553

13-42/420  30

May 21,                    xx 2004

PAY
TO THE
ORDER OF    Dr. David Helm                                          $ 1,000.00

One Thousand and no/100 ------------------------------------------- DOLLARS

**The Provident Bank**
CINCINNATI, OHIO

ROBERT G. KELLY ATTORNEY AT LAW

FOR    Cook vs. Norwood, et al.

⑆002553⑆ ⑈04200424⑈ 0523⑈523⑈ ⑆0000100000⑆

Entry
5-21-04



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990
EMAIL: info@litsup.com    WEB: www.litsup.com

# VIDEO INVOICE

| JOB DATE | INVOICE NO. |
|---|---|
| 5/26/2004 | 2004-358 |

## BILL TO

Robert G. Kelly
Kelly Law Office
4353 Montgomery Road
Cincinnati, Ohio 45212

*Entry*
*6-4-04*

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

| CASE NUMBER | TERMS | REPORTER | CASE CAPTION |
|---|---|---|---|
| C102073 | NET 30 | RWG | Cook vs. Norwood |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Deposition | Video Deposition: David A. Helm, MD | 585.00 |
| VHS Dup | Video Duplication - VHS Format: David A. Helm, MD | 125.00 |

THANK YOU FOR YOUR CONTINUED BUSINESS

FEDERAL ID# 31-1044663    A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.

| TOTAL | $710.00 |
|---|---|

# STENOGRAPHY STATEMENT

## LITIGATION SUPPORT SERVICES
ACCUSPEED • EXHIBIT 3D • VIDEOFAX • PROFESSIONAL RESOURCES
**817 Main Street, Suite 400**
**Cincinnati, Ohio 45202-2153**
Cincinnati: (513) 241-5605 • Fax: (513) 361-8646
Dayton: (937) 224-1990 • Fax: (937) 224-1995
Email: info@litsup.com   Web: www.litsup.com

Robert G. Kelly, Esq.
Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

This statement reflects payments received through the last day of the previous month.
(513) 531-3636   If payment has already been sent, please disregard this notice.

| ACCOUNT NO. | DATE |
|---|---|
| KELL43 | 06/02/04 |

PAGE   1  OF  1

| JOB DATE | INV. NO. | INV. BALANCE | CASE NUMBER | CASE CAPTION |
|---|---|---|---|---|
| 03/17/04 | 66215 | 131.75 | C102073 | Cook vs. Norwood |
| 03/23/04 | 66256 | 423.00 | A0309489 | Cook vs. Norwood |

*Entry*
*6-7-04*

## ** THIS STATEMENT CONTAINS ONLY PAST DUE INVOICES **

TAX IDENTIFICATION #
31-1044663

| BALANCE DUE | | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS + |
|---|---|---|---|---|---|
| 554.75 | | 0.00 | 554.75 | 0.00 | 0.00 |

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts.  You are also liable for all legal and collection fees.

# LITIGATION SUPPORT SERVICES

*the "ONE SOURCE" for all of your litigation support needs*

Court Reporting - Legal Videography - Process Service - Videoconferencing

Accident Reconstructions - Photography - Litigation Graphics - Day-In-The-Life

Settlement Brochures - Courtroom Presentation - Digital Video Transcripts

CALL 513-241-5605 TO SCHEDULE TODAY



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605   DAYTON: (937) 224-1990

TAX ID NO.: 31-1044663

# STENO INVOICE

| INVOICE NO | DATE | JOB NUMBER |
|---|---|---|
| 66582 | 06/07/04 | 1-15861 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/27/04 | CONNVA | C102073 |

| CASE CAPTION |
|---|
| Cook vs. Norwood |

| TERMS |
|---|
| NET 30 |

Robert G. Kelly, Esq.
Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR PAYMENT

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
David Helm, M.D.                                                          416.00
                              REPORTER ATTENDANCE                         125.00
                              POSTAGE                                       2.72
                              T O T A L   D U E   >>>>                     543.72

ORIGINAL FILED WITH COURT; COPY TO ATTORNEY.
REGULAR DELIVERY.



A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. Your are also liable for all legal and collection fees.

---


**LITIGATION SUPPORT SERVICES**
Accuspeed • Videofax • Exhibit 30 • Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

**CINCINNATI: (513) 241-5605**   FAX: (513) 361-8646
**DAYTON: (937) 224-1990**   FAX: (937) 224-1995

*Web:  www.litsup.com     Email:  info@litsup.com*

# STENOGRAPHY STATEMENT

## LITIGATION SUPPORT SERVICES

ACCUSPEED · EXHIBIT 3D · VIDEOFAX · PROFESSIONAL RESOURCES

817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153
Cincinnati: (513) 241-5605  •  Fax: (513) 361-8646
Dayton: (937) 224-1990  •  Fax: (937) 224-1995
*Email: info@litsup.com   Web: www.litsup.com*

Robert G. Kelly, Esq.
Kelly Company
4353 Montgomery Road
Cincinnati, OH 45212

This statement reflects payments received through the last day of the previous month.
If payment has already been sent, please disregard this notice.
(513) 531-3636

| ACCOUNT NO. | DATE |
|---|---|
| KELL43 | 09/09/04 |

PAGE  1  OF  1

| JOB DATE | INV. NO. | INV. BALANCE | CASE NUMBER | CASE CAPTION |
|---|---|---|---|---|
| 03/17/04 | 66215 | 131.75 | C102073 | Cook vs. Norwood |
| 03/23/04 | 66256 | 423.00 | A0309489 | Cook vs. Norwood |
| 05/27/04 | 66582 | 543.72 | C102073 | Cook vs. Norwood |

*Entry*
*9/14/04*

*Paid 10/11/04*
*Trust check # 2610*
*(received payment from Ray Erwin*
*for Dennis Cook)*

## ** THIS STATEMENT CONTAINS ONLY PAST DUE INVOICES **

TAX IDENTIFICATION #

31-1044663

| BALANCE DUE | | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS + |
|---|---|---|---|---|---|
| 1,098.47 | | 0.00 | 0.00 | 0.00 | 1,098.47 |

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts.  You are also liable for all legal and collection fees.

# LITIGATION SUPPORT SERVICES

*the "ONE SOURCE" for all of your litigation support needs*

Court Reporting - Legal Videography - Process Service - Videoconferencing

Accident Reconstructions - Photography - Litigation Graphics - Day-In-The-Life

Settlement Brochures - Courtroom Presentation - Digital Video Transcripts

CALL 513-241-5605 TO SCHEDULE TODAY

Entry
10-5-04

FILE COPY

Cook v. Norwood
(Federal case)

FedEx Kinko's                    (513) 396-6277
3075 Ranton Avenue
Cincinnati,      OH 45209

QUANTITY    ITEM     PRICE      AMOUNT
    SMALTER 3 INCH BLACK BINDER
    5.85      0.00     5.48      30.43
    AW INSERTING PER SHEET
    0.15      0.00     0.15      1.05
AFM  PG 18X0 8/8 WHITE 8TC
    0.00      0.00     0.05     213.65

SUB  253.33  TX   17.73  TOT  271.06
                        CHECK  271.06
                        CHG      0.00
    CUSTOMER ID          ROBERT G KELLY


    TOTAL DISCOUNT:     $128.31

CW 103 TX  1105793 RG EA 10/05/04 14:42
Visit us @ http://www.fedexkinkos.com

8782

**ROBERT G. KELLY CO., L. P. A.**    11-86
4353 MONTGOMERY ROAD
NORWOOD, OH 45212

13-39/420
081

DATE  October 5, 2004

PAY
TO THE
ORDER OF   Kinko's                                          $ 271.06

Two Hundred Seventy-one and 06/100 ------------------------------------ DOLLARS

PNCBANK

PNC Bank, N.A.    070
Cincinnati, OH

FOR   Cook vs. Norwood, et al.                    _Diane M. Breyer_    MP

⑈008782⑈ ⑆042000398⑆ 4030068055⑈              ⑈00000271106⑈

Entry
10-4-04



*Cook*

FedEx Kinko's          (513) 241-5366
51 E. 5TH ST.
Cincinnati

QTY    DISC    PRICE
1250   FS B&W TABS PER TAB          AMOUNT
       0.50    0.00    0.50
125    DOC CREATION TABS PER TAB    25.00
       1.00    0.00    1.00         125.

SUB  750.00  -7%  -52.50   TOT  802.0
                           CHECK  802.50
                           CHG    0.00
CUSTOMER ID        ROBERT G KELLY

CW  13 TR   732131 RG 2  10/05/04 13:08
Visit us @ http://www.fedexkinkos.com

*Entry*
*10/5/04*

**GUIDANCE PROCESS ASSOCIATES**

8450 Susann Lane
CINCINNATI, OH 45215

| Account Number | Statement Date |
|---|---|
| 279 | 03/01/2005 |

| Amount Due Now | Charges or payments made after statement date will appear on next statement. | Page |
|---|---|---|
| 1700.00 | | 1 |

■ MAIL PAYMENT TO: ■

**GUIDANCE PROCESS ASSOCIATES**

2728 Madi...

8450 Susann Lane
CINCINNATI, OH 45215

DENNIS J. COOK
c/o Robert Kelly-Atty
4353 Montgomery Road
CINCINNATI, OH  45212

■ PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS. ■

**GUIDANCE PROCESS ASSOCIATES** (513) 351-3334

| Date | Patient | Provider | Description | Transaction Amount | Patient Portion | Insurance Portion |
|---|---|---|---|---|---|---|
| 05/22/03 | | | BALANCE FORWARD | 600.00 | 600.00 | 0.00 |
| 11/16/01 | DENNIS J. | 1 | COURT TESTIMONY | -255.00 | | |
| 07/17/02 | DENNIS J. | 1 | ATTORNEY CHECK | 700.00 | 700.00 | 0.00 |
| 12/29/04 | DENNIS J. | 1 | APPEARANCE AT TRIAL | | | |
| 12/30/04 | DENNIS J. | 1 | COURT APPEARANCE | 400.00 | 400.00 | 0.00 |

ENTRY
11/22/04

TAX ID  36.008.6995

| Account Number | Statement Date |
|---|---|
| 279 | 03/01/2005 |

| | Account Balance | |
|---|---|---|
| Total | Amount Due Now | Expected Insurance |
| 1700.00 | 1700.00 | |

Make Checks Payable To:  **GUIDANCE PROCESS ASSOCIATES**

Reorder: COF Systems of Cincinnati   1-800-944-0416   Form No. 800-248963-1

# M&A LB Michael L. Brookshire & Associates

333 12th Street, Suite 3
P.O. Box 546
Dunbar, West Virginia 25064
(www.forensiceconomics.org)

REMIT PAYMENTS TO:

Dr. Michael L. Brookshire
Federal I.D. #55-0666044

**COOK, DENNIS**

Robert G. Kelly, L.P.A.
4353 Montgomery Road
Norwood, Ohio  45212

| STATEMENT | |
|---|---|
| DATE | |
| Nov. 19, 2004 | |
| PAGE 1 | |

AMOUNT

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE

*Entry*
*11-22-04*
*page 1*

---

**MICHAEL L. BROOKSHIRE & ASSOCIATES**                    **P.O. BOX 546, DUNBAR, WV 25064**

PAGE 1

COOK, DENNIS

| DATE | DESCRIPTION | BALANCE |
|---|---|---|
| November 8, 2004 | Prepare for trial testimony<br>1.00 Hours @ $200 / Hour (Barrett) | $ 200.00 |
| November 10, 2004 | Chart enlargements based upon 2004 updated report<br>3 Charts @ $50 / Chart | $ 150.00 |
| November 14, 2004 | Meet with attorney Robert Kelly in preparation for trial testimony<br>1.00 Hours @ $200 / Hour (Barrett) | $ 200.00 |
| November 14, 2004 | Lodging, Westin Hotel Cincinnati including parking | $ 358.88 |
| November 15, 2004 | Wait time in witness room at Potter Stewart U.S. Courthouse<br>10.00 Hours @ $200 / Hour (Barrett) | $ 2,000.00 |
| November 15, 2004 | Lunch meal | $ 6.69 |
| November 15, 2004 | Lodging, Westin Hotel Cincinnati including parking and meal | $ 525.28 |
| November 16, 2004 | Wait time in witness room at Potter Stewart U.S. Courthouse; prepare for trial testimony based upon 2002 written report due to exclusion of 2004 updated report; create demonstrative exhibits of economic damages<br>10.00 Hours @ $200 / Hour (Barrett) | $ 2,000.00 |
| November 16, 2004 | Lunch meal | $ 6.57 |

*THANK YOU*

# ML&B

# Michael L. Brookshire & Associates

333 12th Street, Suite 3
P.O. Box 546
Dunbar, West Virginia 25064
(www.forensiceconomics.org)

REMIT PAYMENTS TO:

Dr. Michael L. Brookshire
Federal I.D. #55-0666044

**STATEMENT**

| DATE |
|---|
| Nov. 19, 2004 |

PAGE 2

**COOK, DENNIS**

Robert G. Kelly, L.P.A.
4353 Montgomery Road
Norwood, Ohio  45212

AMOUNT REMITTED $ _____

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE

MICHAEL L. BROOKSHIRE & ASSOCIATES                      P.O. BOX 546, DUNBAR, WV 25064

| DATE | DESCRIPTION | BALANCE |
|---|---|---|
| | PAGE 2 | |
| | **COOK, DENNIS** | |
| November 16, 2004 | Lodging, Westin Hotel Cincinnati including parking and meal | $ 395.07 |
| November 16, 2004 | Chart enlargements, FedEx Kinkos of Cincinnati due to exclusion of 2004 report | $ 115.00 |
| November 17, 2004 | Wait time in witness romat Potter Stewart U.S. Courthouse; Trial testimony; Travel time from Cincinnati, Ohio to Culloden, West Virginia 7.00 Hours @ $200 / Hour (Barrett) | $ 1,400.00 |
| November 17, 2004 | Lunch meal | $ 11.98 |
| November 17, 2004 | Rental car from Avis for transportation from Cincinnati, Ohio to Culloden, West Virginia | $ 237.17 |
| | **TOTAL DUE UPON RECEIPT:** | $ 7,606.64 |

*Entry*
*11-22-04*

*THANK YOU*

**MICHAEL L. BROOKSHIRE & ASSOCIATES**                    P.O. BOX 546, DUNBAR, WV 25064

| DATE | D E S C R I P T I O N | BALANCE |
|------|------------------------|---------|
| | **DENNIS COOK** | |
| October 15, 2004 | TELEPHONE CALL WITH DIANE BREYER IN PLAINTIFF ATTORNEY'S OFFICE; REVIEW FILE TO DETERMINE UPDATE CALCULATION ISSUE PRIOR TO TRIAL: 0.75 HOURS @ $200/HOUR (BARRETT) | $  150.00 |
| October 27, 2004 | TELEPHONE CALL WITH PLAINTIFF'S ATTORNEY ROBERT KELLY; REVISING/UPDATING CALCULATIONS: 4.50 HOURS@$200/HOUR (BARRETT) | 900.00 |
| October 28, 2004 | COMPLETE REPORT REVISIONS AND UPDATE; DISCUSS CASE WITH DR. BROOKSHIRE: 5.50 HOURS @$200/HOUR (BARRETT) | 1,100.00 |
| October 28, 2004 | REVIEW UPDATED CALCULATIONS: 0.50 HOURS @$100/HOUR (MOORE) | 50.00 |
| | **TOTAL DUE UPON RECEIPT:** | $ 2,200.00 |
| | **\*\*SECOND BILLING NOTICE\*\*** | |

*Paid 1/18/05*
*Trust Check # 2664*

***THANK YOU***

*Entry*
*11/22/04*
*page 3*



# LITIGATION SUPPORT SERVICES
### ACCUSPEED • EXHIBIT 30 • VIDEOFAX • PROFESSIONAL RESOURCES

*817 Main Street, Suite 400*

*Cincinnati, Ohio 45202-2153*

**513-241-5605  •  Fax: 513-361-8646**

*Email: info@litsup.com   Web: www.litsup.com*

# VIDEOGRAPHY
# STATEMENT

| DATE |
|------|
| 3/1/2005 |

## STATEMENT TO

Robert G. Kelly
Kelly Law Office
4353 Montgomery Road
Cincinnati, Ohio 45212

Please send your Remittance to:
**LITIGATION SUPPORT SERVICES (LSS)**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts.
You are also liable for all legal and collection fees.

| AMOUNT DUE | AMOUNT ENC. |
|------------|-------------|
| $585.00 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 11/10/2004 | INV #2004-884. Due 12/11/2004. Orig. Amount $585.00. Cook vs. Norwood - Helm P/B | 585.00 | 585.00 |

Entry
12/16/04

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 585.00 | 0.00 | $585.00 |



# OHIO UTILITIES PROTECTION SERVICE
4740 BELMONT AVE.
YOUNGSTOWN, OHIO 44505-1014
Billing Inquiries 1-800-311-3692

LU
ROBERT G. KELLEY CO. LPA
BOB KELLY
4353 MONTGOMERY RD
NORWOOD OH  45212

# INVOICE

| STATEMENT DATE | INVOICE NUMBER | PAGE | DUE DATE |
|---|---|---|---|
| 11/25/04 | LU 1126 | 1 | 12/10/04 |

YOUR #

Invoices which are 60 days past due, shall be assessed a surcharge of ten percent (.10) and interest at a rate of one percent (.01) per month until paid.

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| 1.0    TICKET SEARCH<br>EDWARDS RD. WILLIAMS/GARLAND | 30.00 |

*Pd. 12/30/04*
*Check # 8868*

48 HOURS BEFORE YOU DIG
CALL TOLL FREE 1-800-362-2764
www.oups.org

| | |
|---|---|
| | 30.00 |
| | 0.00 |
| | 30.00 |
| NET TO PAY | 30.00 |

ase make checks payable to Ohio Utilities Protection Service.

*NOT INCLUDED IN ORIGINAL SUBMISSION*