UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK, | : | CASE NO. 1:02cv00073 |
| Plaintiff | : | (J. Weber) |
| vs. | : | |
| CITY OF NORWOOD, et al., | : | |
| Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that the City of Norwood, a defendant in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the **Order (Doc. 138)** and **Judgment in a Civil Case (Doc. 139)** entered in this action on December 17, 2004, and attached as **Exhibit "A"**, and **Order (Doc. 168)** dated June 8, 2005, which denied City of Norwood's Motion for Judgment as a Matter of Law which is attached hereto as **Exhibit "B"**.

_L. E. Barbiere_
Lawrence E. Barbiere
Ohio Bar Number: 0027106
Michael E. Maundrell
Ohio Bar Number: 0027110
Attorney for Defendant, City of Norwood
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4200
(513) 583-4203 (fax)
Email: lbarbiere@smbplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June  23 **, 2005, I manually filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Robert G. Kelly, Esq., *Attorney for Plaintiff*, W. McGregor Dixon, Jr., Esq., *Attorney for Joseph J. Hochbein*, James F. Brockman, Esq., *Attorney for Kevin Cross*, and to Steven Martin, Esq., *Attorney for Defendant, Gary Hubbard.*

_L. E. Barbiere_
Lawrence E. Barbiere (0027106)