```
Thu Jun 23 14:58:36 2005

   UNITED STATES DISTRICT COURT

   CINCINNATI, OH

Receipt No.    100 427293
Cashier        sjl

Check Number:  021135

DO Code    Div No
4661         1

Sub Acct Type Tender    Amount
1:086900  N     2       105.00
2:510000  N     2       150.00

Total Amount       $    255.00

SCHROEDER MAUNDRELL BARBIERE & POWERS

NOTICE OF APPEAL 1:02CV073



Thu Jun 23 14:58:36 2005

Check No.  021135
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```