UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. 1-02-CV-00073 |
| Plaintiff | : | Judge Weber |
| vs. | : | |
| CITY OF NORWOOD, et al. | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Dennis Cook, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order (Doc. 138) and Judgment in a Civil Case (Doc. 139) entered in the within cause of action on December 17, 2004, attached hereto and marked Exhibit A, Order (Doc. 168) dated June 8, 2005, which denied Plaintiff, Dennis Cook's, Motion for New Trial, attached hereto and marked Exhibit B, Order (Doc. 91) dated September 13, 2004, which denied Plaintiff, Dennis Cook, excluding evidence regarding race, religion, evidence of lawsuits and EEOC complaints filed by individuals other than the Plaintiff, attached hereto and marked Exhibit C, and Order (Doc. 68) dated February 25, 2004, which granted Summary Judgment in part to Defendants and other relief specified in the order, attached hereto and marked Exhibit D.

/s/ Robert G. Kelly
Robert G. Kelly
Ohio Bar Number 0002167
Trial Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
1-513-531-3636
1-513-531-0135 fax
Email: rgkfskgreg@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 8, 2005, I manually filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Lawrence E. Barbiere, Esq., and Michael E. Maundrell, Esq., Attorneys for the Defendant City of Norwood, W. McGregor Dixon, Esq., Attorney for Defendant Joseph J. Hochbein, James F. Brockman, Esq., Attorney for Defendant Kevin Cross, and Steven Martin, Esq., Attorney for Defendant Gary Hubbard.

/s/ Robert G. Kelly
Robert G. Kelly   0002167