Fri Jul 8 10:08:15 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 427435
Cashier       mcl

Check Number: 2719

DD Code    Div No
 4661        1

Sub Acct Type Tender     Amount
1:086900  N    2         105.00
2:510000  N    2         150.00

Total Amount      $     255.00

ROBERT G KELLY

NOTICE OF APPEAL 1:02CV73


Fri Jul 8 10:08:15 2005

Check No. 2719
Amount $  255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661