IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COOK, | : | Case No.: C-1-02-73 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| NORWOOD, | | |
| | : | |
| Defendant | | |
| | : | |

**ORDER**

Parties are hereby advised that the above styled case is SCHEDULED for a Motion Hearing on Tuesday, August 9, 2005 at 9:00 a.m.

The Court will at that time hear oral argument on Plaintiff's Motion for Attorney Fees and Cost (doc. 143).

**IT IS SO ORDERED.**

_____s/Herman J .Weber_____
Herman J. Weber, Senior Judge
United States District Court

*Rev.5/01*