IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COOK, | : | Case No.: C-1-02-73 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| CITY OF NORWOOD, | : | |
| Defendant | : | |

**ORDER**

Pursuant to the request of counsel, the Hearing currently scheduled for August 9, 2005 is RESCHEDULED to Tuesday, August 23, 2005 at 1:30 p.m.

**IT IS SO ORDERED.**

\_\_\_s/Herman J. Weber_____

Herman J. Weber, Senior Judge
United States District Court

*Rev.5/01*