UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION HEARING**

COOK,

v                                                                Civil: C-02-73

NORWOOD,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer  (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

-------------------------------------------------------------------------------------------------------
**Appearances:** R. Kelly f/Pltf; L. Barbier & M.Maundrell f/Defense.

Case called for a Motion Hearing. Oral Arguments of counsel. Atty Fees issues taken under advisement. Order to issue.

Date: Tuesday, August 23, 2005
TIME: 1:30 p.m.. - 3:07 p.m.