```
Mon Oct 24 10:31:21 2005

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.   100 428511
Cashier          sj1

Check Number:  021841

DO Code    Div No
4661         1

Sub Acct  Type Tender    Amount
1:086900   N     2       105.00
2:510000   N     2       150.00

Total Amount        $    255.00

SCHROEDER MAUNDRELL BARBIERE & POWERS

NOTICE OF APPEAL 1:02CV073


Mon Oct 24 10:31:21 2005

Check No.  021841
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```