UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| DENNIS COOK | : | CASE NO. 1-02-CV-00073 |
| Plaintiff | : | Judge Weber |
| vs. | : | |
| CITY OF NORWOOD, et al. | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Dennis Cook, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order (Doc.177) entered in the within cause of action on September 27, 2005, attached hereto and marked Exhibit A.

Defendant City of Norwood filed an appeal of the foregoing order on or about October 24, 2005, and this is a cross-appeal filed within 14 days thereof.

/s/ Robert G. Kelly
Robert G. Kelly
Ohio Bar Number 0002167
Trial Attorney for Plaintiff
4353 Montgomery Road
Norwood, Ohio 45212
1-513-531-3636
1-513-531-0135 fax
Email: rgkfskgreg@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, I manually filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Lawrence E. Barbiere, Esq., and Michael E. Maundrell, Esq., Attorneys for the Defendant City of Norwood, W.

McGregor Dixon, Esq., Attorney for Defendant Joseph J. Hochbein, James F. Brockman, Esq., Attorney for Defendant Kevin Cross, and Steven Martin, Esq., Attorney for Defendant Gary Hubbard.

/s/ Robert G. Kelly
Robert G. Kelly          0002167