```
Mon Nov  7 16:37:31 2005

     UNITED STATES DISTRICT COURT
          CINCINNATI, OH

Receipt No.   100 428682
Cashier          sjl

Check Number:  9187

DO Code    Div No
 4661        1

Sub Acct Type Tender     Amount
1:086900  N     2        105.00
2:510000  N     2        150.00

Total Amount        $    255.00

ROBERT G KELLY CO LPA

NOTICE OF APPEAL 1:02CV073


Mon Nov  7 16:37:31 2005

Check No.  9187
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```