UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DENNIS COOK,                                : CASE NO. 1:02cv00073
                                            : (J. Weber)
       Plaintiff                            :
                                            :
vs.                                         :
                                            :
CITY OF NORWOOD,                            :
JOSEPH HOCHBEIN, MAYOR,                     :
GARY HUBBARD, INDIVIDUALLY                  :
AND IN HIS CAPACITY AS                      :
NORWOOD DIRECTOR OF PUBLIC                  :
SERVICES, KEVIN CROSS,                      :
INDIVIDUALLY AND IN HIS                     :
CAPACITY AS NORWOOD                         :
SUPERINTENDENT OF PUBLIC                    :
WORKS AND JOHN DOES 1-25,                   :
                                            :
       Defendants                           :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The within action having been fully compromised and settled among the parties hereto, the Complaint of Plaintiff against Defendants may be and is hereby **DISMISSED, with prejudice**, and without record, at ~~Defendants' costs~~ *LEB per Auth.*

_____  JUDGE  _____
Robert G. Kelly (#0002167)          x Dennis J. Cook
*Attorney for Plaintiff*
4353 Montgomery Road
Norwood, OH 45212
(513) 531-3636
(513) 531-0135 [fax]

_____
Lawrence E. Barbiere (#0027106)
*Attorney for Defendant, City of Norwood*
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH 45249
(513) 583-4200
(513) 583-4203 [fax]
lbarbiere@smbplaw.com


*James F. Brockman* /LEB per auth
James F. Brockman (0009469)
*Attorney for Defendant, Kevin Cross*
Lindhorst & Dreidame
312 Walnut Street, Suite 2300
Cincinnati, OH 45202
(513) 421-6630
(513) 421-0212 [fax]

*Steven Martin* / LEB per auth
Steven Martin, Esq.
*Attorney for Defendant, Gary Hubbard*
Ziegler & Schneider
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
859- 426-1300
Fax: 859-426-0222

*W. McGregor Dixon* /LEB per auth
W. McGregor Dixon, Jr.
*Attorney for Defendant, Joseph Hochbein*
Shipman, Dixon & Livingston
215 West Water Street
P.O. Box 310
Troy, OH 45373
937- 339-1500