Nos. 05-3841; 05-3935

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
JAN 2 5 2006
LEONARD GREEN, Clerk

DENNIS COOK

    Plaintiff - Appellee Cross-Appellant

ORDER

v.

CITY OF NORWOOD;

    Defendant - Appellant Cross-Appellee

JOSEPH J. HOCHBEIN; GARY HUBBARD; KEVIN CROSS

    Defendants

1:02CV73

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeals,

**IT IS ORDERED** that the appeals be and they hereby are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____ Deputy Clerk

06 JAN 27 PM 3:51