Nos. 05-4387; 05-4607

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

**FILED**

JAN 2 5 2006

LEONARD GREEN, Clerk

DENNIS COOK

    Plaintiff - Appellee Cross-Appellant

v.

CITY OF NORWOOD;

    Defendant - Appellant Cross-Appellee

JOSEPH J. HOCHBEIN; GARY HUBBARD; KEVIN CROSS

    Defendants

ORDER

1:02CV73

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeals,

**IT IS ORDERED** that the appeals be and they hereby are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green / [illegible]*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JILL COLYER
(513) 564-7024
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 25, 2006

Robert G. Kelly
4353 Montgomery Road
Norwood, OH  45212

Lawrence Edward Barbiere
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road
Suite 110
Cincinnati, OH  45249

RE: 05-4387: 05-4607
    Cook vs. City of Norwood
    District Court No. 02-00073

Enclosed is a copy of an order which was entered today in the above-styled case.

Jill Colyer
Case Manager

Enclosure
Certified copy of order to:
    Honorable Herman J. Weber
    Mr. James Bonini